MARC N. BERNSTEIN (SBN 145837)
Email: mbernstein@blgrp.com
SUSAN S. BORANIAN (SBN 173788)
Email: sboranian@blgrp.com
THE BERNSTEIN LAW GROUP, P.C.
555 Montgomery Street, Suite 1650
San Francisco, CA  94111
Telephone: (415) 765-6633
Facsimile: (415) 283-4804

Attorneys for Plaintiff,
BERENICE BRACKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERENICE BRACKETT,<br><br>　　Plaintiff,<br><br>vs.<br><br>HILTON HOTELS CORPORATION, a Delaware Corporation, HILTON SUPPLY MANAGEMENT, INC., a Delaware Corporation, KEVIN A. BARRY, an individual, KEVIN BARRY FINE ART ASSOCIATES, a California Corporation, JOHN or JANE DOES 1-100, individuals of presently unknown identity, and ABC CORPORATIONS 1-300, corporations of presently unknown identity,<br><br>　　Defendants. | Case No.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**DEMAND FOR JURY TRIAL** |

1

Certification of Interested Entities or Persons

1 | Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date,
2 | other than the named parties, there is no such interest to report
3 |
4 | RESPECTFULLY SUBMITTED,
5 |
6 | DATED:  April 22, 2008                THE BERNSTEIN LAW GROUP, P.C.
7 |
8 |                                        By:  _____/s/_____
9 |                                                   Marc N. Bernstein
10 |
11 |                                       Attorneys for Plaintiff
     |                                       BERENICE BRACKETT