Thomas J. Speiss, III (Cal. Bar No. 200949)
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 226-9901
tjspeiss@venable.com

Counsel for Defendants HILTON HOTELS CORP.
HILTON SUPPLY MANAGEMENT, INC., KEVIN A.
BARRY, and KEVIN BARRY FINE ART ASSOCIATES

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERENICE BRACKETT,<br><br>      Plaintiff,<br>  vs.<br><br>HILTON HOTELS CORP., et al.,<br><br>      Defendants. | Case No. C08-2100-WHA<br><br>**ORDER** |

**(Proposed) Order**

At San Francisco this ____ day of _____, 2008, having reviewed Defendants' Motion to Transfer for Improper Venue; or In The Alternative To Transfer For Convenience; and Motion to Dismiss, the papers submitted in connection therewith; and the oral argument (if any) of counsel for the representative parties;

IT IS HEREBY ORDERED that this action is transferred to the Western Division of the United States District Court of the Central District of California;

IT IS FURTHER ORDERED that Counts III and IV are dismissed with prejudice for failure to state a claim upon which relief can be granted.

DATED: _____, 2008                  _____
                                                  United States District Judge