Thomas J. Speiss, III (Bar No. 200949)
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 229-9906
Facsimile: (310) 226-9901
tspeiss@venable.com

Counsel for Defendants HILTON HOTELS CORP.,
HILTON SUPPLY MANAGEMENT, INC., KEVIN A.
BARRY, and KEVIN BARRY FINE ART ASSOCIATES

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERENICE BRACKETT,<br><br>        Plaintiff,<br>   vs.<br><br>HILTON HOTELS CORP., et al.,<br><br>        Defendants. | Case No. C08-2100-WHA<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION; THOMAS J. SPEISS, III TO BE ADDED AS COUNSEL OF RECORD FOR ALL NAMED DEFENDANTS** |

I, Thomas J. Speiss, III, am counsel of record in the above-entitled cause of action for the following parties: HILTON HOTELS CORP., HILTON SUPPLY MANAGEMENT, INC., KEVIN A. BARRY, and KEVIN BARRY FINE ART ASSOCIATES ("Defendants") and I am requesting the following changes:

**NOTICE OF CHANGE OF ATTORNEY INFORMATION; THOMAS J. SPEISS, III TO BE ADDED AS COUNSEL OF RECORD FOR ALL NAMED DEFENDANTS**

I, Thomas J. Speiss, III, request to be added as counsel for Defendants. I am counsel of record in the above-entitled action and should have been added to the docket in this case.

I am admitted to practice before the Northern District of California, and made my first appearance in this action on May 13, 2008.  My contact information is:

>Thomas J. Speiss, III, Esq.
>California State Bar Number:  200949
>Venable LLP
>2049 Century Park East, Suite 2100, Los Angeles, CA 90067
>(310) 229-9900
>(310) 229-9901
>tspeiss@venable.com

I am the lead attorney and am authorized to file this request on behalf of Defendants.

I further request that Justin J. Lowe, Esq., the below attorney, who is from my firm and based in my same Los Angeles office, be removed from the service list.  Mr. Lowe's contact information is:

>Justin J. Lowe, Esq.
>Venable LLP
>2049 Century Park East
>Suite 2100
>Los Angeles, CA 90067
>jjlowe@venable.com

Mr. Lowe further waives service of all documents on him by the Clerk.

DATED:  May 19, 2008		Venable LLP


						_____
						Thomas J. Speiss, III
						Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

      Marc N. Bernstein, Esq.

      Susan S. Boranian, Esq.

      The Bernstein Law Group, P.C.

_____
Thomas J. Speiss, III (Bar No. 200949)