1  MARC N. BERNSTEIN (SBN 145837)
   Email: mbernstein@blgrp.com
2  SUSAN S. BORANIAN (SBN 173788)
   Email: sboranian@blgrp.com
3  THE BERNSTEIN LAW GROUP, P.C.
   555 Montgomery Street, Suite 1650
4  San Francisco, CA 94111
   Telephone: (415) 765-6633
5  Facsimile: (415) 283-4804

6  Attorneys for Plaintiff,
   BERENICE BRACKETT

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  BERENICE BRACKETT,                     ) Case No. CV 08-02100 WHA
                                           )
13         Plaintiff,                      )
                                           )
14  vs.                                    )
                                           )
15  HILTON HOTELS CORPORATION, a           )
    Delaware Corporation, HILTON           ) **DECLARATION OF DAVID G. COYLE**
16  SUPPLY MANAGEMENT, INC., a             ) **IN OPPOSITION TO DEFENDANTS'**
    Delaware Corporation, KEVIN A.         ) **MOTION TO DISMISS OR TRANSFER**
17  BARRY, an individual, KEVIN BARRY      )
    FINE ART ASSOCIATES, a California      )
18  Corporation, JOHN or JANE DOES 1-      ) Hearing:    June 19, 2008
    100, individuals of presently unknown  ) Time:       8:00 a.m.
19  identity, and ABC CORPORATIONS 1-      ) Courtroom:  9
    300, corporations of presently unknown ) Judge:      Hon. William H. Alsup
20  identity,                              )
                                           )
21         Defendants.                     )
                                           )
22                                         )
                                           )
23  _____     )

24

25

26

27

---

Coyle Declaration In Opposition to Defendants' Motion to Dismiss     Case No. CV 08-02100 WHA

1    I, David G. Coyle, declare:

2    1.    I have personal knowledge of the facts in this declaration.  If called as a

3    witness I could and would testify to them.

4    2.    I am the president and a co-owner of ArtBrokers, Inc., an art publisher

5    and dealer in Sausalito, California.  Before we moved to Sausalito in May to

6    June 2007, we were located in Mill Valley, California.  Our business has been in

7    Marin County since it was founded in 1991.

8    3.    ArtBrokers, Inc. creates, sells, and consigns high-quality prints created

9    by a number of artists.  These high-quality prints include "giclées," which are very-

10   high-resolution prints that can be printed on canvass or high-quality paper.  Among

11   the many artists we work with are Brennie Brackett, Victoria Ryan, and Woodward

12   Payne.  Images of the works of these and other artists, and further information about

13   ArtBrokers, Inc., may be found at www.artbrokersinc.com.  Ms. Brackett's giclées are

14   sold exclusively through ArtBrokers, Inc.

15   4.    Kevin Barry is an art dealer in Los Angeles, California.  He runs Kevin

16   Barry Fine Art Associates.  Among other things, Mr. Barry and his company select,

17   purchase, offer, and sell art to hotels, including Hilton Hotels, for use in hotel rooms

18   across the United States.  Starting at least as long ago as May 2003, Kevin Barry and

19   Kevin Barry Fine Art Associates have regularly procured art from ArtBrokers, Inc.

20   here in Marin County.  We ended this business relationship with Kevin Barry and

21   with Kevin Barry Fine Art Associates in February of this year, when we discovered

22   the improprieties described below.

23   5.    From at least 2003 through January 2008, ArtBrokers, Inc. had both a

24   consignment relationship and a purchasing relationship with Mr. Barry and his

25   company.  Under the consignment relationship, we would ship art on consignment

26   to Mr. Barry in southern California, from our facilities in Marin County.  When

27

Coyle Declaration In Opposition to Defendants' Motion to Dismiss        Case No. CV 08-02100 WHA

1    Mr. Barry sold this artwork his company would pay us for the artwork.  We were

2    paid in Marin County, at our offices.  Under the sales relationship, Mr. Barry or his

3    representatives would browse our art collection, and, when they were interested in

4    particular pieces, they would buy them from us.  In each case the art was ordered

5    from us in Marin County, shipped from Marin County, and invoiced from Marin

6    County.  Payment would also be made to us in Marin County.

7        6.    Attached to this declaration as Exhibit A is a true and correct printout

8    from ArtBrokers' bookkeeping software.  This printout shows accounts receivables

9    transactions between our company and Kevin Barry Fine Art Associates from

10   May 2003 to February 2008.  The printout shows over eighty transactions between

11   our company and Kevin Barry Fine Art Associates.  Some of these entries reflect

12   invoices sent to Mr. Barry from our office, while some reflect payments Mr. Barry's

13   company made to us at our offices.  This printout is a compilation of bookkeeping

14   data recorded at or near the time of the transaction recorded.  The data was kept in

15   the course of our regular business activity.  It is the regular practice of our business to

16   make and keep such bookkeeping data.

17       7.    Attached to this declaration as Exhibit B are true and correct copies of a

18   sampling of individual invoices and consignment records our company exchanged

19   with Kevin Barry Fine Art Associates.  These invoices and consignment records were

20   created at or near the time of the transaction they record.  The documents were kept

21   in the course of our regular business activity.  It is the regular practice of our business

22   to keep such records.

23       8.    Mr. Barry and at least one of his employees have visited our Marin

24   County offices.  For example, Mr. Barry visited our Mill Valley showroom and

25   looked through prints of our artwork.  On another occasion Allison Barry,

26   Mr. Barry's daughter and an employee of Kevin Barry Fine Art Associates, visited

27

Coyle Declaration In Opposition to Defendants' Motion to Dismiss        Case No. CV 08-02100 WHA

1  our showroom.  A true and correct copy of an e-mail I received from Kevin Barry's

2  company, entitled, "Allison Barry Will be in the Bay Area and Beyond Showing New

3  Canvases May 3rd, 4th, and 5th," is attached to this declaration as Exhibit C.

4      9.    In addition to his ongoing relationship with our company, Mr. Barry

5  and his company routinely conducted other business in Northern California,

6  including in the Bay Area and in Marin County.  For example, Allison Barry

7  competed with us over who would supply artwork to Design Atelier, a San Rafael-

8  based interior design firm.  In more than one instance, Kevin Barry Fine Art

9  Associates won the business and supplied the art to Design Atelier.

10     10.   In late 2005 or early 2006, Kevin Barry, through his company,

11  purchased prints of the artwork of several of our client artists, including limited

12  edition prints by Brennie Brackett, Victoria Ryan, and Woodward Payne.  Included in

13  the prints Barry's company purchased were limited-edition giclées of *Falling Into*

14  *Place*, *Winter's Velvet*, and *Great Expectations*, all by Brennie Brackett.  The order for

15  these prints was placed with ArtBrokers, Inc. by a telephone call or fax to our offices

16  in Marin County.  The art was shipped from our Marin County offices.  We invoiced

17  for the sale from Marin County, and Kevin Barry Fine Art Associates made payment

18  to us in Marin County.  Attached to this declaration as Exhibit D are true and correct

19  copies of images of *Falling Into Place*, *Winter's Velvet*, and *Great Expectations*.

20     11.   Attached to this declaration as Exhibit E is a true and correct copy of

21  our invoice to Kevin Barry Fine Art Associates for his purchase of, among other

22  artworks, limited edition giclées of *Falling Into Place* and *Winter's Velvet* by Brennie

23  Brackett, *Awakening* and *Early Dawn* by Victoria Ryan, and *Summer Aerial* by

24  Woodward Payne.  The invoice attached as Exhibit E was made at or near the time of

25  Kevin Barry's purchase of these prints, and has been kept in the course of our regular

26

27

3

1  business activity.  It is the regular practice of our business to make and keep such

2  invoices.

