1  MARC N. BERNSTEIN (SBN 145837)
   Email: mbernstein@blgrp.com
2  SUSAN S. BORANIAN (SBN 173788)
   Email: sboranian@blgrp.com
3  THE BERNSTEIN LAW GROUP, P.C.
   555 Montgomery Street, Suite 1650
4  San Francisco, CA 94111
   Telephone: (415) 765-6633
5  Facsimile: (415) 283-4804

6  Attorneys for Plaintiff,
   BERENICE BRACKETT
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | BERENICE BRACKETT,                                    ) Case No. CV 08-02100 WHA
                                                           )
13 |     Plaintiff,                                        )
                                                           )
14 | vs.                                                   )
                                                           )
15 | HILTON HOTELS CORPORATION, a                          )
     Delaware Corporation, HILTON                          ) **DECLARATION OF BERENICE**
16 | SUPPLY MANAGEMENT, INC., a                            ) **BRACKETT IN OPPOSITION TO**
     Delaware Corporation, KEVIN A.                        ) **DEFENDANTS' MOTION TO DISMISS**
17 | BARRY, an individual, KEVIN BARRY                     ) **OR TRANSFER**
     FINE ART ASSOCIATES, a California                     )
18 | Corporation, JOHN or JANE DOES 1-                     )
     100, individuals of presently unknown                 ) Hearing:    June 19, 2008
19 | identity, and ABC CORPORATIONS 1-                     ) Time:       8:00 a.m.
     300, corporations of presently unknown                ) Courtroom:  9
20 | identity,                                             ) Judge:      Hon. William H. Alsup
                                                           )
21 |     Defendants.                                       )
                                                           )
22                                                         )
                                                           )
23

24

25

26

27

Brackett Declaration In Opposition to Defendants' Motion to Dismiss   Case No. CV 08-02100 WHA

I, Berenice Brackett, declare:

1. I am the plaintiff in this case.

2. I have personal knowledge of the facts in this declaration. If called as a witness I could and would testify to them.

3. I live and work in Sonoma County, California. I am a professional artist. I paint and sell pastel paintings.

4. In addition, I authorize the sale of limited-edition giclée prints through a Sausalito art publisher and dealer named ArtBrokers, Inc. The giclées are sold on a strictly limited-edition basis. Purchasers of my prints understand that no more than a certain number of each, for example 150, will ever be made or sold.

5. It would be a true inconvenience and expense for me if this case were moved to Los Angeles. I have no business in Los Angeles and I travel there very, very, infrequently. The last time I was in L.A. was a number of years ago, and before that it had been many many years. To get to L.A., I would first drive from Sonoma to San Francisco International Airport, and then fly from there.

I declare that the above is true under penalty of perjury under the laws of the State of California.

DATED: May 28, 2008

*Berenice Brackett* (signature)
Berenice Brackett

---

1

Brackett Declaration In Opposition to Defendants' Motion to Dismiss   Case No. CV 08-02100 WHA