1  MARC N. BERNSTEIN (SBN 145837)
   Email: mbernstein@blgrp.com
2  SUSAN S. BORANIAN (SBN 173788)
   Email: sboranian@blgrp.com
3  THE BERNSTEIN LAW GROUP, P.C.
   555 Montgomery Street, Suite 1650
4  San Francisco, CA 94111
   Telephone: (415) 765-6633
5  Facsimile: (415) 283-4804

6  Attorneys for Plaintiff,
   BERENICE BRACKETT

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  BERENICE BRACKETT,                    ) Case No. CV 08-02100 WHA
                                          )
13       Plaintiff,                       )
                                          )
14  vs.                                   )
                                          )
15  HILTON HOTELS CORPORATION, a          )
    Delaware Corporation, HILTON          ) **DECLARATION OF MARC N.**
16  SUPPLY MANAGEMENT, INC., a            ) **BERNSTEIN IN OPPOSITION TO**
    Delaware Corporation, KEVIN A.        ) **DEFENDANTS' MOTION TO DISMISS**
17  BARRY, an individual, KEVIN BARRY     ) **OR TRANSFER**
    FINE ART ASSOCIATES, a California     )
18  Corporation, JOHN or JANE DOES 1-     )
    100, individuals of presently unknown ) Hearing:      June 19, 2008
19  identity, and ABC CORPORATIONS 1-     ) Time:         8:00 a.m.
    300, corporations of presently unknown) Courtroom:    9
20  identity,                             ) Judge:        Hon. William H. Alsup
                                          )
21       Defendants.                      )
                                          )
22                                        )
                                          )
23  ─────────────────────────────────────)

24

25

26

27

1    I, Marc N. Bernstein, declare:

2        1.      I am an attorney at The Bernstein Law Group, P.C., counsel of record

3    for the plaintiff, Berenice (Brennie) Brackett.

4        2.      I have personal knowledge of the facts in this declaration.  If called as a

5    witness I could and would testify to them.

6        3.      Attached to this declaration as Exhibit A are true and correct copies of

7    printouts from the California Secretary of State's business portal Web page, showing

8    the corporate registration records of Kevin Barry Fine Art Associates, Hilton Hotels

9    Corporation, and Hilton Supply Management, Inc.

10       4.      Attached to this declaration as Exhibit B is a true and correct copy of a

11   printout from the Hilton Hotels Corporation website, from the URL

12   <http://phx.corporate-ir.net/phoenix.zhtml?c=88577&p=irol-irhome_pf>.  It gives a

13   corporate overview and also shows Hilton's "family" of wholly-owned hotel brands,

14   including Homewood Suites.

15       5.      Attached to this declaration as Exhibit C is a true and correct copy of a

16   printout from the Hilton Hotels website showing the location of numerous Northern

17   California hotels in the Hilton "family," including Hilton, Doubletree, Embassy

18   Suites, Hampton Inn & Suites, Hampton Inn, Homewood Suites, and Hilton Garden

19   Inn.  On this exhibit boxes are drawn around the fifty-plus hotels that are within the

20   Northern District of California.

21       6.      Attached to this declaration as Exhibit D are true and correct copies of

22   printouts from the Hilton Hotels website of selected "brochures" of the features

23   available at individual Northern District Hilton hotels, such as the Hilton San

24   Francisco, the Hilton San Jose, and so on.  These brochures show the amenities

25   available at the featured hotel.

26

27

Bernstein Declaration In Opposition to Defendants' Motion to Dismiss    Case No. CV 08-02100 WHA

1    7.    Attached to this declaration as Exhibit E are true and correct copies of

2    printouts of a sequence of five Web pages from the Hilton Hotels website,

3    <www.hiltonfranchise.com>.  For the first four pages, the link on the page that was

4    selected to reach the next page has highlighted by our office with a black rectangle.

5    These pages, particularly the final page, show that defendant Hilton Supply

6    Management, Inc. is the supply arm for Hilton's franchisees.

7

8    I declare that the above is true under penalty of perjury under the laws of the

9    State of California.

10

11    DATED: May 28, 2008

12                                                Marc N. Bernstein

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Bernstein Declaration In Opposition to Defendants' Motion to Dismiss    Case No. CV 08-02100 WHA

# Exhibit A

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of MAY 23, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| KEVIN BARRY FINE ART ASSOCIATES | | |
| **Number:** C1786387 | **Date Filed:** 6/27/1996 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 8210 MELROSE AVE | | |
| LOS ANGELES, CA 90046 | | |
| **Agent for Service of Process** | | |
| KEVIN A BARRY | | |
| 5951 RUSTLING OAKS DR | | |
| AGOURA, CA 91301 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of MAY 23, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| HILTON HOTELS CORPORATION | | |
| **Number:** C0206310 | **Date Filed:** 6/1/1946 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| **Address** | | |
| 9336 CIVIC CENTER DR | | |
| BEVERLY HILLS, CA 90210 | | |
| **Agent for Service of Process** | | |
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE | | |
| 2730 GATEWAY OAKS DR STE 100 | | |
| SACRAMENTO, CA 95833 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of MAY 23, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| HILTON SUPPLY MANAGEMENT, INC. | | |
| **Number:** C0538308 | **Date Filed:** 1/2/1968 | **Status:** surrender |
| **Jurisdiction:** DELAWARE | | |
| **Address** | | |
| 9336 CIVIC CENTER DR | | |
| BEVERLY HILLS, CA 90210 | | |
| **Agent for Service of Process** | | |
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE | | |
| 2730 GATEWAY OAKS DR STE 100 | | |
| SACRAMENTO, CA 95833 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# Exhibit B

# (H) Hilton Hotels Corporation

# Corporate Overview

**Profile**

Hilton Hotels Corporation is the leading global hospitality company, with more than 2,800 hotels and 480,000 rooms in 76 countries and territories, including 100,000 team members worldwide.

The company owns, manages or franchises a hotel portfolio of some of the best known and highly regarded brands, including Hilton®, Conrad®, Doubletree®, Embassy Suites Hotels®, Hampton Inn®, Hampton Inn & Suites®, Hilton Garden Inn®, Hilton Grand Vacations™, Homewood Suites by Hilton® and The Waldorf=Astoria Collection®.

The Hilton Family of Hotels adheres to founder Conrad Hilton's philosophy that, "It has been, and continues to be, our responsibility to fill the earth with the light and warmth of hospitality." The company put a name to its unique brand of service that has made it the best known and most highly regarded hotel company: **be hospitable®.** The philosophy is shared by all brands in the Hilton Family of Hotels, and is the inspiration for its overarching message of kindness and generosity.

For more information about our company, please visit www.hiltonworldwide.com, and to learn more about our **be hospitable** philosophy, please visit www.behospitable.com.

## Recent News                                                                    More »

| Date | Title | |
|------|-------|---|
| 11/28/07 | Hilton Announces Completion of Sale of Unsecured Notes | 🖳 |
| 11/21/07 | Hilton Announces Agreement to Issue Unsecured Notes | 🖳 |
| 10/24/07 | Hilton Closes Merger With Blackstone Investment Funds | 🖳 |
| 10/22/07 | Hilton Announces U.S. Dollar Price for Its Tender Offer and Related Consent Solicitation for Its 7.430% Chilean Inflation-Indexed (UF) Notes Due 2009 | 🖳 |

## Featured Report                                                                 More »

📄  2007 Audited Financial Statements

**Hilton Invester Relations Department**
Phone: 310-205-4012
E-mail: shareholder@hilton.com

**Powered By EDGAR**Online

Replication or redistribution of EDGAR Online, Inc. content is expressly prohibited without the prior written consent of EDGAR Online, Inc. EDGAR Online, Inc. shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.

# Exhibit C

Accessibility links:
- Skip to main content
- Skip to search box



**Sign in**

Username or HHonors #: [_____]
Register
Password or PIN: [_____]
Forgot password?
➍

☐ Remember Me

View Text Only

Customer Support
1-800-222-TREE
A proud member of The Hilton Family - be hospitable

- Specials & Packages
- Reservations
- Meetings
- Social Gatherings
- Hilton HHonors
- Things to Do
- En Español
- My Favorite Hotels

Search Results



## Search Results    🖶 Print ⬚ Help

### Change Your Search

**Location**

City:
[_____]

Search Within:
[40 ▾]  ⦿ mi ○ km

State/Province:
[California ▾]

Country:
[United States ▾]

**Brand**
- ☐ Conrad Hotels
- ☐ Doubletree
- ☐ Embassy Suites Hotels
- ☐ Hampton Hotels
- ☐ Hilton Garden Inn
- ☐ Hilton Hotels
- ☐ Homewood Suites by Hilton
- ☐ Waldorf=Astoria Collection
- ☑ All Hilton Family Hotels

**Dates**
(optional)

Check-in
[Day ▾] [Month ▾] 🗓
Check-out
[Day ▾] [Month ▾] 🗓
Flexible Travel Dates?

[Search Again ▸]

More Search Options ▸

**The following locations matched your request.**

Sort by: [Brand ▾] Show: [All Hotels ▾]: [Go ▸]

Page: **1** 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23

Select up to 4 hotels
◉ Compare Selected Hotels

**Doubletree**

℗ **Doubletree Guest Suites Anaheim Resort/Convention Center**

2085 S. Harbor Blvd
Anaheim, California, USA, 92802
1-714-750-3000

🛏 Add to Favorite Hotels

☐ Compare Hotel

[View Rates ▸]

℗ **Doubletree Hotel Bakersfield**

3100 Camino Del Rio Court
Bakersfield, California, USA, 93308
1-661-323-7111

🛏 Add to Favorite Hotels

☐ Compare Hotel

[View Rates ▸]



℗ **Doubletree Hotel & Executive Meeting Center Berkeley Marina**

200 Marina Boulevard
Berkeley, California, USA, 94710
1-510-548 7920

🛏 Add to Favorite Hotels

☐ Compare Hotel

[View Rates ▸]



**Doubletree Hotel San Francisco Airport**

☐ Compare Hotel

835 Airport Blvd.
Burlingame, California, USA, 94010-9949
1-650-344-5500

Add to Favorite Hotels

View Rates ▶

**Doubletree Hotel Carson Civic Plaza**

☐ Compare Hotel

2 Civic Plaza Drive
Carson, California, USA, 90745
1-310-830-9200

Add to Favorite Hotels

View Rates ▶

**Doubletree Hotel Claremont**

☐ Compare Hotel

555 West Foothill Blvd
Claremont, California, USA, 91711
1-909-626 2411

Add to Favorite Hotels

View Rates ▶

**Doubletree Hotel Los Angeles/Commerce**

☐ Compare Hotel

5757 Telegraph Road
Commerce, California, USA, 90040
1-323-887-8100

Add to Favorite Hotels

View Rates ▶

**Doubletree Guest Suites Doheny Beach**

☐ Compare Hotel

34402 Pacific Coast Highway
Dana Point, California, USA, 92629
1-949-661-1100

Add to Favorite Hotels

View Rates ▶

**Doubletree Hotel Los Angeles International Airport**

☐ Compare Hotel

1985 East Grand Ave.
El Segundo, California, USA, 90245-5015
1-310-322-0999

Add to Favorite Hotels

View Rates ▶

**Doubletree Hotel Irvine-Spectrum**

☐ Compare Hotel

90 Pacifica Avenue
Irvine, California, USA, 92618
1-949-471-8888

Add to Favorite Hotels

View Rates ▶

Accessibility links:

- Skip to main content.
- Skip to search box.



