Thomas J. Speiss, III (Bar No. 200949)
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 229-9906
Facsimile: (310) 226-9901
tspeiss@venable.com

Counsel for Defendants HILTON HOTELS CORP.
HILTON SUPPLY MANAGEMENT, INC., KEVIN A.
BARRY, and KEVIN BARRY FINE ART ASSOCIATES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BERENICE BRACKETT,<br><br>        Plaintiff,<br>vs.<br><br>HILTON HOTELS CORP., et al.,<br><br>        Defendants. | Case No. C08-2100-WHA<br><br>**DECLARATION OF KEVIN BARRY IN SUPPORT OF REPLY TO DEFENDANTS' MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE; OR IN THE ALTERNATIVE TO TRANSFER FOR CONVENIENCE; AND MOTION TO DISMISS COUNTS III AND IV FOR FAILURE TO STATE A CLAIM** |

I, Kevin A. Barry, declare:

1. I have personal knowledge of the facts in this declaration. If called as a witness I could and would testify to them.

2. I am president and owner of Kevin Barry Fine Art Associates, which is located at 8210 Melrose Avenue, Los Angeles, California 90046. I live in Agoura Hills, California, which is located within Los Angeles County.

3. The West Coast Hilton Hotel-franchised "model suites" displaying the model Homewood Suite hotel room — which a potential franchisee can view before purchasing a Homewood Suite franchise, and which allegedly displays the infringing posters — are located within Los Angeles County.

4. Many of the percipient witnesses, including employees of the Defendants and of third party designers that will assist all Defendants in defending against the copyright infringement allegation, reside and are located within Los Angeles County.

5. I did not know that the Plaintiff was located in the Northern District, and did not have any knowledge that the brunt of the harm — or any harm — that may have been caused to the Plaintiff based upon the alleged acts of infringement would be felt in the Northern District. Upon my information and belief, none of the other named defendants knew that the Plaintiff was located in the Northern District, and they did not have any knowledge that the brunt of the harm, if any, that may have been caused to the Plaintiff based upon the alleged acts of infringement would be felt in the Northern District.

6. I had no knowledge that the allegedly infringing artwork was created by a northern California artist, would be displayed in hotel rooms in northern California, and still have no knowledge or belief that the allegedly infringing artwork has _ever_ been displayed in northern California.

I declare that the above is true under penalty of perjury under the laws of the State of California. Executed on this 5th day of June, 2008 in Los Angeles, California.

_Kevin A. Barry_
Kevin A. Barry
Declarant