Thomas J. Speiss, III (Bar No. 200949)
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 229-9906
Facsimile: (310) 226-9901
tspeiss@venable.com

Counsel for Defendants HILTON HOTELS CORP.
HILTON SUPPLY MANAGEMENT, INC., KEVIN A.
BARRY, and KEVIN BARRY FINE ART ASSOCIATES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BERENICE BRACKETT,<br><br>         Plaintiff,<br>vs.<br><br>HILTON HOTELS CORP., et al.,<br><br>         Defendants. | Case No. C08-2100-WHA<br><br>SUPPLEMENTAL DECLARATION OF KEVIN BARRY IN SUPPORT OF REPLY TO DEFENDANTS' MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE; OR IN THE ALTERNATIVE TO TRANSFER FOR CONVENIENCE; AND MOTION TO DISMISS COUNTS III AND IV FOR FAILURE TO STATE A CLAIM |

I, Kevin A. Barry, declare:

   1.   I have personal knowledge of the facts in this declaration. If called as a witness I could and would testify to them.

   2.   Upon information and belief, only two of the three images that Plaintiff claims infringe her copyrights were shipped to Hilton Homewood Suites ("Homewood") in the following locations: Avondale, Arizona; Dallas, Texas; Fort Worth, Texas; Hagerstown, Maryland; Lakewood, Colorado; Memphis, Tennessee; Rogers, Arkansas; Tucker, Georgia; and Tupelo, Missouri. Upon information and belief, the third image Plaintiff claims was infringed was never reproduced, sold, or shipped to Homewood.

   3.   Upon information and belief, the images that Plaintiff claims infringe her copyrights have not been shipped to any hotel properties owned, licensed or otherwise affiliated with Hilton,

other than those Homewood properties listed in Paragraph no. 2 above, including but not limited to any Hilton properties located anywhere within the Northern District of California.

4. Upon information and belief, the images that Plaintiff claims infringe her copyrights have never been shipped to, sold within or displayed anywhere within the Northern District of California.

I declare that the above is true under penalty of perjury under the laws of the State of California. Executed on this 10th day of June, 2008 in Los Angeles, California.

Kevin A. Barry
Declarant

2

DECLARATION OF KEVIN BARRY IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER OR DISMISS