**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>June 19, 2008</u>

Case No.  <u>C 08-02100 WHA</u>

Title: <u>BRACKETT</u> v. <u>HILTON HOTELS</u>

Plaintiff Attorneys: Marc Bernstein

Defense Attorneys: Thomas Speiss, III

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Kathy Wyatt</u>

**PROCEEDINGS**

1)   <u>Dfts' Motion to Transfer Case and to Dismiss Counts III and IV - Submitted</u>

2)   _____


Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

The motions are taken under submission.  The Court will issue a case management order setting a trial date in July 2009.  Disclosures shall be completed by 7/8/08.