1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9                        SAN FRANCISCO DIVISION
10

| | |
|---|---|
| 11  BERENICE BRACKETT, | ) Case No. CV 08-02100 WHA |
| 12      Plaintiff, | ) |
| 13  vs. | ) |
| 14  HILTON HOTELS CORPORATION, a Delaware Corporation, HILTON SUPPLY MANAGEMENT, INC., a Delaware Corporation, KEVIN A. BARRY, an individual, KEVIN BARRY FINE ART ASSOCIATES, a California Corporation, JOHN or JANE DOES 1-100, individuals of presently unknown identity, and ABC CORPORATIONS 1-300, corporations of presently unknown identity, | ) **[PROPOSED] ORDER AMENDING CASE MANAGEMENT ORDER**<br><br>) Hearing:      August 14, 2008<br>) Time:           8:00 a.m.<br>) Courtroom:   9<br>) Judge:         Hon. William H. Alsup |
| 20      Defendants. | ) |

Order Modifying Case Management Order                                  Case No. CV 08-02100 WHA

1 | Before the Court is plaintiff Berenice Brackett's motion requesting
2 | modification of the pleading amendment deadline in the Court's June 30, 2008 Case
3 | Management Order and Reference to a Magistrate Judge for Mediation/Settlement.
4 | The Court having reviewed the arguments of counsel, and there being good
5 | cause to grant the plaintiff's motion, the Court hereby GRANTS plaintiff's motion.
6 | The deadline for seeking leave to add new parties or otherwise to amend the
7 | pleadings is extended to and including October 21, 2008.
8 | IT IS SO ORDERED.

Dated: July 7, 2008

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE