1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8         NORTHERN DISTRICT OF CALIFORNIA
9              SAN FRANCISCO DIVISION
10

| | |
|---|---|
| 11  BERENICE BRACKETT, | ) Case No. CV 08-02100 WHA |
| 12      Plaintiff, | ) |
| 13  vs. | ) |
| 14  HILTON HOTELS CORPORATION, a Delaware Corporation, HILTON SUPPLY MANAGEMENT, INC., a Delaware Corporation, KEVIN A. BARRY, an individual, KEVIN BARRY FINE ART ASSOCIATES, a California Corporation, JOHN or JANE DOES 1-100, individuals of presently unknown identity, and ABC CORPORATIONS 1-300, corporations of presently unknown identity, | ) [~~PROPOSED~~] **ORDER AMENDING CASE MANAGEMENT ORDER**<br><br>) Hearing:     August 14, 2008<br>) Time:         8:00 a.m.<br>) Courtroom: 9<br>) Judge:        Hon. William H. Alsup |
| 20      Defendants. | ) |

1  Before the Court is plaintiff Berenice Brackett's motion requesting
2  modification of the pleading amendment deadline in the Court's June 30, 2008 Case
3  Management Order and Reference to a Magistrate Judge for Mediation/Settlement.
4  The Court having reviewed the arguments of counsel, and there being good
5  cause to grant the plaintiff's motion, the Court hereby GRANTS plaintiff's motion.
6  The deadline for seeking leave to add new parties or otherwise to amend the
7  pleadings is extended to and including October 21, 2008.
8  IT IS SO ORDERED.

10  Dated: July 7̶ 11, 2008



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

---

Order Modifying Case Management Order                    Case No. CV 08-02100 WHA