

1  Thomas J. Speiss, III (Bar No. 200949)
   VENABLE LLP
2  2049 Century Park East, Suite 2100
   Los Angeles, California 90067
3  Telephone:  (310) 229-9900
   Facsimile:  (310) 226-9901

4

5  Counsel for Defendants HILTON HOTELS CORP.,
   HILTON SUPPLY MANAGEMENT, INC., KEVIN A. BARRY,
   and KEVIN BARRY FINE ART ASSOCIATES

6

7

8              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
9                 **SAN FRANCISCO DIVISION**

10

11  BERENICE BRACKETT,                    Case No. C08-2100-WHA

12              Plaintiff,                **ADR CERTIFICATION BY PARTIES**
         vs.                              **AND COUNSEL**
13
    HILTON HOTELS CORP., et al.,
14
               Defendants.
15

16

17       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of undersigned
    certifies that he or she has:
18
         **(1)**  Read the handbook entitled "*Dispute Resolution Procedures in the*
19  *Northern District of California*" on the Court's ADR Internet site
    www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's*
20  *office for parties in cases not subject to the court's Electronic Case Filing program*
    *(ECF) under General Order 45)*;
21
         **(2)**  Discussed the available dispute resolution options provided by the Court
22  and private entities; and

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

*(left margin, vertical text)* VENABLE LLP · 2049 CENTURY PARK EAST, SUITE 2100 · LOS ANGELES, CA 90067 · 310-229-9900

1     **(3)** Considered whether this case might benefit from any of the available
dispute resolution options.

2

3

4    Dated:  July 14, 2008

_____
Kevin A. Barry

5

6

7    Dated:  July 14, 2008

_____
Kevin A. Barry Fine Art Associates

8

9

10

11                                                      VENABLE LLP

12

13   Dated:  July 17, 2008

_____
Thomas J. Speiss, III
Counsel for Defendants

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

ADR CERTIFICATION BY PARTIES AND COUNSEL          Case No. C08-2100-WHA

# CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

Marc N. Bernstein, Esq.

Susan S. Boranian, Esq.

The Bernstein Law Group, P.C.

555 Montgomery Street, Suite 1650

San Francisco, CA 94111

mbernstein@blgrp.com

VENABLE LLP

DATED: July 17, 2008

_____
Thomas J. Speiss, III
Counsel for Defendants

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

ADR CERTIFICATION BY PARTIES AND COUNSEL    Case No. C08-2100-WHA