| | |
|---|---|
| 1 | Robert N. Phillips (SBN 120970) |
| | phillipsr@howrey.com |
| 2 | Seth Herring (SBN 253907) |
| | herrings@howrey.com |
| 3 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 4 | San Francisco, California 94105 |
| | Telephone: (415) 848-4900 |
| 5 | Facsimile: (415) 848-4999 |
| 6 | Attorneys for Defendants |
| 7 | HILTON HOTELS CORPORATION and HILTON SUPPLY MANAGEMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BERENICE BRACKETT, | ) | Case No. CV 08-2100 WHA |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| | ) | **FOR SUBSTITUTION OF COUNSEL** |
| vs. | ) | |
| | ) | |
| HILTON HOTELS CORPORATION, a Delaware Corporation, HILTON SUPPLY MANAGEMENT, INC., a Delaware Corporation, KEVIN A. BARRY, an individual, KEVIN BARRY FINE ART ASSOCIATES, a California Corporation, JOHN or JANE DOES 1-100, individuals of presently unknown identity, and ABC CORPORATION 1-300, corporations of presently unknown identify,, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

It is hereby stipulated and consented that HOWREY LLP, 525 Market Street, Suite 3600, San Francisco, CA 94105, be and is hereby substituted in place and instead of VENABLE LLP, 2049 Century Park East, Suite 2100, Los Angeles, CA 90067, as attorneys for Defendants Hilton Hotels Corporation and Hilton Supply Management in the above-captioned action and that this substitution be entered into effect without further notice and pursuant to Civil Local Rule 11-5.

///

///

HOWREY LLP

STIP & [PROPOSED] ORDER FOR
SUBSTITUTION OF COUNSEL
Case No. CV 08-2100 WHA
DM_US:21393701_1

Further, I, Robert N. Phillips, hereby attest that concurrence in the filing of this stipulation has been obtained from Ted Raynor on behalf of Hilton Hotels Corporation and Hilton Supply Management and from Thomas J. Speiss, III on behalf of Venable LLP.

It is so stipulated.

DATED: August 18, 2008

By: _____*/s/ Ted Raynor*_____
TED RAYNOR

Vice President & Senior Counsel for HILTON HOTELS CORPORATION and HILTON SUPPLY MANAGEMENT

We hereby consent to this substitution of Counsel.

DATED: August 18, 2008    HOWREY LLP

By: _____*/s/ Robert N. Phillips*_____
ROBERT N. PHILLIPS

Attorneys for Defendants
HILTON HOTELS CORPORATION and
HILTON SUPPLY MANAGEMENT

DATED: August 18, 2008    VENABLE LLP

By: _____*/s/ Thomas J. Speiss, III*_____
THOMAS J. SPEISS, III

Attorneys for Defendants
HILTON HOTELS CORPORATION and
HILTON SUPPLY MANAGEMENT

**ORDER**

IT IS SO ORDERED.

DATED: _____    By: _____
THE HONORABLE WILLIAM ALSUP
District Court Judge