1 | Robert N. Phillips (SBN 120970)
  | phillipsr@howrey.com
2 | Seth Herring (SBN 253907)
  | herrings@howrey.com
3 | HOWREY LLP
  | 525 Market Street, Suite 3600
4 | San Francisco, California 94105
  | Telephone: (415) 848-4900
5 | Facsimile: (415) 848-4999

6 | Attorneys for Defendants
  | HILTON HOTELS CORPORATION and
7 | HILTON SUPPLY MANAGEMENT, INC.

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 | BERENICE BRACKETT,                    ) Case No. CV 08-2100 WHA
   |                                       )
12 |         Plaintiff,                    ) **STIPULATION AND [PROPOSED] ORDER**
   |                                       ) **FOR SUBSTITUTION OF COUNSEL**
13 |     vs.                               )
   |                                       )
14 | HILTON HOTELS CORPORATION, a          )
   | Delaware Corporation, HILTON SUPPLY   )
15 | MANAGEMENT, INC., a Delaware          )
   | Corporation, KEVIN A. BARRY, an individual, )
16 | KEVIN BARRY FINE ART ASSOCIATES, a    )
   | California Corporation, JOHN or JANE DOES 1- )
17 | 100, individuals of presently unknown identity, )
   | and ABC CORPORATION 1-300, corporations )
18 | of presently unknown identify,,       )
   |                                       )
19 |         Defendants.                   )
   |                                       )
20 |

21 |     It is hereby stipulated and consented that HOWREY LLP, 525 Market Street, Suite 3600, San

22 | Francisco, CA 94105, be and is hereby substituted in place and instead of VENABLE LLP, 2049

23 | Century Park East, Suite 2100, Los Angeles, CA 90067, as attorneys for Defendants Hilton Hotels

24 | Corporation and Hilton Supply Management in the above-captioned action and that this substitution be

25 | entered into effect without further notice and pursuant to Civil Local Rule 11-5.

26 | ///

27 | ///

28 |

**HOWREY LLP**

STIP & [PROPOSED] ORDER FOR
SUBSTITUTION OF COUNSEL
Case No. CV 08-2100 WHA
DM_US:21393701_1

1  Further, I, Robert N. Phillips, hereby attest that concurrence in the filing of this stipulation has
2  been obtained from Ted Raynor on behalf of Hilton Hotels Corporation and Hilton Supply
3  Management and from Thomas J. Speiss, III on behalf of Venable LLP.

4  It is so stipulated.

5  DATED: August 18, 2008

6                              By:    */s/ Ted Raynor*
                                       TED RAYNOR
7
                               Vice President & Senior Counsel for HILTON HOTELS
8                              CORPORATION and HILTON SUPPLY MANAGEMENT

9  We hereby consent to this substitution of Counsel.

10 DATED: August 18, 2008         HOWREY LLP

11

12                              By:    */s/ Robert N. Phillips*
                                       ROBERT N. PHILLIPS
13
                               Attorneys for Defendants
14                             HILTON HOTELS CORPORATION and
                               HILTON SUPPLY MANAGEMENT
15
   DATED: August 18, 2008         VENABLE LLP
16

17

18                              By:    */s/ Thomas J. Speiss, III*
                                       THOMAS J. SPEISS, III
19
                               Attorneys for Defendants
                               HILTON HOTELS CORPORATION and
20                             HILTON SUPPLY MANAGEMENT

21

22                                    **ORDER**

23  IT IS SO ORDERED.

24

25  DATED: August 19, 2008        By:    _____
                                         THE HONORABLE WILLIAM ALSUP
26                                       District Court Judge

27

28