```
HANSON BRIDGETT LLP
LAWRENCE A. CIRELLI - 114710
lcirelli@hansonbridgett.com
GARNER K. WENG - 191462
gweng@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366
```

Attorneys for Defendants
KEVIN A. BARRY and
KEVIN BARRY FINE ART ASSOCIATES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BERENICE BRACKETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HILTON HOTELS CORPORATION, a Delaware corporation; HILTON SUPPLY MANAGEMENT, INC., a Delaware corporation; KEVIN A. BARRY, an individual; KEVIN BARRY FINE ART ASSOCIATES, a California corporation; JOHN or JANES DOES 1-100, individuals of presently unknown identity, and ABC CORPORATION 1-300, corporations of presently unknown identity,<br><br>　　　　　Defendants. | Case No. CV 08-02100 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL**<br><br>Date of Action: April 22, 2008 |

　　　　It is hereby stipulated and consented that HANSON BRIDGETT LLP, 425 Market Street, 26th Floor, San Francisco, California 94105, be and is hereby substituted in place and instead of VENABLE LLP, 2049 Century Park East, Suite 2100, Los Angeles, California 90067, as attorneys for Defendants KEVIN A. BARRY and KEVIN BARRY FINE ART ASSOCIATES in the above-captioned action and that this substitution be entered into effect without further notice and pursuant to Civil Local Rule 11-5.

1 | It is so stipulated.

2 | KEVIN A. BARRY

4 | DATED: August 29, 2008                By:             /s/
                                                   Kevin A. Barry

6 | KEVIN A. BARRY FINE ART ASSOCIATES

7 | DATED: August 29, 2008                By:             /s/
                                                   Kevin A. Barry

9 | We hereby consent to this substitution of Counsel.

10 | DATED: August 29, 2008               HANSON BRIDGETT LLP

12 | By:             /s/
                 Garner K. Weng

14 | Attorneys for Defendants
     KEVIN A. BARRY and
     KEVIN BARRY FINE ART ASSOCIATES

16 | DATED: August 29, 2008               VENABLE LLP

18 | By:             /s/
                 Thomas J. Speiss

19 | Attorneys for Defendants
     KEVIN A. BARRY and
     KEVIN BARRY FINE ART ASSOCIATES

-2-
STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF
COUNSEL - CASE NO. CV 08-2100 WHA

1592815.1

SIGNATURES UNDER GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the United States District Court, Northern District of California, I, Garner K. Weng—the ECF User whose User ID and Password are used in the filing of this document—hereby attest that the concurrence to the filing of this document has been obtained from each of the other signatories to this document.

                                                                        /s/
                                                  GARNER K. WENG

**ORDER**

IT IS SO ORDERED.

DATED: _____, 2008      By:_____
                                                          The Honorable William Alsup