3      12.    Brennie Brackett lives in Sonoma County, California.  Woodward

4  Payne lives in Marin County, California.  Victoria Ryan lives in Humboldt County,

5  California.

6      13.    Sometime around the time Kevin Barry purchased the prints discussed

7  above, he spoke with me and inquired whether any of our artists might be willing to

8  make bulk sales of their artwork to his company.  In another conversation many

9  months later, Mr. Barry asked me about bulk purchases of several our artists' work.

10  These artists included Brennie Brackett, Woodward Payne, and Victoria Ryan.  At

11  this point, he mentioned a proposed, per-print price of $5.  I considered this to be a

12  grossly inadequate price.  I told Barry that none of my artists would be willing to

13  make bulk sales to him at that price.  In each of these calls I spoke to Barry from my

14  offices in Marin County.

15      14.    Earlier this year, Kevin Barry directly contacted Victoria Ryan about

16  whether she would be willing to sell him her artwork in bulk.  This, in my view, was

17  an end-run around me and my company.  In my view direct contact with an artist

18  about a work sold through her publisher is a violation of industry norms and ethics.

19  Mr. Barry told Ms. Ryan that he wanted to buy her artwork in bulk quantities for

20  resale to a Hilton Hotel chain known as Homewood Suites.

21      15.    Ms. Ryan then contacted me and told me of Mr. Barry's call.  I

22  subsequently looked at the Hilton Hotels website, and in the Homewood Suites area

23  I saw web pages featuring the very same Brennie Brackett prints Kevin Barry had

24  purchased from my company.  I also saw reproductions that looked like the artwork

25  of Woodward Payne and Victoria Ryan.

26

27

Coyle Declaration In Opposition to Defendants' Motion to Dismiss        Case No. CV 08-02100 WHA

16.    In my search of the Hilton websites for artwork by our client artists, I saw two kinds of images of Brennie Brackett's art.  In the first, Hilton created web pages showing model hotel rooms available for purchase by hotel franchisees.  On these pages I saw all three Brennie Brackett works I had sold to Kevin Barry: *Falling Into Place*, *Winter's Velvet*, and *Great Expectations*.

17.    In addition, I saw two of these three works, apparently slightly modified, on the web pages of individual Homewood Suites hotels.  These appeared when I would click a "Virtual Tour" button on that hotel's web page.  The photographs containing Ms. Brackett's prints on these pages were in some cases different from the ones featuring the model rooms, and different from hotel to hotel. Based on the number of distinct hotels whose "Virtual Tour" showed Ms. Brackett's work, and what I could learn about the approximate number of rooms per hotel, I concluded there were hundreds or even thousands of copies of Brackett prints hanging on the walls of Homewood Suites hotel rooms.

18.    Attached to this declaration as Exhibit F are true and correct copies of some of the images of Ms. Brackett's work I found on the Homewood Suites web pages.

19.    Our own company occasionally sells artwork to Hilton from our offices in Marin County.  When purchases are made for Hilton, a company called Hilton Supply Management, Inc. makes the actual purchases.   It then makes payment to us in Marin.

1      I declare that the above is true under penalty of perjury under the laws of the

2  State of California.

3

4  DATED: May 28, 2008

5                                          (See Attached Original)

6                                             David G. Coyle

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Coyle Declaration In Opposition to Defendants' Motion to Dismiss    Case No. CV 08-02100 WHA

1    I declare that the above is true under penalty of perjury under the laws of the

2    State of California.

3

4    DATED: May 28, 2008

5                                                          _____

6                                                              David G. Coyle

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                            6

# Exhibit A

ArtBrokers, Inc.

5/22/2008

Register: 1200 · Accounts Receivable
From 01/01/2003 through 05/22/2008
Sorted by: Date, Type, Number/Ref

| Date | Number | Customer | Memo/Description | Qty | Rate | Charge | Paid | Balance |
|------|--------|----------|------------------|-----|------|--------|------|---------|
| 05/01/2003 | 6290 | Kevin Barry Fine A... | | | | 263.00 | | 263.00 |
| 06/23/2003 | | Kevin Barry Fine A... | | | | | 263.00 | 0.00 |
| 06/24/2003 | 6391 | Kevin Barry Fine A... | | | | 730.00 | | 730.00 |
| 07/01/2003 | 6403 | Kevin Barry Fine A... | | | | 142.50 | | 872.50 |
| 07/29/2003 | | Kevin Barry Fine A... | | | | | 730.00 | 142.50 |
| 07/29/2003 | | Kevin Barry Fine A... | | | | | 142.50 | 0.00 |
| 10/02/2003 | 6583 | Kevin Barry Fine A... | | | | 753.00 | | 753.00 |
| 11/04/2003 | | Kevin Barry Fine A... | | | | | 753.00 | 0.00 |
| 11/10/2003 | 6653 | Kevin Barry Fine A... | | | | 508.00 | | 508.00 |
| 12/10/2003 | | Kevin Barry Fine A... | | | | | 508.00 | 0.00 |
| 03/23/2004 | 6882 | Kevin Barry Fine A... | | | | 427.50 | | 427.50 |
| 05/20/2004 | | Kevin Barry Fine A... | | | | | 427.50 | 0.00 |
| 07/21/2004 | 7069 | Kevin Barry Fine A... | | | | 952.50 | | 952.50 |
| 08/23/2004 | | Kevin Barry Fine A... | | | | | 952.50 | 0.00 |
| 10/04/2004 | 7222 | Kevin Barry Fine A... | | | | 590.00 | | 590.00 |
| 11/09/2004 | 7285 | Kevin Barry Fine A... | | | | 372.50 | | 962.50 |
| 11/11/2004 | 7289 | Kevin Barry Fine A... | | | | 2,352.50 | | 3,315.00 |
| 11/15/2004 | | Kevin Barry Fine A... | | | | | 590.00 | 2,725.00 |
| 12/07/2004 | | Kevin Barry Fine A... | | | | | 2,352.50 | 372.50 |
| 02/10/2005 | 7503 | Kevin Barry Fine A... | | | | 2,528.10 | | 2,900.60 |
| 03/04/2005 | | Kevin Barry Fine A... | | | | | 372.50 | 2,528.10 |
| 03/04/2005 | | Kevin Barry Fine A... | | | | | 2,528.10 | 0.00 |
| 03/16/2005 | 7576 | Kevin Barry Fine A... | | | | 760.00 | | 760.00 |
| 03/25/2005 | 7595 | Kevin Barry Fine A... | | | | 360.00 | | 1,120.00 |
| 04/07/2005 | 7634 | Kevin Barry Fine A... | | | | 165.00 | | 1,285.00 |
| 04/15/2005 | 7651 | Kevin Barry Fine A... | | | | 370.00 | | 1,655.00 |
| 05/05/2005 | | Kevin Barry Fine A... | | | | | 370.00 | 1,285.00 |
| 05/05/2005 | | Kevin Barry Fine A... | | | | | 165.00 | 1,120.00 |
| 05/05/2005 | | Kevin Barry Fine A... | | | | | 360.00 | 760.00 |
| 05/05/2005 | | Kevin Barry Fine A... | | | | | 760.00 | 0.00 |
| 05/06/2005 | 7691 | Kevin Barry Fine A... | | | | 936.25 | | 936.25 |
| 05/11/2005 | 7762 | Kevin Barry Fine A... | | | | 323.00 | | 1,259.25 |
| 05/23/2005 | 7734 | Kevin Barry Fine A... | | | | 447.50 | | 1,706.75 |
| 05/31/2005 | | Kevin Barry Fine A... | | | | | 936.25 | 770.50 |
| 06/06/2005 | | Kevin Barry Fine A... | | | | | 447.50 | 323.00 |
| 07/06/2005 | | Kevin Barry Fine A... | | | | | 323.00 | 0.00 |
| 07/22/2005 | 7870 | Kevin Barry Fine A... | | | | 907.50 | | 907.50 |
| 08/03/2005 | 7890 | Kevin Barry Fine A... | | | | 412.00 | | 1,319.50 |
| 08/19/2005 | 7931 | Kevin Barry Fine A... | | | | 125.00 | | 1,444.50 |