**DOUBLETREE®**
HOTELS·SUITES·RESORTS·CLUBS

## Sign in
Username or HHonors #:
Register
Password or PIN:
Forgot password?
➡

☐ Remember Me

View Text Only

Customer Support
1-800-222-TREE
A proud member of The Hilton Family - be hospitable

- Specials & Packages
- Reservations
- Meetings
- Social Gatherings
- Hilton HHonors
- Things to Do
- En Español
- My Favorite Hotels

Search Results



**Search Results**       🖨 Print   🛈 Help

**The following locations matched your request.**

### Change Your Search

**Location**
City:

**Search Within:**
40 ▾ ⦿ mi ○ km

**State/Province:**
California ▾

**Country:**
United States ▾

**Brand**
- ☐ Conrad Hotels
- ☐ Doubletree
- ☐ Embassy Suites Hotels
- ☐ Hampton Hotels
- ☐ Hilton Garden Inn
- ☐ Hilton Hotels
- ☐ Homewood Suites by Hilton
- ☐ Waldorf=Astoria Collection
- ☑ All Hilton Family Hotels

**Dates**
(optional)

**Check-in**
Day ▾ | Month ▾ 📅
**Check-out**
Day ▾ | Month ▾ 📅
Flexible Travel Dates?

[ Search Again ▸ ]

More Search Options ▸▸

Sort by: Brand ▾   Show: All Hotels ▾   [ Go ▸ ]

**Page:**   1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23

Select up to 4 hotels
◯ Compare Selected Hotels

**Doubletree**

**Doubletree Club Livermore**

720 Las Flores Road
Livermore, California, USA, 94551
1-925-443-4950

👤 Add to Favorite Hotels

☐ Compare Hotel

[ View Rates ▸ ]

**Doubletree Hotel Modesto**

1150 Ninth Street
Modesto, California, USA, 95354
1-209-526-6000

👤 Add to Favorite Hotels

☐ Compare Hotel

[ View Rates ▸ ]

**Doubletree Hotel Monrovia - Pasadena Area**

924 W. Huntington Drive
Monrovia, California, USA, 91016
1-626-357-1900

👤 Add to Favorite Hotels

☐ Compare Hotel

[ View Rates ▸ ]



Ⓠ **Doubletree Hotel Ontario Airport**

222 North Vineyard Ave
Ontario, California, USA, 91764-4431
1-909-937-0900

☐ Compare Hotel

🚗 Add to Favorite Hotels

**View Rates ▸**

Ⓠ **Doubletree Hotel Anaheim/Orange County**

100 The City Drive
Orange, California, USA, 92868-3204
1-714-634-4500

☐ Compare Hotel

🚗 Add to Favorite Hotels

**View Rates ▸**

Ⓠ **Doubletree Hotel Sonoma Wine Country**

One Doubletree Drive
Rohnert Park, California, USA, 94928
1-707-584-5466

☐ Compare Hotel

🚗 Add to Favorite Hotels

**View Rates ▸**

Ⓠ **Doubletree Hotel Los Angeles/Rosemead**

888 Montebello Boulevard
Rosemead, California, USA, 91770
1-323-722-8800

☐ Compare Hotel

🚗 Add to Favorite Hotels

**View Rates ▸**

Ⓠ **Doubletree Hotel Sacramento**

2001 Point West Way
Sacramento, California, USA, 95815
1-916-929-8855

☐ Compare Hotel

🚗 Add to Favorite Hotels

**View Rates ▸**

Ⓠ **Doubletree Club Hotel San Diego**

1515 Hotel Circle South
San Diego, California, USA, 92108
1-619-881-6900

☐ Compare Hotel

🚗 Add to Favorite Hotels

**View Rates ▸**

Ⓠ **Doubletree Golf Resort San Diego**

14455 Penasquitos Dr.
San Diego, California, USA, 92129-1603
1-858-672-9100

☐ Compare Hotel

🚗 Add to Favorite Hotels

**View Rates ▸**



**Doubletree Hotel San Jose**

2050 Gateway Place
San Jose, California, USA, 95110
1-408-453-4000

☐ Compare Hotel

Add to Favorite Hotels

**View Rates ▸**

**Doubletree Hotel San Pedro**

2800 Via Cabrillo Marina
San Pedro, California, USA, 90731
1-310-514 3344

☐ Compare Hotel

Add to Favorite Hotels

**View Rates ▸**

**Doubletree Club Orange County Airport**

7 Hutton Centre Drive
Santa Ana, California, USA, 92707-5794
1-714-751-2400

☐ Compare Hotel

Add to Favorite Hotels

**View Rates ▸**

**Doubletree Hotel Santa Ana/Orange County Airport**

201 East MacArthur Boulevard
Santa Ana, California, USA, 92707
1-714-825-3333

☐ Compare Hotel

Add to Favorite Hotels

**View Rates ▸**

**Fess Parkers Doubletree Resort Santa Barbara**

633 East Cabrillo Boulevard
Santa Barbara, California, USA, 93103
1-805-564-4333

☐ Compare Hotel

Add to Favorite Hotels

**View Rates ▸**

**Doubletree Guest Suites Santa Monica**

1707 Fourth Street
Santa Monica, California, USA, 90401-3310
1-310-395-3332

☐ Compare Hotel

Add to Favorite Hotels

**View Rates ▸**

**Doubletree Hotel Torrance/South Bay**

21333 Hawthorne Boulevard
Torrance, California, USA, 90503
1-310-540-0500

☐ Compare Hotel

Add to Favorite Hotels

**View Rates ▸**



**E** **Embassy Suites San Francisco Airport - Burlingame**          Compare Hotel

150 Anza Blvd
Burlingame, California, USA, 94010
1-650-342-4600

Add to Favorite Hotels

View Rates ▸

**E** **Embassy Suites Los Angeles - Downey**          ☐ Compare Hotel

8425 Firestone Blvd.
Downey, California, USA, 90241
1-562-861-1900

Add to Favorite Hotels

View Rates ▸

**E** **Embassy Suites Los Angeles - International Airport/South**          ☐ Compare Hotel

1440 E. Imperial Ave
El Segundo, California, USA, 90245
1-310-640-3600

Add to Favorite Hotels

View Rates ▸

**E** **Embassy Suites Anaheim - South**          ☐ Compare Hotel

11767 Harbor Boulevard
Garden Grove, California, USA, 92840
1-714-539-3300

Add to Favorite Hotels

View Rates ▸

**E** **Embassy Suites Los Angeles - Glendale**          ☐ Compare Hotel

800 N Central Avenue
Glendale, California, USA, 91203
1-818-550-0828

Add to Favorite Hotels

View Rates ▸

**E** **Embassy Suites Irvine - Orange County Airport**          ☐ Compare Hotel

2120 Main Street
Irvine, California, USA, 92614
1-949-553-8332

Add to Favorite Hotels

View Rates ▸

**E** **Embassy Suites La Quinta - Hotel & Spa**          ☐ Compare Hotel

50-777 Santa Rosa Plaza
La Quinta, California, USA, 92253
1-760-777-1711

Add to Favorite Hotels

View Rates ▸

Accessibility links:

- Skip to main content
- Skip to search box.



## DOUBLETREE
HOTELS·SUITES·RESORTS·CLUBS

**Sign in**
Username or HHonors #:
Register
Password or PIN:
Forgot password?

☐ Remember Me

View Text Only

Customer Support
1-800-222-TREE
A proud member of The Hilton Family - be hospitable

- Specials & Packages
- Reservations
- Meetings
- Social Gatherings
- Hilton HHonors
- Things to Do
- En Español
- My Favorite Hotels

### Search Results


Doubletree Paradise Valley Resort/Scottsdale

**Search Results**                                    🖶 Print    ⃞ Help

**Change Your Search**

**Location**

City:

Search Within:
40 ▾  ⦿ mi ○ km

State/Province:
California ▾

Country:
United States ▾

**Brand**
☐ Conrad Hotels
☐ Doubletree
☐ Embassy Suites Hotels
☐ Hampton Hotels
☐ Hilton Garden Inn
☐ Hilton Hotels
☐ Homewood Suites by Hilton
☐ Waldorf=Astoria Collection
☑ All Hilton Family Hotels

**Dates**
(optional)

Check-in
Day ▾  Month ▾  🗓

Check-out
Day ▾  Month ▾  🗓
Flexible Travel Dates?

[ Search Again ▸ ]

More Search Options ››

The following locations matched your request.

Sort by: Brand ▾   Show: All Hotels ▾   [ Go▸ ]

Page:   1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23  ·

Select up to 4 hotels
⦿ Compare Selected Hotels

**Embassy Suites Hotels**

🅴 **Embassy Suites Lompoc - Central Coast**                ☐ Compare Hotel

1117 North H. Street
Lompoc, California, USA, 93436
1-805-735-8311

🛏 Add to Favorite Hotels

[icons]                                          [ View Rates ▸ ]

🅴 **Embassy Suites Los Angeles - International Airport/North**          ☐ Compare Hotel

9801 Airport Blvd
Los Angeles, California, USA, 90045
1-310-215-1000

🛏 Add to Favorite Hotels

[icons]                                          [ View Rates ▸ ]

🅴 **Embassy Suites Milpitas - Silicon Valley**                ☐ Compare Hotel

901 E. Calaveras Boulevard
Milpitas, California, USA, 95035
1-408-942-0400

🛏 Add to Favorite Hotels

[icons]                                          [ View Rates ▸ ]

**Embassy Suites Napa Valley**

1075 California Blvd
Napa, California, USA, 94559
1-707-253-9540

Add to Favorite Hotels

☐ Compare Hotel

View Rates

**Embassy Suites Mandalay Beach - Hotel & Resort**

2101 Mandalay Beach Rd
Oxnard, California, USA, 93035
1-805-984-2500

Add to Favorite Hotels

☐ Compare Hotel

View Rates

**Embassy Suites Palm Desert**

74-700 Highway 111
Palm Desert, California, USA, 92260
1-760-340-6600

Add to Favorite Hotels

☐ Compare Hotel

View Rates

**Embassy Suites Sacramento - Riverfront Promenade**

100 Capitol Mall
Sacramento, California, USA, 95814
1-916-326-5000

Add to Favorite Hotels

☐ Compare Hotel

View Rates

**Embassy Suites San Diego - La Jolla**

4550 La Jolla Village Drive
San Diego, California, USA, 92122
1-858-453-0400

Add to Favorite Hotels

☐ Compare Hotel

View Rates

**Embassy Suites San Diego Bay - Downtown**

601 Pacific Highway
San Diego, California, USA, 92101
1-619-239-2400

Add to Favorite Hotels

☐ Compare Hotel

View Rates

**Embassy Suites San Luis Obispo**

333 Madonna Road
San Luis Obispo, California, USA, 93405
1-805-549-0800

Add to Favorite Hotels

☐ Compare Hotel

View Rates

**Accessibility links:**
- Skip to main content
- Skip to search box.



**DOUBLETREE**
HOTELS·SUITES·RESORTS·CLUBS

## Sign in
Username or HHonors #:
Register
Password or PIN:
Forgot password?
➡

☐ Remember Me

View Text Only

Customer Support
1-800-222-TREE
A proud member of The Hilton Family - be hospitable

- Specials & Packages
- Reservations
- Meetings
- Social Gatherings
- Hilton HHonors
- Things to Do
- En Español
- My Favorite Hotels

## Search Results

Doubletree Paradise Valley Resort/Scottsdale

### Search Results

🖶 Print   📄 Help

**Change Your Search**

**Location**

City:

Search Within:
40 ▾ ⦿ mi ○ km

State/Province:
California ▾

Country:
United States ▾

**Brand**
- ☐ Conrad Hotels
- ☐ Doubletree
- ☐ Embassy Suites Hotels
- ☐ Hampton Hotels
- ☐ Hilton Garden Inn
- ☐ Hilton Hotels
- ☐ Homewood Suites by Hilton
- ☐ Waldorf=Astoria Collection
- ☑ All Hilton Family Hotels

**Dates**
(optional)

Check-In
Day ▾ Month ▾ 🗓
Check-Out
Day ▾ Month ▾ 🗓
Flexible Travel Dates?