ArtBrokers, Inc.                                                                              5/22/2008

Register: 1200 · Accounts Receivable
From 01/01/2003 through 05/22/2008
Sorted by: Date, Type, Number/Ref

| Date | Number | Customer | Memo/Description | Qty | Rate | Charge | Paid | Balance |
|---|---|---|---|---|---|---|---|---|
| 09/06/2005 | | Kevin Barry Fine A… | | | | | 125.00 | 1,319.50 |
| 09/12/2005 | | Kevin Barry Fine A… | | | | | 412.00 | 907.50 |
| 09/12/2005 | | Kevin Barry Fine A… | | | | | 907.50 | 0.00 |
| 09/14/2005 | 7982 | Kevin Barry Fine A… | | | | 595.00 | | 595.00 |
| 10/07/2005 | 8034 | Kevin Barry Fine A… | | | | 372.50 | | 967.50 |
| 10/12/2005 | | Kevin Barry Fine A… | | | | | 595.00 | 372.50 |
| 11/10/2005 | 8116 | Kevin Barry Fine A… | | | | 899.50 | | 1,272.00 |
| 11/17/2005 | | Kevin Barry Fine A… | | | | | 372.50 | 899.50 |
| 12/07/2005 | 8153 | Kevin Barry Fine A… | | | | 447.50 | | 1,347.00 |
| 12/27/2005 | | Kevin Barry Fine A… | | | | | 899.50 | 447.50 |
| 12/27/2005 | | Kevin Barry Fine A… | | | | | 447.50 | 0.00 |
| 01/23/2006 | 8214 | Kevin Barry Fine A… | | | | 380.00 | | 380.00 |
| 02/23/2006 | 8245 | Kevin Barry Fine A… | | | | 920.00 | | 1,300.00 |
| 03/31/2006 | | Kevin Barry Fine A… | | | | | 920.00 | 380.00 |
| 05/11/2006 | 8345 | Kevin Barry Fine A… | | | | 467.50 | | 847.50 |
| 05/16/2006 | 8350 | Kevin Barry Fine A… | | | | 1,528.00 | | 2,375.50 |
| 05/22/2006 | 8358 | Kevin Barry Fine A… | | | | 865.00 | | 3,240.50 |
| 06/08/2006 | | Kevin Barry Fine A… | | | | | 353.50 | 2,887.00 |
| 06/23/2006 | | Kevin Barry Fine A… | | | | | 467.50 | 2,419.50 |
| 08/03/2006 | | Kevin Barry Fine A… | | | | | 1,528.00 | 891.50 |
| 08/03/2006 | | Kevin Barry Fine A… | | | | | 865.00 | 26.50 |
| 08/03/2006 | | Kevin Barry Fine A… | | | | | 380.00 | -353.50 |
| 09/20/2006 | 8492 | Kevin Barry Fine A… | | | | 230.00 | | -123.50 |
| 10/03/2006 | 8515 | Kevin Barry Fine A… | | | | 194.50 | | 71.00 |
| 10/26/2006 | | Kevin Barry Fine A… | | | | | 194.50 | -123.50 |
| 10/26/2006 | | Kevin Barry Fine A… | | | | | 230.00 | -353.50 |
| 11/02/2006 | 8548 | Kevin Barry Fine A… | | | | 230.00 | | -123.50 |
| 02/19/2007 | 8658 | Kevin Barry Fine A… | | | | 235.00 | | 111.50 |
| 03/09/2007 | | Kevin Barry Fine A… | | | | | 1,710.00 | -1,598.50 |
| 03/09/2007 | 8674 | Kevin Barry Fine A… | | | | 450.00 | | -1,148.50 |
| 03/09/2007 | 8675 | Kevin Barry Fine A… | | | | 3,470.00 | | 2,321.50 |
| 03/27/2007 | | Kevin Barry Fine A… | | | | | 235.00 | 2,086.50 |
| 04/12/2007 | | Kevin Barry Fine A… | | | | | 450.00 | 1,636.50 |
| 05/02/2007 | | Kevin Barry Fine A… | | | | | 1,760.00 | -123.50 |
| 06/15/2007 | 8785 | Kevin Barry Fine A… | | | | 341.81 | | 218.31 |
| 07/02/2007 | 8804 | Kevin Barry Fine A… | | | | 716.00 | | 934.31 |
| 07/10/2007 | | Kevin Barry Fine A… | | | | | 341.81 | 592.50 |
| 07/31/2007 | | Kevin Barry Fine A… | | | | | 716.00 | -123.50 |
| 08/23/2007 | 8865 | Kevin Barry Fine A… | | | | 140.00 | | 16.50 |

ArtBrokers, Inc.

5/22/2008

Register: 1200 · Accounts Receivable

From 01/01/2003 through 05/22/2008

Sorted by: Date, Type, Number/Ref

| Date | Number | Customer | Memo/Description | Qty | Rate | Charge | Paid | Balance |
|------|--------|----------|------------------|-----|------|--------|------|---------|
| 09/20/2007 | 8889 | Kevin Barry Fine A... | | | | 442.00 | | 458.50 |
| 10/11/2007 | | Kevin Barry Fine A... | | | | | 140.00 | 318.50 |
| 10/17/2007 | | Kevin Barry Fine A... | | | | | 442.00 | -123.50 |
| 01/03/2008 | 8974 | Kevin Barry Fine A... | | | | 132.50 | | 9.00 |
| 02/07/2008 | | Kevin Barry Fine A... | | | | | 132.50 | -123.50 |
| 02/10/2008 | 9023 | Kevin Barry Fine A... | | | | 325.00 | | 201.50 |