Search Again ▸

More Search Options ▸▸

**The following locations matched your request.**

Sort by: Brand ▾   Show: All Hotels ▾   Go ▸

Page: - 1 2 3 4 5 **6** 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 ·

Select up to 4 hotels
○ Compare Selected Hotels

### Embassy Suites Hotels

**Embassy Suites San Rafael - Marin County**    ☐ Compare Hotel

101 McInnis Parkway
San Rafael, California, USA, 94903
1-415-499-9222

🖼 Add to Favorite Hotels

View Rates ▸

**Embassy Suites Santa Ana - Orange County Airport North**    ☐ Compare Hotel

1325 East Dyer Road
Santa Ana, California, USA, 92705
1-714-241-3800

🖼 Add to Favorite Hotels

View Rates ▸

**Embassy Suites Santa Clara - Silicon Valley**    ☐ Compare Hotel

2885 Lakeside Drive
Santa Clara, California, USA, 95054
1-408-496-6400

🖼 Add to Favorite Hotels

View Rates ▸



**E** Embassy Suites Monterey Bay - Seaside     ☐ Compare Hotel

1441 Canyon Del Rey
Seaside, California, USA, 93955
1-831-393-1115

🚗 Add to Favorite Hotels

View Rates ▸

**E** Embassy Suites Lake Tahoe - Hotel & Ski Resort     ☐ Compare Hotel

4130 Lake Tahoe Boulevard
South Lake Tahoe, California, USA, 96150
1-530-544-5400

🚗 Add to Favorite Hotels

View Rates ▸

**E** Embassy Suites San Francisco Airport - South San Francisco     ☐ Compare Hotel

250 Gateway Boulevard
South San Francisco, California, USA, 94080
1-650-589-3400

🚗 Add to Favorite Hotels

View Rates ▸

**E** Embassy Suites Temecula Valley Wine Country     ☐ Compare Hotel

29345 Rancho California Rd
Temecula, California, USA, 92591
1-951-676-5656

🚗 Add to Favorite Hotels

View Rates ▸

**E** Embassy Suites Valencia     ☐ Compare Hotel

28508 Westinghouse Place
Valencia, California, USA, 91355
1-661-257-3111

🚗 Add to Favorite Hotels

View Rates ▸

**E** Embassy Suites Walnut Creek     ☐ Compare Hotel

1345 Treat Blvd
Walnut Creek, California, USA, 94597
1-925-934-2500

🚗 Add to Favorite Hotels

View Rates ▸

## Hilton Hotels

🅗 **Hilton Anaheim**     ☐ Compare Hotel

777 Convention Way
Anaheim, California, USA, 92802
1-714-750-4321

View Rates ▸

Accessibility links:

- Skip to main content.
- Skip to search box.



## Sign in

Username or HHonors #: [＿＿＿＿＿]
Register
Password or PIN: [＿＿＿＿＿]
Forgot password?
●

☐ Remember Me

View Text Only

Customer Support
1-800-222-TREE
A proud member of The Hilton Family - be hospitable

- Specials & Packages
- Reservations
- Meetings
- Social Gatherings
- Hilton HHonors
- Things to Do
- En Español
- My Favorite Hotels

Search Results



### Search Results

🖨 Print    ✎ Help

**Change Your Search**

**Location**

City:
[＿＿＿＿＿]

Search Within:
[40 ▾] ● mi ○ km

State/Province:
[California ▾]

Country:
[United States ▾]

**Brand**

☐ Conrad Hotels
☐ Doubletree
☐ Embassy Suites Hotels
☐ Hampton Hotels
☐ Hilton Garden Inn
☐ Hilton Hotels
☐ Homewood Suites by Hilton
☐ Waldorf=Astoria Collection
☑ All Hilton Family Hotels

**Dates**
(optional)

Check-in
[Day ▾] [Month ▾] 🔳
Check-out
[Day ▾] [Month ▾] 🔳
Flexible Travel Dates?

[Search Again ▸]

More Search Options ▸▸

The following locations matched your request.

Sort by: [Brand ▾]    Show: [All Hotels ▾]    [GO ▸]

**Page:** ·  1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  ·

Select up to 4 hotels
◉ Compare Selected Hotels

**Hilton Hotels**

ⓗ **The Beverly Hilton**                                      ☐ Compare Hotel

9876 Wilshire Boulevard
Beverly Hills, California, USA, 90210
1-310-274-7777

🛏 Add to Favorite Hotels

🖼🍴🛎🖥♿🛗🐕♿Ⓐ🍽                    [View Rates ▸]

ⓗ **Hilton Concord**                                         ☐ Compare Hotel

1970 Diamond Blvd
Concord, California, USA, 94520-5718
1-925-827-2000

🛏 Add to Favorite Hotels

🖼🍴🛎🖥♿🛗🐕♿Ⓐ🍽📶                  [View Rates ▸]

ⓗ **Hilton Orange County/Costa Mesa**                        ☐ Compare Hotel

3050 Bristol Street
Costa Mesa, California, USA, 92626
1-714-540-7000

🛏 Add to Favorite Hotels

🖼🍴🛎🖥♿🛗🐕♿Ⓐ🍽📶                  [View Rates ▸]



**(H) Hilton Los Angeles Airport**    ☐ Compare Hotel

5711 West Century Boulevard
Los Angeles, California, USA, 90045
1-310-410-4000

Add to Favorite Hotels

**View Rates ►**

**(H) Hilton Newark/Fremont**    ☐ Compare Hotel

39900 Balentine Drive
Newark, California, USA, 94560-0564
1-510-490-8390

Add to Favorite Hotels

**View Rates ►**

**(H) Hilton Oakland Airport**    ☐ Compare Hotel

One Hegenberger Road
Oakland, California, USA, 94621
1-510-635-5000

Add to Favorite Hotels

**View Rates ►**

**(H) Hilton Ontario Airport**    ☐ Compare Hotel

700 North Haven Avenue
Ontario, California, USA, 91764-4902
1-909-980-0400

Add to Favorite Hotels

**View Rates ►**

**(H) Hilton Suites Anaheim/Orange**    ☐ Compare Hotel

400 N. State College Blvd.
Orange, California, USA, 92868
1-714-938-1111

Add to Favorite Hotels

**View Rates ►**

**(H) Hilton Palm Springs**    ,    ☐ Compare Hotel

400 East Tahquitz Canyon Way
Palm Springs, California, USA, 92262-6605
1-760-320-6868

Add to Favorite Hotels

**View Rates ►**

**(H) Hilton Pasadena**    ☐ Compare Hotel

168 South Los Robles Avenue
Pasadena, California, USA, 91101
1-626-577-1000

Add to Favorite Hotels

**View Rates ►**

**Accessibility links:**

- Skip to main content.
- Skip to search box.



## Sign in

Username or HHonors #: _____
Register
Password or PIN: _____
Forgot password?

☐ Remember Me

View Text Only

Customer Support
1-800-222-TREE
A proud member of The Hilton Family - be hospitable

- Specials & Packages
- Reservations
- Meetings
- Social Gatherings
- Hilton HHonors
- Things to Do
- En Español
- My Favorite Hotels

Search Results



**Search Results**         🖶 Print   ✓ Help

**Change Your Search**

**Location**

City:
_____

Search Within:
40 ▾ ⦿ mi ○ km

State/Province:
California ▾

Country:
United States ▾

**Brand**

☐ Conrad Hotels
☐ Doubletree
☐ Embassy Suites Hotels
☐ Hampton Hotels
☐ Hilton Garden Inn
☐ Hilton Hotels
☐ Homewood Suites by Hilton
☐ Waldorf=Astoria Collection
☑ All Hilton Family Hotels

**Dates** (optional)

Check-in
Day ▾ Month ▾ 🗓
Check-out
Day ▾ Month ▾ 🗓
Flexible Travel Dates?

[Search Again ▶]

More Search Options ▸▸

**The following locations matched your request.**

Sort by: Brand ▾  Show: All Hotels ▾  [Go ▶]

Page: -  1 2 3 4 5 6 7 8 **9** 10 11 12 13 14 15 16 17 18 19 20 21 22 23

Select up to 4 hotels
◯ Compare Selected Hotels

**Hilton Hotels**

(H) **Hilton Pleasanton at The Club**    ☐ Compare Hotel



7050 Johnson Dr
Pleasanton, California, USA, 94588-3396
1-925-463-8000

🛏 Add to Favorite Hotels

[icons]    [View Rates ▶]

(H) **Hilton Sacramento Arden West**    ☐ Compare Hotel

2200 Harvard Street
Sacramento, California, USA, 95815-3306
1-916-922-4700

🛏 Add to Favorite Hotels

[icons]    [View Rates ▶]

(H) **Hilton San Bernardino**    ☐ Compare Hotel

285 East Hospitality Lane
San Bernardino, California, USA, 92408-3411
1-909-889-0133

🛏 Add to Favorite Hotels

[icons]    [View Rates ▶]



(H) **Hilton San Diego Airport/Harbor Island**          ☐ Compare Hotel

1960 Harbor Island Drive
San Diego, California, USA, 92101
1-619-291-6700

🚗 Add to Favorite Hotels

View Rates ▶

(H) **Hilton San Diego Bayfront**          ☐ Compare Hotel

One Park Boulevard
San Diego, California, USA, 92101
1-619-270-2600

🚗 Add to Favorite Hotels

View Rates ▶

(H) **Hilton San Diego Gaslamp Quarter**          ☐ Compare Hotel

401 K Street
San Diego, California, USA, 92101
1-619-231-4040

🚗 Add to Favorite Hotels

View Rates ▶

(H) **Hilton San Diego Mission Valley**          ☐ Compare Hotel

901 Camino del Rio South
San Diego, California, USA, 92108
1-619-543-9000

🚗 Add to Favorite Hotels

View Rates ▶

(H) **Hilton San Diego Resort**          ☐ Compare Hotel

1775 East Mission Bay Drive
San Diego, California, USA, 92109
1-619-276-4010

🚗 Add to Favorite Hotels

View Rates ▶

(H) **Hilton San Francisco**          ☐ Compare Hotel

333 O'Farrell Street
San Francisco, California, USA, 94102
1-415-771-1400

🚗 Add to Favorite Hotels

View Rates ▶

(H) **Hilton San Francisco Financial District**          ☐ Compare Hotel

750 Kearny Street
San Francisco, California, USA, 94108
1-415-433-6600

🚗 Add to Favorite Hotels

View Rates ▶

Accessibility links:
- Skip to main content
- Skip to search box



**Sign in**
Username or HHonors #: [　　　　]
Register
Password or PIN: [　　　]
Forgot password?

☐ Remember Me

**DOUBLETREE**
HOTELS·SUITES·RESORTS·CLUBS

View Text Only

Customer Support
1-800-222-TREE
A proud member of The Hilton Family - be hospitable

- Specials & Packages
- Reservations
- Meetings
- Social Gatherings
- Hilton HHonors
- Things to Do
- En Español
- My Favorite Hotels

**Search Results**

*Doubletree Paradise Valley Resort/Scottsdale*

### Search Results

🖶 Print    📄 Help

**The following locations matched your request.**

**Change Your Search**

**Location**

City:
[　　　　]

Search Within:
[40 ▼] ⦿ mi ○ km

State/Province:
[California ▼]

Country:
[United States ▼]

Sort by: [Brand ▼]   Show: [All Hotels ▼]   **Go ►**

Page:   1 2 3 4 5 6 7 8 9 **10** 11 12 13 14 15 16 17 18 19 20 21 22 23

Select up to 4 hotels
⦿ Compare Selected Hotels

**Brand**
- ☐ Conrad Hotels
- ☐ Doubletree
- ☐ Embassy Suites Hotels
- ☐ Hampton Hotels
- ☐ Hilton Garden Inn
- ☐ Hilton Hotels
- ☐ Homewood Suites by Hilton
- ☐ Waldorf=Astoria Collection
- ☑ All Hilton Family Hotels

**Hilton Hotels**

Ⓗ **Hilton San Francisco Fisherman's Wharf**

2620 Jones Street
San Francisco, California, USA, 94133
1-415-885-4700

🏨 Add to Favorite Hotels

☐ Compare Hotel

**View Rates ►**

Ⓗ **Hilton Los Angeles/San Gabriel**

225 West Valley Blvd
San Gabriel, California, USA, 91776
1-626-270 2700

🏨 Add to Favorite Hotels

☐ Compare Hotel

**View Rates ►**

**Dates**
(optional)

Check-In
[Day ▼] [Month ▼] 📅
Check-Out
[Day ▼] [Month ▼] 📅
Flexible Travel Dates?