# Exhibit B



**ART BROKERS, INC.**
247 SHORELINE HIGHWAY
MILL VALLEY, CALIFORNIA 94941
TEL 415 380-4100
FAX 415 380-4101

DAVID G. COYLE

SOLD TO: KEVIN BARRY FINE ART    SHIP TO:    1 of 2

SALES
ORDER

P.O. KB 1332    TERMS Consignment    DATE 12-1-04
2063

| QTY | STOCK# | ARTIST | TITLE | FRAME | ART RETAIL |
|-----|--------|--------|-------|-------|------------|
| 1 | 46/150 | Tjasa Owen | Fall Bloom | | 350 - |
| 1 | 34/150 | Tjasa | Four Trees & Ocean Blue | | 350 - |
| 1 | 20/150 | Tjasa | Just Beyond The Fence | | 475 - |
| 1 | 22/150 | Tjasa | Marsh | | 475 - |
| 1 | 16/150 | Tjasa | Meadowood Trees | | 475 - |
| 1 | 39/150 | Tjasa | Passage | | 350 - |
| 1 | 18/150 | Tjasa | The Blue That Runs Through | | 475 - |
| 1 | 32/150 | Tjasa | Three Trees & Barn | | 350 - |
| 1 | 85/100 | Tjasa | Seagrass | | 475 -- |
| 1 | 22/150 | Tjasa | Where The Road Meets the Sky | | 475 - |
| 1 | 13,150 | Payne | Prickly Pear | | 700 - |
| 1 | CTP | Graham | Thistles | | 650 - |
| 1 | 22/200 | Graham | Fall Vineyard | | 650 - |
| 1 | AP 14/50 | Graham | Dune Wild Flowers | | 475 -- |
| 1 | 12/150 | Graham | Fall Grass | | 650 - |
| 1 | 15/150 | Kramer | New Light I | | 475 - |
| 1 | 14/150 | Kramer | New Light II | | 475 - |



**ART BROKERS, INC.**
247 SHORELINE HIGHWAY
MILL VALLEY, CALIFORNIA 94941
TEL 415 380-4100
FAX 415 380-4101

DAVID G.COYLE

SOLD TO: *Kevin Barry Fine Art*    SHIP TO:        $2 \, o'_j \, \nu$

**SALES ORDER**    P.O. *K3 1332*    TERMS *Consignmmt*    DATE *12-1-04*
*2063*

| QTY | STOCK# | ARTIST | TITLE | FRAME | ART Retil |
|---|---|---|---|---|---|
| 1 | 11/150 | Kramor | Suspended Structure II | | 475 |
| 1 | 11/150 | Kramor | Suspended Structure III | | 475 |
| 1 | 30/150 | Hawkinsin | Orange County | | 700 |
| 1 | 17/150 | Hawkinsin | After the Storm | | 700 |
| 1 | 22/150 | Hawkinsin | Globe | | 600 |
| 1 | 13/150 | Hawkinsin | Juice of 11 Lemons | | 600 |
| 1 | 29/200 | Maxon | Return | | 475 |
| 1 | 27/200 | Maxon | Balanse | | 475 |
| 1 | 14/200 | Maxon | Expanse | | 475 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**UPS Next Day Air**
**UPS Worldwide Express**

# Shipping Document

See instructions on back. Call 1-800-PICK-UPS (800-742-5877) for additional information.

**TRACKING NUMBER**    1Z A95 9X3 22 1000 071 4

**1 SHIPMENT FROM**

| | |
|---|---|
| **SHIPPER'S UPS ACCOUNT NO.** | A 9 5 9 X 3 |

REFERENCE NUMBER

NAME: DAVID COYLE    TELEPHONE: 415-380-4100

COMPANY: ART BROKERS INC

STREET ADDRESS: 247 SHORELINE HWY SPACE #12

CITY AND STATE: MILL VALLEY    CA    ZIP CODE: 94941-3664

**2 EXTREMELY URGENT DELIVERY TO**

NAME: KEVIN BARRY    TELEPHONE: (323) 951-1860

COMPANY: FINEART ASSOC. ATTN: LORAINNE

STREET ADDRESS: 8210 MELROSE    DEPT FLR:

CITY AND STATE: LOS ANGELES, CA    ZIP CODE: 90046

**3** ENTER "LTR"    WEIGHT: 1 2 LBS

**4 TYPE OF SERVICE**
- [X] NEXT DAY AIR
- [ ] EXPRESS (INT'L)

FOR WORLDWIDE EXPRESS SHIPMENTS
Mark an "X" in this box if shipment only contains documents of no commercial value
- [ ] DOCUMENTS ONLY

**5 OPTIONAL SERVICES**
- [ ] SATURDAY PICKUP    See instructions
- [ ] SATURDAY DELIVERY    See instructions

INSURED VALUE
Contents are automatically protected up to $100. For insured value over $100, see instructions
$ 1000 AMOUNT

C.O.D.
If C.O.D. enter amount to be collected and attach completed UPS C.O.D. tag to package
$ AMOUNT

**6 ADDITIONAL HANDLING CHARGE**
An Additional Handling Charge applies for certain items. See instructions.
$

**TOTAL CHARGES**    $

**7 METHOD OF PAYMENT**
- [X] DOMESTIC ONLY
Record Account No. in Section 8

**8** THIRD PARTY'S UPS ACCOUNT NO. OR MAJOR CREDIT CARD NO.    EXPIRATION DATE

NAME OR COMPANY NAME

ADDRESS

ZIP CODE

**9** SIGNATURE    X

DATE OF SHIPMENT    1 /21/ 04

SHIPPER'S COPY    1

CHARGES
$
$
$
$
$
$

0101911202509 11:00 W

KB 1332

# Kevin Barry
## fine art associates
8210 Melrose Avenue
Los Angeles, California 90046
☎ 323.951.1860  ✆ 323.951.1866
www.kevinbarryfineart.com

Order No. _2063_
Order Date _____
Page _____ of _____

☐ SALES ORDER    ☐ RECEIVING REPORT
☐ PROPOSAL       ☐ ADJUSTMENTS
☐ PURCHASE ORDER ☐ OTHER

**Name & Address**

Art Brokers

**Ship To/From**

Consigned to CBFAA

| E MAIL | | TELEPHONE | | FAX |
|---|---|---|---|---|
| CUSTOMER P.O. # | | TERMS | SALES PERSON | SHIP VIA |
| BUYER | | CREDIT APPROVAL | F.O.B. | |

| | | | | |
|---|---|---|---|---|
| 1 | | Cruhes | Dune Wildflowers | |
| 1 | | " | Four Grass | |
| 1 | | " | AM Vineyard | |
| 1 | | " | Muir Beach sub___ Thistles | |
| 4 | ✓✓ | Hawkins | | |
| 5 4 | | Kroner | | |
| 1 | | Maxon | Balance Return, sweeper ___ | |
| | | notched | all others | |
| 8 | | Owens | Assorted (ser 10) | |
| 1 | | Payne | Prickly Pear | |

**CUSTOMER INFO/REQUESTS ONLY**

DUE DATE _____
S/M _____
RECEIVE VIA _____
NUMBER OF CARTONS _____
CONDITION OF CARTONS _____
RECEIVED BY _____

CONSIGNEE SHOULD CHECK THE CONDITION OF ALL ARTWORK BEFORE IT LEAVES THE SHOWROOM. UPON RETURN, ALL DAMAGES WILL BE THE RESPONSIBILITY OF THE CONSIGNEE. ALL DAMAGED ARTWORK WILL BE BILLED AT FULL VALUE.

The undersigned agrees that should it be necessary for Kevin Barry Fine Art Associates to take legal action to collect any sums due under this agreement, the undersigned will pay any reasonable traveling expenses, collection costs, and attorney's fees incident thereto.

**Owner/Authorized Agent Signature**

X _____

| SUB-TOTAL | | |
|---|---|---|
| TAX | | |
| INSTALL/DELIVER | | |
| SHIPPING/HANDLING | | |
| GRAND TOTAL | | |
| LESS DEPOSIT | < | > |
| BALANCE DUE | | |

NO RETURNED MERCHANDISE WILL BE ACCEPTED WITHOUT PRIOR AUTHORIZATION FROM KEVIN BARRY FINE ART ASSOCIATES. CLAIMS FOR DAMAGED OR SHORTAGES MUST BE REPORTED WITHIN FIVE BUSINESS DAYS OF RECEIPT OF SHIPMENT.