**Search Again ►**

More Search Options ▸▸

Ⓗ **Hilton San Jose**

300 Almaden Boulevard
San Jose, California, USA, 95110
1-408-287-2100

🏨 Add to Favorite Hotels

☐ Compare Hotel

**View Rates ►**



Ⓗ **Hilton Santa Clara**

4949 Great America Parkway
Santa Clara, California, USA, 95054
1-408-330-0001

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

Ⓗ **Hilton Santa Cruz/Scotts Valley**

6001 La Madrona Drive
Santa Cruz, California, USA, 95060
1-831-440-1000

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

Ⓗ **Hilton Sonoma Wine Country**

3555 Round Barn Blvd.
Santa Rosa, California, USA, 95403
1-707-523-7555

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

Ⓗ **Hilton Stockton**

2323 Grand Canal Boulevard
Stockton, California, USA, 95207
1-209-957-9090

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

Ⓗ **Hilton Los Angeles/Universal City**

555 Universal Hollywood Drive
Universal City, California, USA, 91608-1001
1-818-506-2500

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

Ⓗ **Hilton Woodland Hills**

6360 Canoga Avenue
Woodland Hills, California, USA, 91367
1-818-595-1000

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

**Hampton Hotels**

**Hampton Inn & Suites Agoura Hills**

30255 Agoura Road
Agoura Hills, California, USA, 91301
1-818-597-0333

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

**Accessibility links:**
- Skip to main content.
- Skip to search box.



**Sign in**
Username or HHonors #: [_____]
Register
Password or PIN: [_____]
Forgot password?
➔
☐ Remember Me

**DOUBLETREE**
HOTELS·SUITES·RESORTS·CLUBS

View Text Only

Customer Support
1-800-222-TREE
A proud member of The Hilton Family - be hospitable

- Specials & Packages
- Reservations
- Meetings
- Social Gatherings
- Hilton HHonors
- Things to Do
- En Español
- My Favorite Hotels

       Search Results     

**Search Results**        🖨 Print    ⬜ Help

## Change Your Search

### Location

**City:**
[_____]

**Search Within:**
[40 ▾] ⦿ mi ○ km

**State/Province:**
[California ▾]

**Country:**
[United States ▾]

### Brand
- ☐ Conrad Hotels
- ☐ Doubletree
- ☐ Embassy Suites Hotels
- ☐ Hampton Hotels
- ☐ Hilton Garden Inn
- ☐ Hilton Hotels
- ☐ Homewood Suites by Hilton
- ☐ Waldorf=Astoria Collection
- ☑ All Hilton Family Hotels

### Dates
(optional)

**Check-in**
[Day ▾] [Month ▾] 📅
**Check-out**
[Day ▾] [Month ▾] 📅
Flexible Travel Dates?

**Search Again ►**

More Search Options ▸▸

---

The following locations matched your request.

Sort by: [Brand ▾]   Show: [All Hotels ▾]   **Go ►**

**Page:** ‹   1 2 3 4 5 6 7 8 9 10 **11** 12 13 14 15 16 17 18 19 20 21 22 23

Select up to 4 hotels
◉ Compare Selected Hotels

**Hampton Hotels**

🛏 **Hampton Inn & Suites Oakland Airport-Alameda**    ☐ Compare Hotel

    1700 Harbor Bay Parkway
    Alameda, California, USA, 94614
    1-510-521-4500

🚗 Add to Favorite Hotels

🏊🍴🛗🖥🎰🛗🅰     **View Rates ►**

🛏 **Hampton Inn Los Angeles/Arcadia/Pasadena**    ☐ Compare Hotel

    311 East Huntington Drive
    Arcadia, California, USA, 91006
    1-626-574-5600

🚗 Add to Favorite Hotels

🏊🍴🖥🛗🅿     **View Rates ►**

🛏 **Hampton Inn & Suites Bakersfield North-Airport**    ☐ Compare Hotel

    8818 Spectrum Park Way
    Bakersfield, California, USA, 93308
    1-661-391-0600

🚗 Add to Favorite Hotels

🏊🍴🛗🛗🅿🅰     **View Rates ►**

**Hampton Inn Bakersfield-Airport**



1017 Oak Street
Bakersfield, California, USA, 93304
1-661-633-0333

☐ Compare Hotel

Add to Favorite Hotels

View Rates ▸

**Hampton Inn & Suites Banning-Beaumont**



6071 Joshua Palmer Way
Banning, California, USA, 92220
1-951-922-1000

☐ Compare Hotel

Add to Favorite Hotels

View Rates ▸

**Hampton Inn & Suites Barstow**



2710 Lenwood Road
Barstow, California, USA, 92311
1-760-253-2600

☐ Compare Hotel

Add to Favorite Hotels

View Rates ▸

**Hampton Inn Blythe**



900 West Hobson Way
Blythe, California, USA, 92225
1-760-922-9000

☐ Compare Hotel

Add to Favorite Hotels

View Rates ▸

**Hampton Inn & Suites LA Buena
Park-Disney-Anaheim Area, CA**



7828 E Orangethorpe Ave.
Buena Park, California, USA, 90621
1-714-670-7200

☐ Compare Hotel

Add to Favorite Hotels

View Rates ▸

**Hampton Inn & Suites San
Francisco-Burlingame-Airport South**



1755 Bayshore Highway
Burlingame, California, USA, 94010
1-650-697-5736

☐ Compare Hotel

Add to Favorite Hotels

View Rates ▸

**Hampton Inn & Suites Camarillo**



50 West Daily Drive
Camarillo, California, USA, 93010
1-805-389-9898

☐ Compare Hotel

Add to Favorite Hotels

View Rates ▸



**Hampton Inn & Suites Colton/San Bernardino, CA** ☐ Compare Hotel

250 N 9th Street
Colton, California, USA, 92324
1-909-370-2424

🚗 Add to Favorite Hotels

**View Rates ▸**

**Hampton Inn & Suites Crescent Cty** ☐ Compare Hotel

100 A Street
Crescent City, California, USA, 95531
1-707-465-5400

🚗 Add to Favorite Hotels

**View Rates ▸**

**Hampton Inn Los Angeles-Orange County-Cypress, CA** ☐ Compare Hotel

10900 Yamaha Way
Cypress, California, USA, 90630
1-714-527-2900

🚗 Add to Favorite Hotels

**View Rates ▸**

**Hampton Inn San Francisco-Daly City** ☐ Compare Hotel

2700 Junipero Serra Blvd.
Daly City, California, USA, 94015
1-650-755-7500

🚗 Add to Favorite Hotels

**View Rates ▸**

**Hampton Inn & Suites Sacramento-Elk Grove Laguna I-5** ☐ Compare Hotel

2305 Longport Court
Elk Grove, California, USA, 95758
1-916-683-9545

🚗 Add to Favorite Hotels

**View Rates ▸**

**Hampton Inn South Orange County** ☐ Compare Hotel

27102 Towne Centre Drive
Foothill Ranch, California, USA, 92610
1-949-597-8700

🚗 Add to Favorite Hotels

**View Rates ▸**

**Hampton Inn Fremont** ☐ Compare Hotel

46500 Landing Parkway
Fremont, California, USA, 94538
1-510-498-1900

🚗 Add to Favorite Hotels

**View Rates ▸**



**Hampton Inn Oakland-Hayward, CA**

24137 Mission Boulevard
Hayward, California, USA, 94544
1-510-247-1555

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

**Hampton Inn & Suites Hemet, CA**

3700 West Florida Avenue
Hemet, California, USA, 92545
1-951-929-7373

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

**Hampton Inn & Suites Hermosa Beach**

1530 Pacific Coast Highway
Hermosa Beach, California, USA, 90254
1-310-318-7800

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

**Hampton Inn Los Angeles-International Airport**

10300 La Cienega Boulevard
Inglewood, California, USA, 90304
1-310-846-3200

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

**Hampton Inn & Suites Lathrop, CA**

103 E. Louise Avenue
Lathrop, California, USA, 95330
1-209-982-5070

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

**Hampton Inn Livermore**

2850 Constitution Drive
Livermore, California, USA, 94551
1-925-606-6400

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

**Hampton Inn & Suites Lodi**

1337 South Beckman Road
Lodi, California, USA, 95240
1-209-369-6700

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸



**Hampton Inn Milpitas**

215 Barber Ct.
Milpitas, California, USA, 95035
1-408-428-9090

Add to Favorite Hotels

☐ Compare Hotel

View Rates >

**Hampton Inn & Suites Mountain View, CA**

390 Moffett Blvd.
Mountain View, California, USA, 94043
1-650-988-0300

Add to Favorite Hotels

☐ Compare Hotel

View Rates >

**Hampton Inn Norco**

1530 Hamner Avenue
Norco, California, USA, 92860
1-951-279-1111

Add to Favorite Hotels

☐ Compare Hotel

View Rates >

**Hampton Inn & Suites Ontario, CA**

4500 East Mills Circle
Ontario, California, USA, 91764
1-909-980-9888

Add to Favorite Hotels

☐ Compare Hotel

View Rates >

**Hampton Inn Channel Islands Harbor**

3231 Peninsula Road
Oxnard, California, USA, 93035
1-805-985-1100

Add to Favorite Hotels

☐ Compare Hotel

View Rates >

**Hampton Inn & Suites Palm Desert, CA**

74-900 Gerald Ford Drive
Palm Desert, California, USA, 92211
1-760-340-1001

Add to Favorite Hotels

☐ Compare Hotel

View Rates >

**Hampton Inn & Suites Palmdale, CA**

39428 Trade Center Drive
Palmdale, California, USA, 93551
1-661-265-7400

Add to Favorite Hotels

☐ Compare Hotel

View Rates >

Accessibility links:

- Skip to main content
- Skip to search box



# DOUBLETREE®
HOTELS·SUITES·RESORTS·CLUBS

Sign in
Username or HHonors #: [        ]
Register
Password or PIN: [        ]
Forgot password?
⊙

☐ Remember Me

View Text Only

Customer Support
1-800-222-TREE
A proud member of The Hilton Family - be hospitable

- Specials & Packages
- Reservations
- Meetings
- Social Gatherings
- Hilton HHonors
- Things to Do
- En Español
- My Favorite Hotels

Search Results


Doubletree Paradise Valley Resort/Scottsdale

**Search Results**                                    🖶 Print    ⌐ Help

**Change Your Search**

**Location**

City:
[                    ]

Search Within:
[40 ▾] ⦿ mi ○ km

State/Province:
[California          ▾]

Country:
[United States       ▾]

**Brand**
☐ Conrad Hotels
☐ Doubletree
☐ Embassy Suites Hotels
☐ Hampton Hotels
☐ Hilton Garden Inn
☐ Hilton Hotels
☐ Homewood Suites by Hilton
☐ Waldorf=Astoria Collection
☑ All Hilton Family Hotels

**Dates**
(optional)

Check-in
[Day ▾] [Month ▾] 🗓
Check-out
[Day ▾] [Month ▾] 🗓
Flexible Travel Dates?

**Search Again ▶**

More Search Options ▸▸

The following locations matched your request.

Sort by: [Brand      ▾]  Show: [All Hotels      ▾]   **Go▸**

Page:   1 2 3 4 5 6 7 8 9 10 11 12 13 14 **15** 16 17 18 19 20 21 22 23

Select up to 4 hotels
⦿ Compare Selected Hotels

**Hampton Hotels**

🔷 **Hampton Inn & Suites Paso Robles, CA**          ☐ Compare Hotel

212 Alexa Court
Paso Robles, California, USA, 93446
1-805-226-9988

🏨 Add to Favorite Hotels

🏨🍴🏢💻🛗🔑🐾🛁🖥      **View Rates ▸**

🔷 **Hampton Inn & Suites Pittsburg**          ☐ Compare Hotel

1201 California Avenue
Pittsburg, California, USA, 94565
1-925-473-1300

🏨 Add to Favorite Hotels

🏨🍴🏢💻🛗♿🖥      **View Rates ▸**

🔷 **Hampton Inn Sacramento/Rancho Cordova**          ☐ Compare Hotel

10755 Gold Center Dr.
Rancho Cordova, California, USA, 95670
1-916-638-4800

🏨 Add to Favorite Hotels

💻♿🖥      **View Rates ▸**



**Hampton Inn & Suites Red Bluff, CA** ☐ Compare Hotel

520 Adobe Road
Red Bluff, California, USA, 96080
1-530-529-9916

Add to Favorite Hotels

View Rates ▶

**Hampton Inn & Suites Redding, CA** ☐ Compare Hotel

2160 Larkspur Lane
Redding, California, USA, 96002
1-530-224-1001

Add to Favorite Hotels

View Rates ▶

**Hampton Inn & Suites Rohnert Park - Sonoma County** ☐ Compare Hotel

6248 Redwood Drive
Rohnert Park, California, USA, 94928
1-707-586-8700

Add to Favorite Hotels

View Rates ▶

**Hampton Inn & Suites Roseville** ☐ Compare Hotel

110 North Sunrise Avenue
Roseville, California, USA, 95661
1-916-772-9900

Add to Favorite Hotels

View Rates ▶

**Hampton Inn & Suites Sacramento-Airport-Natomas** ☐ Compare Hotel

3021 Advantage Way
Sacramento, California, USA, 95834
1-916-928-5700

Add to Favorite Hotels

View Rates ▶

**Hampton Inn & Suites Sacramento-Auburn Blvd.** ☐ Compare Hotel

2230 Auburn Blvd
Sacramento, California, USA, 95821
1-916-927-2222

Add to Favorite Hotels

View Rates ▶

**Hampton Inn & Suites Modesto-Salida, CA** ☐ Compare Hotel

4921 Sisk Rd.
Salida, California, USA, 95368
1-209-543-3650

Add to Favorite Hotels

View Rates ▶



**Hampton Inn San Diego-Sea World/Airport Area**     ☐ Compare Hotel

3888 Greenwood St.
San Diego, California, USA, 92110
1-619-299-6633

Add to Favorite Hotels

View Rates ▶

**Hampton Inn San Diego/Del Mar**     ☐ Compare Hotel

11920 El Camino Real
San Diego, California, USA, 92130
1-858-792-5557

Add to Favorite Hotels

View Rates ▶

**Hampton Inn & Suites San Jose**     ☐ Compare Hotel

55 Old Tully Road
San Jose, California, USA, 95111
1-408-298-7373

Add to Favorite Hotels

View Rates ▶

**Hampton Inn San Marcos**     ☐ Compare Hotel

123 East Carmel Street
San Marcos, California, USA, 92078
1-760-736-9249

Add to Favorite Hotels

View Rates ▶

**Hampton Inn & Suites Santa Ana/Orange County Airport**     ☐ Compare Hotel

2720 Hotel Terrace Drive
Santa Ana, California, USA, 92705
1-714-556-3838

Add to Favorite Hotels

View Rates ▶

**Hampton Inn Los Angeles/Santa Clarita**     ☐ Compare Hotel

25259 The Old Road
Santa Clarita, California, USA, 91381
1-661-253-2400

Add to Favorite Hotels

View Rates ▶

**Hampton Inn Santa Cruz**     ☐ Compare Hotel

1505 Ocean Street
Santa Cruz, California, USA, 95060
1-831-457-8000

Add to Favorite Hotels

View Rates ▶

Accessibility links:

- Skip to main content
- Skip to search box



**DOUBLETREE**
HOTELS·SUITES·RESORTS·CLUBS

### Sign in
**Username or HHonors #:** _____
Register
**Password or PIN:** _____
Forgot password?
➡

☐ Remember Me

View Text Only

Customer Support
1-800-222-TREE
A proud member of The Hilton Family - be hospitable

- Specials & Packages
- Reservations
- Meetings
- Social Gatherings
- Hilton HHonors
- Things to Do
- En Español
- My Favorite Hotels

Search Results


Doubletree Paradise Valley Resort/Scottsdale

## Search Results                                    🖶 Print   ⍰ Help

**Change Your Search**

**Location**

City:
_____

Search Within:
[40 ▼]  ⦿ mi  ○ km

State/Province:
[California          ▼]

Country:
[United States       ▼]

**Brand**
☐ Conrad Hotels
☐ Doubletree
☐ Embassy Suites Hotels
☐ Hampton Hotels
☐ Hilton Garden Inn
☐ Hilton Hotels
☐ Homewood Suites by Hilton
☐ Waldorf=Astoria Collection
☑ All Hilton Family Hotels

**Dates**
(optional)

Check-in
[Day ▼] [Month ▼] 🔲
Check-out
[Day ▼] [Month ▼] 🔲
Flexible Travel Dates?

[Search Again ▶]

More Search Options ▶▶

The following locations matched your request.

Sort by: [Brand ▼]  Show: [All Hotels ▼]  [Go ▶]

**Page:**   1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 **17** 18 19 20 21 22 23

Select up to 4 hotels
◆ Compare Selected Hotels

**Hampton Hotels**

🛏 **Hampton Inn & Suites Seal Beach**                    ☐ Compare Hotel

2401 Seal Beach Blvd.
Seal Beach, California, USA, 90740
1-562-594-3939

🚗 Add to Favorite Hotels

🍽 🏛 🖥 💻 ♿ 🅰       [View Rates ▶]

🛏 **Hampton Inn & Suites Los Angeles - Van Nuys**       ☐ Compare Hotel

5638 Sepulveda Blvd.
Sherman Oaks, California, USA, 91411
1-818-785-2211

🚗 Add to Favorite Hotels

🏊 🍽 🏛 🖥 💻 ♿ 🅰       [View Rates ▶]

🛏 **Hampton Inn San Francisco-Airport**                 ☐ Compare Hotel

300 Gateway Boulevard
South San Francisco, California, USA, 94080
1-650-876-0200

🚗 Add to Favorite Hotels

🏊 🍽 🏛 🖥 💻 ♿ 🅰       [View Rates ▶]



■ **Hampton Inn & Suites Stockton**     ☐ Compare Hotel

5045 Kingsley Rd
Stockton, California, USA, 95215
1-209-946-1234

🚗 Add to Favorite Hotels

**View Rates ▶**

■ **Hampton Inn & Suites Temecula, CA**     ☐ Compare Hotel

28190 Jefferson Avenue
Temecula, California, USA, 92590
1-951-506-2331

🚗 Add to Favorite Hotels

**View Rates ▶**

■ **Hampton Inn Tracy**     ☐ Compare Hotel

2400 Naglee Road
Tracy, California, USA, 95376
1-209-833-0483

🚗 Add to Favorite Hotels

**View Rates ▶**

■ **Hampton Inn & Suites Tahoe-Truckee, CA**     ☐ Compare Hotel

11951 State Highway 267
Truckee, California, USA, 96161
1-530-587-1197

🚗 Add to Favorite Hotels

**View Rates ▶**

■ **Hampton Inn & Suites Tulare**     ☐ Compare Hotel

1100 North Cherry Street
Tulare, California, USA, 93274
1-559-366-1000

🚗 Add to Favorite Hotels

**View Rates ▶**

■ **Hampton Inn Ukiah**     ☐ Compare Hotel

1160 Airport Park Blvd.
Ukiah, California, USA, 95482
1-707-462-6555

🚗 Add to Favorite Hotels

**View Rates ▶**

■ **Hampton Inn & Suites Vacaville-Napa Valley, CA**     ☐ Compare Hotel

800 Mason Street
Vacaville, California, USA, 95688
1-707-469-6200

🚗 Add to Favorite Hotels

**View Rates ▶**



**Homewood Suites by Hilton**

**Homewood Suites by Hilton® Agoura Hills**          ☐ Compare Hotel

28901 Canwood Street
Agoura Hills, California, USA, 91301
1-818-865-1000

Add to Favorite Hotels

View Rates ▶

**Homewood Suites by Hilton® Bakersfield**          ☐ Compare Hotel

1505 Mill Rock Way
Bakersfield, California, USA, 93311
1-661-664-0400

Add to Favorite Hotels

View Rates ▶

**Homewood Suites by Hilton® SFO Airport North**          ☐ Compare Hotel

2000 Shoreline Court
Brisbane, California, USA, 94005
1-650-589-1600

Add to Favorite Hotels

View Rates ▶

**Homewood Suites by Hilton® Carlsbad-North San
Diego County**          ☐ Compare Hotel

2223 Palomar Airport Road
Carlsbad, California, USA, 92011
1-760-431-2266

Add to Favorite Hotels

View Rates ▶

**Homewood Suites by Hilton® Fairfield-Napa Valley
Area**          ☐ Compare Hotel

4755 Business Center Drive
Fairfield, California, USA, 94534
1-707-863-0300

Add to Favorite Hotels

View Rates ▶

**Homewood Suites by Hilton® Fresno**          ☐ Compare Hotel

6820 N Fresno St.
Fresno, California, USA, 93710
1-559-440-0801

Add to Favorite Hotels

View Rates ▶

**Homewood Suites by Hilton® Anaheim-Main Gate
Area**          ☐ Compare Hotel

12005 Harbor Boulevard          View Rates ▶
Garden Grove, California, USA, 92840
1-714-740-1800

Accessibility links:
- Skip to main content
- Skip to search box



**DOUBLETREE**
HOTELS·SUITES·RESORTS·CLUBS

Sign in
Username or HHonors #:
Register
Password or PIN:
Forgot password?

☐ Remember Me

View Text Only

Customer Support
1-800-222-TREE
A proud member of The Hilton Family - be hospitable

- Specials & Packages
- Reservations
- Meetings
- Social Gatherings
- Hilton HHonors
- Things to Do
- En Español
- My Favorite Hotels

Search Results



**Change Your Search**

**Location**

City:

Search Within:
40 ▾ ⊙ mi ○ km

State/Province:
California ▾

Country:
United States ▾

**Brand**
☐ Conrad Hotels
☐ Doubletree
☐ Embassy Suites Hotels
☐ Hampton Hotels
☐ Hilton Garden Inn
☐ Hilton Hotels
☐ Homewood Suites by Hilton
☐ Waldorf=Astoria Collection
☑ All Hilton Family Hotels

**Dates**
(optional)

Check-in
Day ▾ Month ▾

Check-out
Day ▾ Month ▾
Flexible Travel Dates?

Search Again ▸

More Search Options ▸▸

**Search Results**                    🖶 Print   📋 Help

The following locations matched your request.

Sort by: Brand ▾   Show: All Hotels ▾   **Go▸**

Page:   1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 **19** 20 21 22 23

Select up to 4 hotels
◐ Compare Selected Hotels

**Homewood Suites by Hilton**

🛏 **Homewood Suites by Hilton® La Quinta**        ☐ Compare Hotel

45-200 Washington Street
La Quinta, California, USA, 92253
1-760-391-4600

🚗 Add to Favorite Hotels

[icons]                                           **View Rates ▸**

🛏 **Homewood Suites by Hilton® Newark-Fremont**   ☐ Compare Hotel

39270 Cedar Blvd.
Newark, California, USA, 94560
1-510-791-7700

🚗 Add to Favorite Hotels

[icons]                                           **View Rates ▸**

🛏 **Homewood Suites by Hilton® Oakland-Waterfront**  ☐ Compare Hotel

1103 Embarcadero
Oakland, California, USA, 94606
1-510-663-2700

🚗 Add to Favorite Hotels

[icons]                                           **View Rates ▸**



**Homewood Suites by Hilton® Ontario-Rancho Cucamonga**

11433 Mission Vista Drive
Rancho Cucamonga, California, USA, 91730
1-909-481-6480

◻ Compare Hotel

Add to Favorite Hotels

View Rates ▸



**Homewood Suites by Hilton® Sacramento-Roseville**

401 Creekside Ridge Court
Roseville, California, USA, 95678
1-916-783-7455

◻ Compare Hotel

Add to Favorite Hotels

View Rates ▸



**Homewood Suites by Hilton® San Diego Airport-Liberty Station**

2576 Laning Road
San Diego, California, USA, 92106
1-619-222-0500

◻ Compare Hotel

Add to Favorite Hotels

View Rates ▸



**Homewood Suites by Hilton® San Diego-Del Mar**

11025 Vista Sorrento Parkway
San Diego, California, USA, 92130
1-858-523-0500

◻ Compare Hotel

Add to Favorite Hotels

View Rates ▸



**Homewood Suites by Hilton® San Jose Airport-Silicon Valley**

10 West Trimble Road
San Jose, California, USA, 95131
1-408-428-9900

◻ Compare Hotel

Add to Favorite Hotels

View Rates ▸

**Hilton Garden Inn**

⊠ **Hilton Garden Inn Arcadia/Pasadena Area**



199 North Second Avenue
Arcadia, California, USA, 91006
1-626-574-6900

◻ Compare Hotel

Add to Favorite Hotels

View Rates ▸

⊠ **Hilton Garden Inn Bakersfield**



3625 Marriott Drive
Bakersfield, California, USA, 93308

**Accessibility links:**

- Skip to main content
- Skip to search box



**DOUBLETREE®**
HOTELS·SUITES·RESORTS·CLUBS

Sign in

Username or HHonors #:
Register
Password or PIN:
Forgot password?

☐ Remember Me

View Text Only

Customer Support
1-800-222-TREE
A proud member of The Hilton Family - be hospitable

- Specials & Packages
- Reservations
- Meetings
- Social Gatherings
- Hilton HHonors
- Things to Do
- En Español
- My Favorite Hotels

Search Results



**Search Results**        🖶 Print    ⅀ Help

**Change Your Search**

**Location**

City:

Search Within:
40 ▼  ⦿ mi  ○ km

State/Province:
California ▼

Country:
United States ▼

**Brand**
- ☐ Conrad Hotels
- ☐ Doubletree
- ☐ Embassy Suites Hotel
- ☐ Hampton Hotels
- ☐ Hilton Garden Inn
- ☐ Hilton Hotels
- ☐ Homewood Suites by Hilton
- ☐ Waldorf=Astoria Collection
- ☑ All Hilton Family Hote

**Dates**
(optional)

Check-in
Day ▼ Month ▼ 🗓
Check-out
Day ▼ Month ▼ 🗓
Flexible Travel Dates?