**WHITE - OFFICE**    **CANARY - CUSTOMER**



ArtBrokers, Inc.
247 Shoreline Highway
Mill Valley, CA, CA 94941
Ph. 415 380 4100
Fax 415 380 4101

## Invoice

| Date | Invoice # |
|------|-----------|
| 3/23/2004 | 6882 |

**Bill To**

Kevin Barry Fine Art
8210 Melrose Avenue
Los Angeles, CA 90046

**Ship To**

| P.O. No. | Terms | Ship Via | FOB | Project |
|----------|-------|----------|-----|---------|
| | Net 30 | | | 03/23/04 |

| Qty | Description | Unit | Extension |
|-----|-------------|------|-----------|
| 1 | MAXON Balance 10/200 | 142.50 | 142.50 |
| 1 | MAXON Return 23/200 | 142.50 | 142.50 |
| 1 | MAXON Expanse 17/200 | 142.50 | 142.50 |

| | |
|---|---|
| Subtotal | $427.50 |
| Sales Tax (7.25%) | $0.00 |
| Total | $427.50 |
| Payments/Credits | $-427.50 |
| Balance Due | $0.00 |



ArtBrokers, Inc.
247 Shoreline Highway
Mill Valley, CA, CA 94941
Ph. 415 380 4100
Fax 415 380 4101

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/22/2006 | 8358 |

**Bill To**

Kevin Barry Fine Art
8210 Melrose Avenue
Los Angeles,CA  90046

**Ship To**

| P.O. No. | Terms | Ship Via | FOB | Project |
|----------|-------|----------|-----|---------|
| *L* | Net 30 | | | 05/22/06 |

| Qty | Description | Unit | Extension |
|-----|-------------|------|-----------|
| | For PBI Pasadena | | |
| 1 | MAXON Highland 18/200 | 210.00 | 210.00 |
| 1 | MAXON Return 34/200 | 210.00 | 210.00 |
| | For PBI Arcadia | | |
| 1 | MAXON Presence 200/200 | 210.00 | 210.00 |
| 1 | MAXON Balance 30/200 | 210.00 | 210.00 |
| 1 | Shipping & handling | 25.00 | 25.00 |

*outstanding*

| | |
|---|---|
| Subtotal | $865.00 |
| Sales Tax  (7.25%) | $0.00 |
| Total | $865.00 |
| Payments/Credits | $0.00 |
| Balance Due | $865.00 |



ArtBrokers, Inc.
247 Shoreline Highway
Mill Valley, CA, CA 94941
Ph. 415 380 4100
Fax 415 380 4101

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/16/2006 | 8350 |

**Bill To**

Kevin Barry Fine Art
8210 Melrose Avenue
Los Angeles, CA  90046

**Ship To**

Monarch Framing

| P.O. No. | Terms | Ship Via | FOB | Project |
|----------|-------|----------|-----|---------|
|  | Net 30 |  |  | 05/16/06 |

| Qty | Description | Unit | Extension |
|-----|-------------|------|-----------|
| 1 | OWEN Where The Road 36/150 | 142.50 | 142.50 |
| 1 | OWEN Three Trees 24/150 | 105.00 | 105.00 |
| 1 | OWEN Four Trees 49/150 | 105.00 | 105.00 |
| 1 | OWEN Meadowood Trees 12/150 | 142.50 | 142.50 |
| 1 | OWEN The Blue That Runs Through It 20/150 | 142.50 | 142.50 |
| 1 | MITCHELL Sunset Path 21/100 | 210.00 | 210.00 |
| 1 | MITCHELL Oasis Evening 12/100 | 210.00 | 210.00 |
| 1 | MITCHELL Evening Shadows 40/200 | 142.50 | 142.50 |
| 1 | MITCHELL Desert Valley (Valley View) CTP | 90.00 | 90.00 |
| 1 | MITCHELL Ocean Path 40/200 | 210.00 | 210.00 |
|  | Shipping & handling | 28.00 | 28.00 |

| | |
|---|---|
| Subtotal | $1,528.00 |
| Sales Tax  (7.25%) | $0.00 |
| Total | $1,528.00 |
| Payments/Credits | $0.00 |
| Balance Due | $1,528.00 |

KB 4833

# Kevin Barry

fine art associates
8210 Melrose Avenue
Los Angeles, California 90046
☎ 323.951.1860 ✆ 323.951.1866
www.kevinbarryfineart.com

☐ SALES ORDER    ☐ RECEIVING REPORT
☐ PROPOSAL    ☐ ADJUSTMENTS
☐ PURCHASE ORDER ☐ OTHER

Order No. _____
Order Date _9-14-06_
Page ___1__ of _1_

**Name & Address**

ARTBROKERS

**Ship To/From**

P.O. 4833

David or Julie

| E MAIL | | TELEPHONE | FAX 415 380.401 |
|---|---|---|---|
| CUSTOMER P.O. # | TERMS | SALES PERSON | SHIP VIA |
| BUYER | CREDIT APPROVAL | F.O.B. | |

| | | | | |
|---|---|---|---|---|
| 1 | | Mitchell Autumn Lane (large one) | | |
| | 25/100 | | | |
| | 25/100 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CUSTOMER INFO/REQUESTS ONLY**

DUE DATE _TBA?_
S/M _TBA- CBP Madera_
RECEIVE VIA _____
NUMBER OF CARTONS _____
CONDITION OF CARTONS _____
RECEIVED BY _____

CONSIGNEE SHOULD CHECK THE CONDITION OF ALL
ARTWORK BEFORE IT LEAVES THE SHOWROOM. UPON
RETURN, ALL DAMAGES WILL BE THE RESPONSIBILITY
OF THE CONSIGNEE. ALL DAMAGED ARTWORK WILL BE
BILLED AT FULL VALUE.

The undersigned agrees that should it be necessary for Kevin Barry Fine
Art Associates to take legal action to collect any sums due under this
agreement, the undersigned will pay any reasonable traveling expenses,
collection costs, and attorney's fees incident thereto.

**Owner/Authorized Agent Signature**

X _____

| SUB-TOTAL | | |
|---|---|---|
| TAX | | |
| INSTALL/DELIVER | | |
| SHIPPING/HANDLING | | |
| GRAND TOTAL | | |
| LESS DEPOSIT | < | > |
| BALANCE DUE | | |

NO RETURNED MERCHANDISE WILL BE ACCEPTED WITHOUT PRIOR AUTHORIZATION FROM **KEVIN BARRY FINE ART** ASSOCIATES.
CLAIMS FOR DAMAGED OR SHORTAGES MUST BE REPORTED WITHIN FIVE BUSINESS DAYS OF RECEIPT OF SHIPMENT.
OFFICE COPY



**ART BROKERS, INC.**
247 SHORELINE HIGHWAY
MILL VALLEY, CALIFORNIA 94941
TEL 415 380-4100
FAX 415 380-4101

DAVID G. COYLE

**SOLD TO:** Kevin Cain Inc/Art **SHIP TO:**

**SALES ORDER** PO# 4833  **P.O.**

**TERMS** Pack List

**DATE** 9·22·06

| QTY | STOCK# | ARTIST | TITLE | FRAME | ART |
|-----|--------|--------|-------|-------|-----|
| 1 | 25/200 | Mitchell | Autumn Lane | | $700 - |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

PHANTOM LITHOGRAPHY • (310) 478-7173

KB   4997   P.O.