Search Again ▶

More Search Options ▶▶

The following locations matched your request.

Sort by: Brand ▼  Show: All Hotels ▼  **Go ▶**

Page:   1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 **20** 21 22 23

Select up to 4 hotels
◔ Compare Selected Hotels

**Hilton Garden Inn**

❖ **Hilton Garden Inn San Francisco Airport/Burlingame**

765 Airport Boulevard
Burlingame, California, USA, 94010
1-650-347-7800

🚗 Add to Favorite Hotels

☐ Compare Hotel

**View Rates ▶**

❖ **Hilton Garden Inn Calabasas**

24150 Park Sorrento
Calabasas, California, USA, 91302
1-818-591-2300

🚗 Add to Favorite Hotels

☐ Compare Hotel

**View Rates ▶**

❖ **Hilton Garden Inn Carlsbad Beach**

6450 Carlsbad Boulevard
Carlsbad, California, USA, 92011
1-760-476-0800

🚗 Add to Favorite Hotels

☐ Compare Hotel

**View Rates ▶**



**Hilton Garden Inn Cupertino**

10741 North Wolfe Road
Cupertino, California, USA, 95014
1-408-777-8787

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

**Hilton Garden Inn LAX/El Segundo**

2100 East Mariposa Avenue
El Segundo, California, USA, 90245
1-310-726-0100

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

**Hilton Garden Inn Sacramento Elk Grove**

9241 Laguna Springs Drive
Elk Grove, California, USA, 95758
1-916-691-1900

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

**Hilton Garden Inn San Francisco/Oakland Bay Bridge**

1800 Powell Street
Emeryville, California, USA, 94608
1-510-658-9300

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

**Hilton Garden Inn Fairfield**

2200 Gateway Court
Fairfield, California, USA, 94533
1-707-426-6900

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

**Hilton Garden Inn Folsom**

221 Iron Point Road
Folsom, California, USA, 95630
1-916-353-1717

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

**Hilton Garden Inn Irvine East/Lake Forest**

27082 Towne Centre Drive
Foothill Ranch, California, USA, 92610
1-949-859-4000

Add to Favorite Hotels

☐ Compare Hotel

View Rates ▸

Accessibility links:

- Skip to main content
- Skip to search box

**DOUBLETREE**
HOTELS·SUITES·RESORTS·CLUBS

Sign in
Username or HHonors #: [        ]
Register
Password or PIN: [        ]
Forgot password?
○

☐ Remember Me

View Text Only

Customer Support
1-800-222-TREE
A proud member of The Hilton Family - be hospitable

- Specials & Packages
- Reservations
- Meetings
- Social Gatherings
- Hilton HHonors
- Things to Do
- En Español
- My Favorite Hotels

Search Results



Search Results                                    🖨 Print    ❔ Help

**Change Your Search**

**Location**

City:
[        ]

Search Within:
[40 ▾]  ⦿ mi  ○ km

State/Province:
[California ▾]

Country:
[United States ▾]

**Brand**
☐ Conrad Hotels
☐ Doubletree
☐ Embassy Suites Hotels
☐ Hampton Hotels
☐ Hilton Garden Inn
☐ Hilton Hotels
☐ Homewood Suites by Hilton
☐ Waldorf=Astoria Collection
☑ All Hilton Family Hotels

**Dates**
(optional)

Check-in
[Day ▾] [Month ▾] 📅
Check-out
[Day ▾] [Month ▾] 📅
Flexible Travel Dates?

[Search Again ▸]

More Search Options ▸▸

The following locations matched your request.

Sort by: [Brand ▾]    Show: [All Hotels ▾]    🔍

Page:    1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 **21** 22 23

Select up to 4 hotels
○ Compare Selected Hotels

**Hilton Garden Inn**

❖ **Hilton Garden Inn Anaheim/Garden Grove**          ☐ Compare Hotel

11777 Harbor Blvd
Garden Grove, California, USA, 92840
1-714-703-9100

🏠 Add to Favorite Hotels

[icons]                                    [View Rates ▸]

❖ **Hilton Garden Inn Gilroy**                        ☐ Compare Hotel

6070 Monterey Street
Gilroy, California, USA, 95020
1-408-840-7000

🏠 Add to Favorite Hotels

[icons]                                    [View Rates ▸]

❖ **Hilton Garden Inn Livermore**                     ☐ Compare Hotel

2801 Constitution Drive
Livermore, California, USA, 94551
1-925-292-2000

🏠 Add to Favorite Hotels

[icons]                                    [View Rates ▸]

**Hilton Garden Inn San Jose/Milpitas**

30 Ranch Drive
Milpitas, California, USA, 95035
1-408-719-1313

Add to Favorite Hotels

☐ Compare Hotel

**View Rates ▶**

**Hilton Garden Inn Montebello**

801 North Via San Clemente
Montebello, California, USA, 90640
1-323-724 5900

Add to Favorite Hotels

☐ Compare Hotel

**View Rates ▶**

**Hilton Garden Inn Monterey**

1000 Aguajito Road
Monterey, California, USA, 93940
1-831-373-6141

Add to Favorite Hotels

☐ Compare Hotel

**View Rates ▶**

**Hilton Garden Inn Mountain View**

840 East El Camino Real
Mountain View, California, USA, 94040
1-650-964-1700

Add to Favorite Hotels

☐ Compare Hotel

**View Rates ▶**

**Hilton Garden Inn Napa**

3585 Solano Avenue
Napa, California, USA, 94558
1-707-252-0444

Add to Favorite Hotels

☐ Compare Hotel

**View Rates ▶**

**Hilton Garden Inn Oxnard/Camarillo**

2000 Solar Drive
Oxnard, California, USA, 93036
1-805-983-8600

Add to Favorite Hotels

☐ Compare Hotel

**View Rates ▶**

**Hilton Garden Inn Palmdale**

1309 Rancho Vista Blvd
Palmdale, California, USA, 93551
1-661-266-4411

Add to Favorite Hotels

☐ Compare Hotel

**View Rates ▶**



⊠ **Hilton Garden Inn Roseville**                    ☐ Compare Hotel

1951 Taylor Road
Roseville, California, USA, 95661
1-916-773-7171

🖨 Add to Favorite Hotels

**View Rates ▶**

---

⊠ **Hilton Garden Inn Sacramento/South Natomas**    ☐ Compare Hotel

2540 Venture Oaks Way
Sacramento, California, USA, 95833-3200
1-916-568-5400

🖨 Add to Favorite Hotels

**View Rates ▶**

---

⊠ **Hilton Garden Inn San Diego Del Mar**           ☐ Compare Hotel

3939 Ocean Bluff Avenue
San Diego, California, USA, 92130
1-858-720-9500

🖨 Add to Favorite Hotels

**View Rates ▶**

---

⊠ **Hilton Garden Inn San Diego/Rancho Bernardo**   ☐ Compare Hotel

17240 Bernardo Center Drive
San Diego, California, USA, 92128
1-858-676-1660

🖨 Add to Favorite Hotels

**View Rates ▶**

---

⊠ **Hilton Garden Inn Oakland/San Leandro**         ☐ Compare Hotel

510 Lewelling Boulevard
San Leandro, California, USA, 94579
1-510-346 5533

🖨 Add to Favorite Hotels

**View Rates ▶**

---

⊠ **Hilton Garden Inn San Mateo**                   ☐ Compare Hotel

2000 Bridgepointe Circle
San Mateo, California, USA, 94404
1-650-522-9000

🖨 Add to Favorite Hotels

**View Rates ▶**

---

⊠ **Hilton Garden Inn Sonoma County Airport**       ☐ Compare Hotel

417 Aviation Boulevard
Santa Rosa, California, USA, 95403-1069
1-707-545-0444

🖨 Add to Favorite Hotels

**View Rates ▶**

Accessibility links:
- Skip to main content
- Skip to search box



DOUBLETREE
HOTELS·SUITES·RESORTS·CLUBS

**Sign in**
Username or HHonors #: [          ]
Register
Password or PIN: [          ]
Forgot password?
⊙
☐ Remember Me

View Text Only

Customer Support
1-800-222-TREE
A proud member of The Hilton Family - be hospitable

- Specials & Packages
- Reservations
- Meetings
- Social Gatherings
- Hilton HHonors
- Things to Do
- En Español
- My Favorite Hotels

Search Results



Doubletree Paradise Valley Resort/Scottsdale

**Change Your Search**

**Location**

City:
[          ]

Search Within:
[40 ▼]  ⊙ mi ○ km

State/Province:
[California          ▼]

Country:
[United States        ▼]

**Brand**
☐ Conrad Hotels
☐ Doubletree
☐ Embassy Suites Hotels
☐ Hampton Hotels
☐ Hilton Garden Inn
☐ Hilton Hotels
☐ Homewood Suites by Hilton
☐ Waldorf=Astoria Collection
☑ All Hilton Family Hotels

**Dates**
(optional)

Check-in
[Day ▼] [Month ▼] 🔲📅
Check-out
[Day ▼] [Month ▼] 🔲📅
Flexible Travel Dates?

[Search Again ▶]

More Search Options ▶▶

**Search Results**                    🖨 Print    ⓘ Help

The following locations matched your request.

Sort by: [Brand      ▼]  Show: [All Hotels      ▼]   [GO ▶]

                    **Page:**   1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 **23**

Select up to 4 hotels
⊙ Compare Selected Hotels

**Hilton Garden Inn**

⊠ **Hilton Garden Inn San Francisco Airport North**          ☐ Compare Hotel

670 Gateway Blvd
South San Francisco, California, USA, 94080
1-650-872-1515

🏨 Add to Favorite Hotels

🖼🔲💻🛗♿🎭🍴💼                    [View Rates ▶]

⊠ **Hilton Garden Inn Valencia Six Flags**          ☐ Compare Hotel

27710 The Old Road
Valencia, California, USA, 91355-1053
1-661-254-8800

🏨 Add to Favorite Hotels

🖼🍴🔲💻🛗♿🎭🍴💼                    [View Rates ▶]

⊠ **Hilton Garden Inn Victorville**          ☐ Compare Hotel

12603 Mariposa Road
Victorville, California, USA, 92395
1-760-952-1200

🏨 Add to Favorite Hotels

🖼🍴🔲💻🛗♿🎭🍴💼                    [View Rates ▶]

# Exhibit D



## Hilton San Francisco

333 O'Farrell Street, San Francisco, California, United States 94102
Tel: 1-415-771-1400, Fax: 1-415-771-6807

Whether planning a Northern California vacation, an important business trip to the San Francisco area, or an international convention, Hilton San Francisco hotel offers the finest in California accommodation. Located just off Union Square and the Cable Cars in the heart of the city's restaurant, theater, and shopping districts, you can enjoy the world-famous sites of Union Square, Golden Gate Park and the world-famous Chinatown. This San Francisco hotel offers a full-service spa, luxury and expert service. Hospitality in the heart of the city -- Travel Should Take You Places!

### For Your Business Convenience

| | |
|---|---|
| Audio/Visual Equipment Rental | Business Center |
| Computer workstations | Conference room rental |
| Dataphones with Web access | Express Mail |
| Fax | High-speed Internet service |
| Mail - regular, overnight | Meeting Rooms |
| Photo Copying Service | Printer |
| Secretarial service | Typewriter |

### Hotel Location

World-class shopping. Historic cable cars. Dramatic theater and bustling farmers' markets. You can find all this and more just a short walk away from the Hilton San Francisco.