# Kevin Barry
## fine art associates
8210 Melrose Avenue
Los Angeles, California 90046
☎ 323.951.1860   ⚊ 323.951.1866
www.kevinbarryfineart.com

☐ SALES ORDER    ☐ RECEIVING REPORT
☐ PROPOSAL    ☐ ADJUSTMENTS
☒ PURCHASE ORDER   ☐ OTHER

Order No. _____
Order Date __10-3-06__
Page ____1__ of__1____

| Name & Address | Ship To/From |
|---|---|
| ART BROKERS | David or Julie<br>8210 Melrose<br>LA 90046 |

| E MAIL | TELEPHONE | FAX 415 380.4101 |
|---|---|---|
| CUSTOMER P.O. # | TERMS | SALES PERSON | SHIP VIA |
| BUYER | CREDIT APPROVAL | F.O.B. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | | MAXON | EXPONSE - LARGE SIZE | | | |
| | | | | | | |
| | | | | | | |
| | | | 10.10.06 | | | |
| | | | Please ship | | | |
| | | | & use p.o. 4997 & s/m | | | |
| | | | | | | |
| | | | Thanks | | | |
| | | | Irene | | | |

CUSTOMER INFO/REQUESTS ONLY

DUE DATE _____
S/M TBD - CDP LA CANADA
RECEIVE VIA _____
NUMBER OF CARTONS _____
CONDITION OF CARTONS _____
RECEIVED BY _____

CONSIGNEE SHOULD CHECK THE CONDITION OF ALL ARTWORK BEFORE IT LEAVES THE SHOWROOM. UPON RETURN, ALL DAMAGES WILL BE THE RESPONSIBILITY OF THE CONSIGNEE. ALL DAMAGED ARTWORK WILL BE BILLED AT FULL VALUE.

The undersigned agrees that should it be necessary for Kevin Barry Fine Art Associates to take legal action to collect any sums due under this agreement, the undersigned will pay any reasonable traveling expenses, collection costs, and attorney's fees incident thereto.

**Owner/Authorized Agent Signature**

X _____

| | |
|---|---|
| SUB-TOTAL | |
| TAX | |
| INSTALL/DELIVER | |
| SHIPPING/HANDLING | |
| GRAND TOTAL | |
| LESS DEPOSIT | <   > |
| BALANCE DUE | |

NO RETURNED MERCHANDISE WILL BE ACCEPTED WITHOUT PRIOR AUTHORIZATION FROM KEVIN BARRY FINE ART ASSOCIATES.
CLAIMS FOR DAMAGED OR SHORTAGES MUST BE REPORTED WITHIN FIVE BUSINESS DAYS OF RECEIPT OF SHIPMENT.
OFFICE COPY

# Kevin Barry

fine art associates
8210 Melrose Avenue
Los Angeles, California 90046
☎ 323.951.1860 ✂ 323.951.1860
www.kevinbarryfineart.com

Order No. _2316_
Order Date _____
Page _____ of _____

☐ SALES ORDER  ☐ RECEIVING REPORT
☐ PROPOSAL  ☐ ADJUSTMENTS
☑ PURCHASE ORDER  ☐ OTHER

**Name & Address**

ART BROKERS
David Cuyle
247 Shoreline Hwy
Mill Valley, Ca 94941

**Ship To/From**

KBFA — s/m C. wide
cafeteria - stairwell/

E-MAIL

TELEPHONE (415) 380-4100   FAX 380-4101

CUSTOMER P.O. #   TERMS   SALES PERSON   SHIP VIA BEST

BUYER   CREDIT APPROVAL   F.O.B.

| Qty | Code | Artist | Title/Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | C/BTC | Young | Tea for 4 | 74/250 | 135 |
| 1 | C/BTC | Young | The apple fell out | 11/200 | 135 |
| 1 | C/BTC | '' | Wine melody | 41/250 | 135 |
| 1 | C/BTC | '' | Table for Two | 41/250 | 135 |
| | | | S/M - C. WIDE - cafeteria | | |
| 1 | C/BTC | Gruber | Hillside Road | 26/150 | 195 |
| 1 | C/BTC | Owens | Blue that Knows CANCE | | 142.50 |
| 1 | C/BT | Owens | Just beyond the fence CANCEL | | 142.50 |

CUSTOMER INFO/REQUESTS ONLY

CONSIGNEE SHOULD CHECK THE CONDITION OF ALL ARTWORK BEFORE IT LEAVES THE SHOWROOM. UPON RETURN, ALL DAMAGES WILL BE THE RESPONSIBILITY OF THE CONSIGNEE. ALL DAMAGED ARTWORK WILL BE BILLED AT FULL VALUE.

The undersigned agrees that should it be necessary for Kevin Barry Fine Art Associates to take legal action to collect any sums due under this agreement, the undersigned will pay any reasonable traveling expenses, collection costs, and attorney's fees incident thereto.

**Owner/Authorized Agent Signature**

X _____

| | |
|---|---|
| SUB-TOTAL | |
| TAX | |
| INSTALL/DELIVER | |
| SHIPPING/HANDLING | |
| GRAND TOTAL | 1020 |
| LESS DEPOSIT | |
| BALANCE DUE | |

DUE DATE _____
S/M _____
RECEIVE VIA _____
NUMBER OF CARTONS _____
CONDITION OF CARTONS _____
RECEIVED BY _____

NO RETURNED MERCHANDISE WILL BE ACCEPTED WITHOUT PRIOR AUTHORIZATION FROM KEVIN BARRY FINE ART ASSOCIATES. CLAIMS FOR DAMAGED OR SHORTAGES MUST BE REPORTED WITHIN FIVE BUSINESS DAYS OF RECEIPT OF SHIPMENT.
WHITE - OFFICE   CANARY - CUSTOMER   PINK - SHOWROOM FILE   GOLD - SALESPERSON



ArtBrokers, Inc.
247 Shoreline Highway
Mill Valley, CA, CA 94941
Ph. 415 380 4100
Fax 415 380 4101

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/16/2005 | 7576 |

**Bill To**

Kevin Barry Fine Art
8210 Melrose Avenue
Los Angeles,CA  90046

**Ship To**

Kevin Barry Fine Art
S/M C.Wide Cafeteria

| P.O. No. | Terms | Ship Via | FOB | Project |
|----------|-------|----------|-----|---------|
| 2348//2316 | Net 30 | UPS | | 03/17/05 |

| Qty | Description | Unit | Extension |
|-----|-------------|------|-----------|
| 1 | KARYN YOUNG Tea for Four 74/250 | 135.00 | 135.00 |
| 1 | KARYN YOUNG The Apple Fell Out 11/200 | 135.00 | 135.00 |
| 1 | KARYN YOUNG Wine Melody 41/250 | 135.00 | 135.00 |
| 1 | KARYN YOUNG Table for Two 41/250 | 135.00 | 135.00 |
| 1 | WENDY GRUBER Hillside Road 26/150 | 195.00 | 195.00 |
| | Shipping and handling | 25.00 | 25.00 |

| | |
|---|---|
| Subtotal | $760.00 |
| Sales Tax  (7.25%) | $0.00 |
| Total | $760.00 |
| Payments/Credits | $-760.00 |
| Balance Due | $0.00 |