### Parking:

Self Parking: 51.34 USD45.00 + 14.08% TAX
Valet Parking: 55.90 USD49.00 + 14.08% TAX
In/Out Privileges: Available
Secured: Available
Covered: Available
Parking Information: SLF:45.00 + SF HOTEL TAX OF 14.08% ($51.34 TOTAL)



### Leisure Facilities

Relax and Rejuvenate in Spa Fusion
Fee based High-Speed Internet in all Rooms

### While You're In Town

Alcatraz - 2MI - N
American Conservatory Theater - 0.3MI
Biscuits & Blues - night club - 0.3MI
Cable cars - 2BLK - W
Chinatown - 1MI - NE
Curran Theatre - 0.3MI - N
Exploratorium - 3MI - NW

### Family Plan

Babysitting Service
Children's Menu
Cribs
Family Package Offered
High chairs
In-room movies/parent control
Mini Refrigerators (per stay); 15.00 USD
Playpen
Rollaway Bed (per night); 25.00 USD

To receive weekly offers, click here

Case 3:07-cv-04088-PJH    Document 312    Filed 05/29/2008    Page 48 of 63



## Hilton San Francisco Fisherman's Wharf

2620 Jones Street, San Francisco, California, United States 94133
Tel: 1-415-885-4700, Fax: 1-415-771-8945

The hills of San Francisco are alive with activities to suit every taste, and the Hilton San Francisco Fisherman's Wharf hotel is conveniently located near all the famous San Francisco attractions and areas. The Financial District, China Town, Union Square, Theatre District, AT&T; Park, Cable Cars, the Golden Gate Bridge, Alcatraz and of course Fisherman's Wharf are all short distance from the property.

### For Your Business Convenience

| | |
|---|---|
| Audio/Visual Equipment Rental | Business Center |
| Express Mail | Fax |
| Meeting Rooms | Modem |
| Notary Public | Office Rental |
| Photo Copying Service | Printer |
| Secretarial Service | Video Conferencing Available |

### Features And Highlights

New 85 item Hilton Breakfast Buffet with omelets and eggs cooked to order - $21.95++
24 Hour Fitness Passes available for purchase at the front desk
Enjoy a newly renovated fitness center with brand new Precor Fitness Equipment
Ride the Cable/Street Cars all day! Passports available for purchase at the front desk

### Service And Amenities

| | |
|---|---|
| Dining Facilities | Meeting Facilities |
| Business Center | Wireless Internet Access |
| Accessible Rooms | Fitness Center |

### While You'Re In Town

Alcatraz - 0.5MI - E
Asian Art Museum - 1.5MI - S
Berkeley - 35MI - E
Buena Vista Cafe - 0.1MI - W
Cable Cars - 0.1
Castro District - 2MI - W
Chinatown - 0.2MI - N

### Hotel Location

The hills of San Francisco are alive with activities to suit every taste, and the Hilton San Francisco Fisherman's Wharf hotel is conveniently located near all the famous San Francisco attractions and areas. The Financial District, China Town, Union Square, Theatre District, AT&T; Park, Cable Cars, the Golden Gate Bridge, Alcatraz and of course Fisherman's Wharf are all short distance from the property.

### Parking:

Self Parking: 36.00 USDguest $36/overnight
Valet Parking: 39.00 USDguest $39/overnight
In/Out Privileges: Available
Secured: Available
Covered: Available
Parking Information: 24 hrs. Nonguests -$36 self / valet -$39



 

## Hilton San Francisco Financial District

750 Kearny Street, San Francisco, California, United States 94108
Tel: 1-415-433-6600, Fax: 1-415-765-7891

Soaring 27 stories over the "City by the Bay", the landmark Hilton San Francisco Financial District hotel offers stunning panoramic views from most of our 544 hotel guestrooms. Located in the center of the most exciting, bustling and culturally diverse area of San Francisco, California, the Hilton San Francisco Financial District hotel rests at the crossroads of the Financial District, Chinatown and North Beach, which is an easy walk to the San Francisco's most popular neighborhoods and attractions:

### For Your Business Convenience

| | |
|---|---|
| Audio/Visual Equipment Rental | Business Center |
| Business Phone Service | Cellular Phone Rental |
| Express Mail | Fax |
| Meeting Rooms | Modem |
| Notary Public | Photo Copying Service |
| Printer | Video Conferencing Available |
| Video Messaging | Video Phone |

### Features And Highlights

Complimentary Wireless Internet Available in Guestrooms & Public Space
Easy Walk to Fisherman's Wharf & Union Square

### Service And Amenities

| | |
|---|---|
| Dining Facilities | Pet Facilities |
| Meeting Facilities | Business Center |
| Wireless Internet Access | High Speed Internet Access |
| Accessible Rooms | Fitness Center |

### While You'Re In Town

AT&T; Park - 1 MI - SE
Cable Car Line - 2 BLK - W
Chinatown - 0 BLK
Coit Tower - 8 BLK - N
Embarcadero Ctr (shop/dine) - 3 BLK - E
Ferry Building - 8 BLK - E
Financial District - 0 BLK

### Hotel Location

The Hilton San Francisco Financial District sits at the crossroads of the city's three most exciting, historic, and culturally-diverse districts. Surrounded by the Financial District , the 'Wall Street of the West,' North Beach , named one of America's top neighborhoods, and the largest Chinatown outside of Asia, the hotel places guests in the center of the action. Enjoy the best of lively jazz, comedy clubs, fine international cuisine and shopping.

### Parking:

Valet Parking: 47.00 USDPlus 14% Tax
In/Out Privileges: Available
Secured: Available
Covered: Available
Parking Information: Vehicles over 6'8 - $50.00 parking charge



# Hilton Oakland Airport

One Hegenberger Road, Oakland, California, United States 94621
Tel: 1-510-635-5000, Fax: 1-510-383-4062

The Hilton Oakland Airport hotel is located on 12 manicured acres, offering a resort-like setting with the convenience of being located less than a mile away from California's Oakland International Airport and two miles from the BART Transit System.

## For Your Business Convenience

| | |
|---|---|
| Audio/Visual Equipment Rental | Business Center |
| Business Phone Service | Express Mail |
| Fax | Meeting Rooms |
| Modem | Notary Public; 10.00 USD |
| Photo Copying Service | Printer |

## Features And Highlights

20 minutes from Downtown San Francisco
24 hour Business Center
Catch a televised sporting event in the Sports Edition Bar featuring 16 TVs
Less than 1 mile away from Oracle Arena and McAfee Coliseum

## Service And Amenities

| | |
|---|---|
| Dining Facilities | Pet Facilities |
| Meeting Facilities | Business Center |
| Wireless Internet Access | High Speed Internet Access |
| Accessible Rooms | Fitness Center |
| Pool | |

## While You're In Town

Alameda Ferry Service - 3 MI - W
Blue and Gold Ferry Service - 10 MI - W
Dunsmuir House - 8 MI - E
Jack London Square - 10 MI - N
Lake Merritt/Faryland - 10 MI - N
Marina Square - 5 MI - N
Marine World Africa USA - 25 MI - NE

## Hotel Location

Nestled amid 10 acres of lush manicured grounds, the popular Hilton Oakland Airport is located 2 minutes outside the Oakland International Airport, San Francisco's East Bay Gateway to the Globe.

### Parking:

Self Parking: 9.75 USD9.75 during stay
In/Out Privileges: Available
Secured: Available
Parking Information: $9.75 registered gst/$11.50 non-registered gst



To receive weekly offers, click here



## Hilton Concord

1970 Diamond Blvd, Concord, California, United States 94520-5718
Tel: 1-925-827-2000, Fax: 1-925-827-2113

Discover the Hilton Concord hotel centrally located in the beautiful East Bay of Northern California! The Hilton Concord hotel is only one mile from Bay Area Rapid Transit - BART and located minutes away from San Francisco and Oakland.

### For Your Business Convenience

Audio/Visual Equipment Rental      Business Center
Express Mail                       Fax; 5.00 USD
Meeting Rooms                      Photo Copying Service
Printer

### Features And Highlights

Six Flags Discovery Kingdom just 17 miles from the Hilton Concord.
Packages available.
Willow Pass Shopping Center next to the Hilton Concord. Shopping packages available.
Complimentary shuttle to and from the Concord Bart Station.
Located next to Waterworld California.

### Service And Amenities

Dining Facilities                  Whirlpool
Meeting Facilities                 Business Center
Wireless Internet Access           High Speed Internet Access
Accessible Rooms                   Fitness Center
Pool

### While You'Re In Town

BUCHANAN AIRFIELD - 0.5 MI
BUCHANAN GOLF COURSE - 1 MI - S
COWELL PARK - 3 MI - W
HEATHER FARMS - 6 MI - N
LINDSEY WILDLIFE MUSEUM - 6 MI - N
MCAFEE COLISEUM - Oakland Raiders - 29 MI - S
MONSTER PARK - San Francisco 49ers - 40 MI - SW

### Hotel Location

The Concord Hilton, a 3-Diamond property, is well-located on a 7.42 acre parcel at 1970 Diamond Boulevard in Concord, California. approximately 35 minutes Northeast of San Francisco. The hotel is easily accessible by automobile via Interstate-680.

### Parking:

Self Parking: Complimentary
In/Out Privileges: Available
Parking Information: Free





## Hilton Pleasanton at The Club

7050 Johnson Dr, Pleasanton, California, United States 94588-3396
Tel: 1-925-463-8000, Fax: 1-925-463-3801

The Hilton Pleasanton at The Club hotel is a Three-Diamond, full service hotel conveniently situated at the gateway to the San Francisco Bay Area, the Silicon Valley and nestled in the Tri-Valley area in Pleasanton, California. Easily accessible at the intersection of I-580 and I-680, the Hilton Pleasanton at The Club hotel is just minutes away from the Stoneridge Mall and the Hacienda and Bishop Ranch Business Parks, 17 miles from Oakland International Airport, 33 miles from the San Francisco International Airport and 35 miles from the San Jose International Airport.

### For Your Business Convenience

| | |
|---|---|
| Audio/Visual Equipment Rental | Business Center |
| Express Mail | Fax |
| Meeting Rooms | Modem |
| Office Rental | Photo Copying Service |
| Printer | Secretarial Service |
| Video Conferencing Available | |

### Features And Highlights

Onsite dining available at the Players Restaurant - serving breakfast, lunch and dinner
Courtesy transportation available within 5 mile radius
Complimentary access to Club Sport
Just 5 miles away from the Alameda County Fair Grounds

### Service And Amenities

| | |
|---|---|
| Dining Facilities | Whirlpool |
| Meeting Facilities | Business Center |
| Wireless Internet Access | High Speed Internet Access |
| Accessible Rooms | Fitness Center |
| Pool | Tennis |

### While You're In Town

Alameda Fairground - 4 MI - S
Black Hawk Museum - 8 MI - N
Lake Del Val State Park - 8 MI - E
Livermore Wineries - 10 MI - E
Mount Diablo State Park - 10 MI - N
Poppy Ridge Golf Course - 10 MI - E
San Francisco - 35 MI - W

### Hotel Location

This three Diamond upscale hotel is located at the crossroads of two major highways (580 & 680)), just 35 miles South-East of San Francisco. Located in the "Tri Valley" area which includes Pleasanton, San Ramon, Dublin, and Livermore. Near Hacienda Business Park, Stoneridge Mall and just minutes away from golfing and Livermore Valley Wineries.

### Parking:

Self Parking: Call hotel for information
In/Out Privileges: Available
Parking Information: Complimentary






## Hilton Newark/Fremont

39900 Balentine Drive, Newark, California, United States 94560-0564
Tel: 1-510-490-8390, Fax: 1-510-651-7828

The Hilton Newark/Fremont hotel offers superb Three-Diamond full-service accommodations where personal service and comfort will give each guest a memorable experience. Our beautiful hotel is located halfway between Oakland and San Jose, California in the bustling East Bay Silicon Valley. We are minutes away from Stanford University, the University of California at Berkley, California State University East Bay, and San Jose State University, as well as numerous junior colleges. If your leisure time allows, please make The New Park Mall a priority for all of your retail shopping needs. This mall, located less than .25 mile from the hotel, features anchor stores such as Macy's, Mervyn's, Sears, Target, and JC Penny, plus 150 specialty shops. The hotel is also within walking distance of more than 15 restaurants that offer ethnic cuisine from Japan, China, Mexico, Greece, and Italy.

### For Your Business Convenience

| | |
|---|---|
| Audio/Visual Equipment Rental | Business Center |
| Fax | Meeting Rooms |
| Modem | Notary Public |
| Photo Copying Service | Printer |
| Typewriter | |

### Features And Highlights

Enter a world of recognition and rewards at more than 2,700 hotels worldwide.
to find out more.

### Service And Amenities

| | |
|---|---|
| Dining Facilities | Whirlpool |
| Meeting Facilities | Business Center |
| Wireless Internet Access | Accessible Rooms |
| Fitness Center | Pool |

### While You'Re In Town

DOWNTOWN SAN FRANCISCO - 45 MI - N
GOLDEN GATE BRIDGE - 50 MI - N
LIVERMORE WINE COUNTRY - 12 MI - E
MISSION SAN JOSE - 5 MI - E
PARAMOUNT'S GREAT AMERICA - 15 MI - S

### Hotel Location

The hotel is located in the north San Jose area off the Interstate-880 at the Stevenson Boulevard exit. The hotel is situated only 20 minutes from the San Jose International Airport, 30 minutes from San Francisco Airport & 20 minutes from Oakland Airport.