ArtBrokers, Inc.
247 Shoreline Highway
Mill Valley, CA, CA 94941
Ph. 415 380 4100
Fax 415 380 4101

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/10/2005 | 7503 |

**Bill To**

Kevin Barry Fine Art
8210 Melrose Avenue
Los Angeles, CA  90046

**Ship To**

NET 30

| P.O. No. | Terms | Ship Via | FOB | Project |
|----------|-------|----------|-----|---------|
| 2225 | Listed Below | | | 02/11/05 |

| Qty | Description | Unit | Extension |
|-----|-------------|------|-----------|
| 1 | AUSTIN Two Trees  71/150   71/150 | 142.50 | 142.50T |
| 1 | AUSTIN Three Trees  31/150 | 142.50 | 142.50T |
| 1 | AUSTIN Distant Horizon 8/150 | 142.50 | 142.50T |
| 1 | AUSTIN Six Trees  73/150 | 142.50 | 142.50T |
| 1 | LONG Abstract A  25/150 | 180.00 | 180.00T |
| 1 | LONG Abstract C  25/150 | 180.00 | 180.00T |
| 1 | LONG Mullica  13/150 | 180.00 | 180.00T |
| 1 | LONG Raritan  25/150 | 180.00 | 180.00T |
| 1 | OWEN Just Beyond The Fence 22/150 | 142.50 | 142.50T |
| 1 | OWEN Where The Road Meets 26/150 | 142.50 | 142.50T |
| 1 | ZENER Taking The Plunge  71/150 | 187.50 | 187.50T |
| 1 | ZENER After The Plunge  68/150 | 187.50 | 187.50T |
| 1 | ZENER Two High Divers  13/120 | 271.85 | 271.85T |
| 1 | ZENER Seeker  23/120 | 281.25 | 281.25T |
| | Shipping  & HANDLING | 0.00 | 0.00 |
| | | | 7 25 00 |

| | |
|---|---|
| Subtotal | $2,503.10 |
| Sales Tax  (7.25%) | ~~$181.47~~ |
| Total | $2,684.57 |
| Payments/Credits | $0.00 |
| Balance Due | $2,684.57 |

# Kevin Barry
fine art associates

8210 Melrose Avenue
Los Angeles, CA 90046

# Purchase Order

| DATE | P.O. NO. |
|------|----------|
| 2/10/2005 | 2225 |

### Vendor

Art Brokers, Inc.
David Coyle
247 Shoreline Valley
Mill Valley, CA 94941

### Ship To

Kevin Barry Fine Art Associates
8210 Melrose Avenue
Los Angeles, CA 90046

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 200 | Limited Edition-Austin Two Trees | 1 | 0.00 | 0.00 |
| 200 | Limited Edition-Austin Three Trees | 1 | 0.00 | 0.00 |
| 200 | Limited Edition-Austin Distant Horizon | 1 | 0.00 | 0.00 |
| 200 | Limited Edition-Austin Six Trees | 1 | 0.00 | 0.00 |
| 200 | Limited Edition-Long Abstract A | 1 | 0.00 | 0.00 |
| 200 | Limited Edition-Long Abstract C | 1 | 0.00 | 0.00 |
| 200 | Limited Edition-Long Mullica | 1 | 0.00 | 0.00 |
| 200 | Limited Edition-Long Raritan | 1 | 0.00 | 0.00 |
| 200 | Limited Edition-Owen Just Beyond the Fence | 1 | 0.00 | 0.00 |
| 200 | Limited Edition-Owen Where the Road Meets the Sky | 1 | 0.00 | 0.00 |
| 200 | Limited Edition-Zener Take the Plunge | 1 | 0.00 | 0.00 |
| 200 | Limited Edition-Zener After the Plunge | 1 | 0.00 | 0.00 |
| 200 | Limited Edition-Zener Two High Divers | 1 | 0.00 | 0.00 |
| 200 | Limited Edition-Zener Seeker | 1 | 0.00 | 0.00 |

| | Total | $0.00 |
|--|-------|-------|

**KB 1305**

# Kevin Barry
### fine art associates
8210 Melrose Avenue
Los Angeles, California 90046
☎ 323.951.1860  ✉ 323.951.1866
www.kevinbarryfineart.com

Order No. __2010__
Order Date _____
Page ____ of ____

☐ SALES ORDER  ☐ RECEIVING REPOR
☐ PROPOSAL  ☐ ADJUSTMENTS
☑ PURCHASE ORDER  ☐ OTHER

**Name & Address**
Art Brokers

**Ship To/From**
KBFAA
(ORDER)

| E MAIL | | TELEPHONE | | FAX |
|---|---|---|---|---|
| CUSTOMER P.O. # | | TERMS | SALES PERSON | SHIP VIA |
| BUYER | | CREDIT APPROVAL | F.O.B. | |

| QTY | ARTIST | TITLE/DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 4 | Austin | IEA - "Distant Horizon, 6 Trees, 3 Trees, Two Trees" | 142.50 ea | 570 |
| 1 | Cruhen | Helside Road | | 195 |
| 3 | Long | Abstract A, B, C (ea) | 180 | ~~360~~ 540 |
| 2 | Long | Mullica Horizon 1ea | 180 | 360 |
| 1 | Mayon | Essence B/O | | 207 |
| 1 | Mayon | Expanses | | 142.50 |
| 2 | Mitchell | Bougainvillea 1+1" | 142.50 | 285 |
| 1 | " | Desert Sunrise | | 142 |
| 1 | " | Eastern Slope | | 210 |

CONSIGNEE SHOULD CHECK THE CONDITION OF ALL ARTWORK BEFORE IT LEAVES THE SHOWROOM. UPON RETURN, ALL DAMAGES WILL BE THE RESPONSIBILITY OF THE CONSIGNEE. ALL DAMAGED ARTWORK WILL BE BILLED AT FULL VALUE.

The undersigned agrees that should it be necessary for Kevin Barry Fine Art Associates to take legal action to collect any sums due under this agreement, the undersigned will pay any reasonable traveling expenses, collection costs, and attorney's fees incident thereto.

**Owner/Authorized Agent Signature**

CUSTOMER INFO/REQUESTS ONLY
DUE DATE ____
S/M ____
RECEIVE VIA ____
NUMBER OF CARTONS ____
CONDITION OF CARTONS ____
RECEIVED BY ____

| SUB-TOTAL | |
| TAX | |
| INSTALL/DELIVER | |
| SHIPPING/HANDLING | |
| GRAND TOTAL | |
| LESS DEPOSIT | < > |
| BALANCE DUE | |

NO RETURNED MERCHANDISE WILL BE ACCEPTED WITHOUT PRIOR AUTHORIZATION FROM KEVIN BARRY FINE ART ASSOCIATES. CLAIMS FOR DAMAGED OR SHORTAGES MUST BE REPORTED WITHIN FIVE BUSINESS DAYS OF RECEIPT OF SHIPMENT.
WHITE - OFFICE    CANARY - CUSTOMER    PINK - SHOWROOM



ArtBrokers, Inc.
247 Shoreline Highway
Mill Valley, California 94941

Tel 415 380-4100
Fax 415 380-4101

David G.Coyle

Date: 11/16/04

Pages to follow: 1

To: Kevin Barry

Company: Kevin Barry Fine Art Associates

Fax: (323)951-1866

Reference: Prints

Comments:

Hi Kevin -
You will receive these prints today. The backordered and consigned prints will follow soon. Thanks again.