### Parking:

Self Parking: Complimentary
In/Out Privileges: Available
Parking Information: Hotel not responsible for vehicles





## Hilton San Jose

300 Almaden Boulevard, San Jose, California, United States 95110
Tel: 1-408-287-2100, Fax: 1-408-947-4489

The Hilton San Jose hotel is located in the heart of Silicon Valley, connected to the San Jose McEnery Convention Center and only three miles from the Mineta San Jose International Airport. The Hilton San Jose is in the heart of a bustling city flourishing with industry, culture, and beauty, rich with history and a vibrant night life. The Hilton San Jose hotel is within easy walking distance of the San Jose Museum of Art, the HP Pavilion - home of the San Jose Sharks, and myriad restaurants, theatres, and shops.

### For Your Business Convenience

Audio/Visual Equipment Rental
Business Phone Service
Dictation Machines
Fax
Modem
Photo Copying Service
Secretarial Service
Video Conferencing Available

Business Center
Complimentary Printing Service
Express Mail
Meeting Rooms
Office Rental; 250.00 USD
Printer
Typewriter

### Features And Highlights

Enter a world of recognition and rewards at more than 2,700 hotels worldwide.
to find out more.

### Service And Amenities

Dining Facilities
Whirlpool
Business Center
High Speed Internet Access
Fitness Center

Pet Facilities
Meeting Facilities
Wireless Internet Access
Accessible Rooms
Pool

### While You're In Town

Great America Theme Park - 7 MI - NW
Center for Performing Arts - 1 BLK - N
Children's Discovery Museum - 1 BLK - W
Hiller Aviation Museum - 35 MI - N
Intel Museum - 5 MI - N
Japan Town - 6 BLK - S
Lick Observatory - 30 MI - N

### Hotel Location

Exciting downtown location, connected to the McEnery Convention Center, within walking distance to attractions, theatre and restaurants. Hilton San Jose hotel is within short distance of freeway 101, 280 and highway 87. 45 min. south of San Francisco and 1hour north of Monterey and Carmel.

### Parking:

Self Parking: 18.00 USDIn & Out Privileges
Valet Parking: 23.00 USDIn & Out Privileges
In/Out Privileges: Available
Secured: Available
Covered: Available
Parking Information: Overnight Guest Pricing / In & Out Priviledges






# Hilton Santa Clara

4949 Great America Parkway, Santa Clara, California, United States 95054
Tel: 1-408-330-0001, Fax: 1-408-562-6736

The Hilton Santa Clara hotel is a luxury California hotel in the heart of Silicon Valley, California. This four-diamond hotel is located across the street from the Santa Clara Convention Center and next to California's Great America Theme Park. For guests of the Hilton Santa Clara hotel who desire upgraded amenities, we offer executive level rooms featuring a dedicated concierge desk and an executive lounge that offers complimentary continental breakfast and an evening reception.

## For Your Business Convenience

| | |
|---|---|
| Audio/Visual Equipment Rental | Business Center |
| Business Phone Service | Express Mail |
| Fax | Meeting Rooms |
| Modem | Photo Copying Service |
| Printer | Secretarial Service |
| Video Conferencing Available | |

## Features And Highlights

Complimentary Business Center and Self Service Check-in with our Kiosk
Lobby Coffee Bar serving Starbucks® Coffee

## Service And Amenities

| | |
|---|---|
| Dining Facilities | Whirlpool |
| Meeting Facilities | Business Center |
| Wireless Internet Access | High Speed Internet Access |
| Accessible Rooms | Fitness Center |
| Pool | |

## While You're In Town

Mercado Center - 2 MI - N
NASA Space Camp - 4 MI - W
Great America Theme Park - 1 BLK - S
Great Mall - 3 MI - S
San Jose Arena - 6 MI - SW
Santa Clara Golf & Tennis - 1 BLK - S
Santa Clara Int'l Swim Facility - 2 MI - E

## Hotel Location

Convenient location, just steps away from the Santa Clara Convention Center, adjacent to Paramount's Great America Theme Park, in the heart of Silicon Valley and at the intersection of Great America Parkway and Tasman. Close proximity to several Silicon Valley Companies and corporate headquarters.

## Parking:

Self Parking: Complimentary





# Hilton Santa Cruz/Scotts Valley

6001 La Madrona Drive, Santa Cruz, California, United States 95060
Tel: 1-831-440-1000, Fax: 1-831-440-1111

About the Hilton Santa Cruz/Scotts Valley Hotel - Hilton

## For Your Business Convenience

Audio/Visual Equipment Rental
Express Mail
Meeting Rooms
Office Rental
Printer

Business Center
Fax: 1.00 USD
Notary Public
Photo Copying Service
Secretarial Service

## Features And Highlights

Complimentary Internet Access
Outdoor Pool, Whirlpool Spa. and Fitness Center
Business Center

## Service And Amenities

Dining Facilities
Whirlpool
Business Center
High Speed Internet Access
Fitness Center

Pet Facilities
Meeting Facilities
Wireless Internet Access
Accessible Rooms
Pool

## While You're In Town

Big Basin State Park - 15 MI - N
Henry Cowell Redwood State Park - 3 MI - W
Monterey-Carmel - 60 MI - S
Mystery Spot - 3 MI - E
Pasatiempo Golf Club - 1 MI - S
Roaring Camp Railroad - 2 MI - W
Santa Cruz Beach and Boardwalk - 5 MI - S

## Hotel Location

100% Non-Smoking hotel nestled in Santa Cruz mountains and minutes from the Santa Cruz Beach and Boardwalk. booking House room types does not guarantee bed type.

## Parking:

Self Parking: complimentary
Valet Parking: complimentary
In/Out Privileges: Available



 

## Hilton Sonoma Wine Country

3555 Round Barn Blvd., Santa Rosa, California, United States 95403
Tel: 1-707-523-7555, Fax: 1-707-569-5555

Stomp grapes, indulge in good wine and enjoy the scenery of the Napa and Sonoma wine countries. The resort-like, pet-friendly, 100% non-smoking Hilton Sonoma Wine Country hotel is ideally located in this lushly renowned area.

### For Your Business Convenience

| | |
|---|---|
| Audio/Visual Equipment Rental | Business Center |
| Complimentary Printing Service | Express Mail |
| Fax | Meeting Rooms |
| Modem | Photo Copying Service |
| Printer | Video Conferencing Available |

### Features And Highlights

Close Proximity to 140 Sonoma Wineries
Wells Fargo Center for the Arts is 2.5 miles north on Mark West Springs Road
Seasonal Complimentary Wine Tasting
Complete Six Million Dollar Renovation

### Service And Amenities

| | |
|---|---|
| Dining Facilities | Pet Facilities |
| Whirlpool | Meeting Facilities |
| Business Center | Wireless Internet Access |
| High Speed Internet Access | Accessible Rooms |
| Fitness Center | Pool |

### While You're In Town

Alles Day Spa - 3 MI - S
Bodega Bay/ North Coast - 20 MI - W
Charles Schulz Museum - 3 MI - W
Coldwater Creek Day Spa - 3 MI - SE
FountainGrove Golf Course - 2 MI - E
Howarth Park/Spring Lake - 4 MI - S
Infineon Raceway - 35 MI - SE

### Hotel Location

65 Miles North of San Francisco off Highway 101. Located in the North end of the city of Santa Rosa. 20 miles from the city of Sonoma. In the Heart of Sonoma County. 12 miles South of Healdsburg. 65 miles North of Oakland. 25 miles from Bodega Bay.

### Parking:

Self Parking: 0
Parking Information: Complimentary



To receive weekly offers, click here

# Exhibit E

 



Site Map | About Website | Search

| Hilton Hotels Corporation | Development | Design & Construction | Suppliers' Corner | Contact Us |



*Official Sponsor U.S. Olympic Team*

*What's New!*



**2007 Finalist**

Visit Our Hilton Family Development Websites:



be hospitable*



©2008 Hilton Hotels Corporation. 36 USC 220506. All Rights Reserved.
Site Usage Agreement | Privacy Policy | Legal Disclaimer
This Site is best viewed using Internet Explorer 6.0 or higher & a screen resolution of 1024 x 768 pixels.

## DEVELOPMENT

Development Overview

Hilton Family Brochure

Brand Portfolio

Principles of Franchising

Development Presentation

Development Video

Development Awards

Hilton in the News

Photo Gallery

Press Releases

### Starting A Franchise

Development Process

Becoming A Hilton

Building A Hilton

Franchise Fees

OnQ Technology Solution

Franchise Disclosures

License Application

Financing / Insurance

Hilton Management Services

Promotional Products

All HHC Franchise Brands



# Hilton
## Hotels Corporation
## Management Services

- About Us
- Management Services
- Portfolio of Hotels
- FAQ
- News & Events
- Contact Us



"When we may not see things through the same lens,

HMS is willing to listen so that we end up with the best possible outcome.

We have a real partner in HMS."

Kenneth H. Fearn, Managing Partner
Integrated Capital

Simply the finest, most comprehensive hotel management services in the world.

When you trust your hospitality goals to Hilton Management Services (HMS) you can be assured of superior resources and unprecedented, individual attention to you and your investment. We take the time to understand your specific needs and to identify the greatest possible opportunities available to your property.

At Hilton Management Services we are dedicated to achieving success for you by making sure we run a highly efficient and eminently profitable hotel while delivering the extraordinary quality of service that your guests deserve. It all begins with a service culture of being hospitable, but it doesn't end there. We are a full service hospitality company providing world-class management as well as expertise in development, acquisition, consulting and sales for properties ranging from 40 rooms to 3,000 rooms. In short, we are an organization that you can count on!

TheHiltonFamily
be hospitable®

Strength
in numbers™

© 2007 Hilton Management Services



## Management Services

Welcome
About Us

Portfolio of
Hotels
FAQ
News &
Events
Contact Us

Sales / Hilton
Sales Worldwide

Marketing,
Advertising &
Communications

Revenue
Management

Finance
Management

Food & Beverage

Human
Resources

Owner Relations

Design and
Construction

Legal Support

Hilton Supply
Management

### Operations

Hilton Management Services supports and operates your hotel with a comprehensive network of resources. Whether you are building a new property from the ground up, renovating, re-branding an existing hotel or simply improving your day-to-day performance, we offer the ability to ensure that operational efficiencies and productivity levels contribute to the improved performance and success of your hotel. Well versed in all operational disciplines, we manage properties ranging from 40 to over 3,000 rooms by tailoring our services to fit your specific needs.

As a member of the Hilton Family of hotels, you already receive various benefits from our brand resources, worldwide sales force and participation in the Hilton HHonors program. With our intimate knowledge of these programs and resources, HMS is able to enhance and leverage them in ways that no other operator can. Through leadership and our vast underlying support structures, we orient our associates to the Hilton culture and provide consistent on-going training with measurable benefits, incentives and operational solutions that help drive solid unit level results. With the "inside track" on the latest worldwide Hilton services and how best to utilize them to maximize profitability, HMS has demonstrated a successful track record in value creation by staying focused on the basics for both institutional owners and individual entrepreneurs. Turning to Hilton Management Services ensures that your entire team is in place and operating within brand standards in record time.

Welcome | About Us | Management Services | Portfolio of Hotels | FAQ | News & Events | Contact Us
© 2007 Hilton Management Services



"As they wear the hats of both owner and operator, HMS has the rare ability to generate "top line" results while ensuring "bottom line" profits are achieved."

Richard Mitchell, Sr. Vice President – Asset Management
Equity Inn, Inc.

Welcome

About Us

Portfolio of Hotels

FAQ

News & Events

Contact Us

## Management Services

### Hilton Supply Management

As your management team cost savings is our number one priority in delivering more top line success straight to your bottom line. We explore and evaluate all avenues of potential savings whether purchases are handled through local discount suppliers, or the proven purchasing power of Hilton Supply Management, one of the world's largest and most respected hospitality supply companies. Hilton Supply Management offers additional benefits exclusively to our managed hotels. You can always bet your property procurement needs are handled and savings are passed directly on to you.

Welcome | About Us | Management Services | Portfolio of Hotels | FAQ | News & Events | Contact Us

© 2007 Hilton Management Services