Best regards,
David



ArtBrokers, Inc.
247 Shoreline Highway
Mill Valley, CA, CA 94941
Ph. 415 380 4100
Fax 415 380 4101

**Invoice**

| Date | Invoice # |
|------|-----------|
| 11/11/2004 | 7289 |

| Bill To | Ship To |
|---------|---------|
| Kevin Barry Fine Art<br>8210 Melrose Avenue<br>Los Angeles,CA 90046 | |

| P.O. No. | Terms | Ship Via | FOB | Project |
|----------|-------|----------|-----|---------|
| 2010/1305 | Listed Below | UPS | | 11/11/04 |

| Qty | Description | Unit | Extension |
|-----|-------------|------|-----------|
| 1 | AUSTIN Distant Horizon 26/150 | 142.50 | 142.50 |
| 1 | AUSTIN Six Trees 62/150 | 142.50 | 142.50 |
| 1 | AUSTIN Three Trees 25/150 | 142.50 | 142.50 |
| 1 | AUSTIN Two Trees - Backordered | 0.00 | 0.00 |
| 1 | GRUBER Hillside Road 18/150 | 195.00 | 195.00 |
| 1 | LONG Abstract A 19/150 | 180.00 | 180.00 |
| 1 | LONG Abstract B 19/150 | 180.00 | 180.00 |
| 1 | LONG Astract C 18/150 | 180.00 | 180.00 |
| 1 | LONG Mullica 25/150 | 180.00 | 180.00 |
| 1 | LONG Raritan 24/150 | 180.00 | 180.00 |
| 1 | MAXON Essence - Backordered | 0.00 | 0.00 |
| 1 | MAXON Expanse 11/150 | 142.50 | 142.50 |
| 1 | MITCHELL Bougainvillea I 27/200 | 142.50 | 142.50 |
| 1 | MITCHELL Bougainvillea II 14/200 | 142.50 | 142.50 |
| 1 | MITCHELL Desert Sunrise 19/200 | 142.50 | 142.50 |
| 1 | MITCHELL Eastern Slope 33/200 | 210.00 | 210.00 |
| 1 | Shipping and Handling | 50.00 | 50.00 |
| | 50% deposit due with order, balance net 30 | | |

| | |
|---|---|
| Subtotal | $2,352.50 |
| Sales Tax (7.25%) | $0.00 |
| Total | $2,352.50 |
| Payments/Credits | $0.00 |
| Balance Due | $2,352.50 |

Art Broker

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 11/08/2004 | Bill | 7289 | 2,352.50 | 2,352.50 | | 2,352.50 |

12/3/2004

Check Amount    2,352.50

Business Checking    7289    2,352.50



ART BROKERS, INC.
247 SHORELINE HIGHWAY
MILL VALLEY, CALIFORNIA 94941
TEL 415 380-4100
FAX 415 380-4101

DAVID G.COYLE

SOLD TO: Kevin Earny fine Art   SHIP TO:

| SALES ORDER | P.O. | TERMS Consignment | DATE 2-20-06 |
|---|---|---|---|

| QTY | STOCK# | ARTIST | TITLE | | | FRAME | ART |
|---|---|---|---|---|---|---|---|
| 1 | 198/200 | Max h | Radiance | ✗ | R 4·18·06 | | |
| 1 | 21/200 | Maxon | Romance | ✗ | | | |
| 1 | 15 200 | | | ⊥ | Pasadena | 700 — |
| 1 | | | | ⊥ | | 700 — |
| | 200 | | | ⊥ | PE† | 700 — |
| 1 | 50 200 | Maxon | Radiance | sold | | 700 — |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | please confirm return | | | |
| | | | ✗ | | | |
| | | | LP | | | |

# Exhibit C

## Marc N. Bernstein

**From:** David Coyle [david@artbrokersinc.com]

**Sent:** Wednesday, May 14, 2008 4:25 PM

**To:** Marc N. Bernstein

**Subject:** Fwd: Allison Barry Will be in the Bay Area and Beyond Showing New Canvases May 3rd, 4th, and 5th

David Coyle
ArtBrokers, Inc
2660 Bridgeway
Sausalito, CA 94965
P 415 332 2660
F 415 332 2680

http://www.artbrokersinc.com

Begin forwarded message:

> **From:** Jason Fiore <jason@kevinbarryfineart.com>
> **Date:** May 2, 2006 12:14:01 PM PDT
> **To:** David Coyle <david@artbrokersinc.com>
> **Subject:** Allison Barry Will be in the Bay Area and Beyond Showing New Canvases May 3rd, 4th, and 5th

David,

Allison Barry will be in the Carmel area on Wednesday May 3rd and the Bay Area May 4th and 5th showing new original artwork by a wide variety of artists. If you are currently looking for artwork for your interior project and would like her to stop by your office feel free to set up an appointment via email (jason@kevinbarryfineart.com) or phone (323)951-1860. Allison can bring particular pieces based on your specifications (i.e. style, content, color palette, size, etc.) so please let us know what you are looking for. If you would like to get an idea as to the type of artwork we carry please visit us online at www.kevinbarryfineart.com.

Best,

Jason Fiore
Director of Marketing
Kevin Barry Fine Art Associates
8210 Melrose Avenue
Los Angeles, CA 90046
Ph: (323) 951-1860 Fax: (323) 951-1866
Web: www.kevinbarryfineart.com

Exhibit D



*Falling Into Place*, Copyright 2003 by Brennie Brackett



*Winters Velvet*, Copyright 2002 by Brennie Brackett



*Great Expectations*, Copyright 2002 by Brennie Brackett

Exhibit E

ArtBrokers, Inc.
247 Shoreline Highway
Mill Valley, CA, CA 94941
Ph. 415 380 4100
Fax 415 380 4101

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/10/2005 | 8116 |

**Bill To**

Kevin Barry Fine Art
8210 Melrose Avenue
Los Angeles,CA  90046

**Ship To**

| P.O. No. | Terms | Ship Via | FOB | Project |
|----------|-------|----------|-----|---------|
| 3935 | Net 30 | | | 11/10/05 |

| Qty | Description | Unit | Extension |
|-----|-------------|------|-----------|
| 1 | MITCHELL Five Bales 39/200 | 475.00 | 475.00 |
| 1 | BRACKETT Falling Into Place 26/150 | 500.00 | 500.00 |
| 1 | BRACKETT Winter's Velvet 17/150 | 475.00 | 475.00 |
| 1 | RYAN Awakening 28/100 | 500.00 | 500.00 |
| 1 | RYAN Early Dawn 21/100 | 500.00 | 500.00 |
| 1 | PAYNE Summer Aerial CTP | 475.00 | 475.00 |
| | Subtotal | | 2,925.00 |
| | Less 50% | -50.00% | -1,462.50 |
| | Subtotal | | 1,462.50 |
| | Less 40% | -40.00% | -585.00 |
| | Shipping | 22.00 | 22.00 |

| | |
|---|---|
| Subtotal | $899.50 |
| Sales Tax (7.25%) | $0.00 |
| Total | $899.50 |
| Payments/Credits | $0.00 |
| Balance Due | $899.50 |

Exhibit F



Hilton Reproduction of *Falling Into Place*



Hilton Reproduction of *Winters Velvet*



Hilton Reproduction of *Great Expectations*