1   HANSON BRIDGETT LLP
    LAWRENCE A. CIRELLI - 114710
2   lcirelli@hansonbridgett.com
    GARNER K. WENG - 191462
3   gweng@hansonbridgett.com
    425 Market Street, 26th Floor
4   San Francisco, CA  94105
    Telephone:   (415) 777-3200
5   Facsimile:    (415) 541-9366

6   Attorneys for Defendants
    KEVIN A. BARRY and
7   KEVIN BARRY FINE ART ASSOCIATES

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

                    **SAN FRANCISCO DIVISION**
11

12  BERENICE BRACKETT,                        Case No. CV 08-02100 WHA

13              Plaintiff,                     **STIPULATION AND [PROPOSED]**
                                               **ORDER FOR SUBSTITUTION OF**
14          v.                                 **COUNSEL**

15  HILTON HOTELS CORPORATION, a               Date of Action:  April 22, 2008
    Delaware corporation; HILTON SUPPLY
16  MANAGEMENT, INC., a Delaware
    corporation; KEVIN A. BARRY, an
17  individual; KEVIN BARRY FINE ART
    ASSOCIATES, a California corporation;
18  JOHN or JANES DOES 1-100, individuals
    of presently unknown identity, and ABC
19  CORPORATION 1-300, corporations of
    presently unknown identity,
20
                Defendants.
21

22          It is hereby stipulated and consented that HANSON BRIDGETT LLP, 425 Market

23  Street, 26th Floor, San Francisco, California 94105, be and is hereby substituted in

24  place and instead of VENABLE LLP, 2049 Century Park East, Suite 2100, Los Angeles,

25  California 90067, as attorneys for Defendants KEVIN A. BARRY and KEVIN BARRY

26  FINE ART ASSOCIATES in the above-captioned action and that this substitution be

27  entered into effect without further notice and pursuant to Civil Local Rule 11-5.

28
                                    -1-
─────────────────────────────────────────────────────────
STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF          1592815.1
COUNSEL - CASE NO. CV 08-2100 WHA

1    It is so stipulated.

2                                KEVIN A. BARRY

3

4    DATED: August 29, 2008          By: _____/s/_____
                                             Kevin A. Barry
5

6                                KEVIN A. BARRY FINE ART ASSOCIATES

7    DATED: August 29, 2008          By: _____/s/_____
                                             Kevin A. Barry
8

9    We hereby consent to this substitution of Counsel.

10

11   DATED: August 29, 2008          HANSON BRIDGETT LLP

12                                   By: _____/s/_____
                                             Garner K. Weng
13

14                                   Attorneys for Defendants
                                     KEVIN A. BARRY and
15                                   KEVIN BARRY FINE ART ASSOCIATES

16   DATED: August 29, 2008          VENABLE LLP

17

18                                   By: _____/s/_____
                                             Thomas J. Speiss
19

20                                   Attorneys for Defendants
                                     KEVIN A. BARRY and
21                                   KEVIN BARRY FINE ART ASSOCIATES

22

23

24

25

26

27

28

-2-

1

<u>SIGNATURES UNDER GENERAL ORDER NO. 45</u>

2      Pursuant to General Order No. 45 of the United States District Court, Northern

3 District of California, I, Garner K. Weng—the ECF User whose User ID and Password

4 are used in the filing of this document—hereby attest that the concurrence to the filing of

5 this document has been obtained from each of the other signatories to this document.

6

7      _____/s/_____
       GARNER K. WENG

8

9

10

11      **ORDER**

12      IT IS SO ORDERED.

13

14 DATED: _____September 2_____, 2008      By:_____

15      The Honorable William Alsup

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF
COUNSEL - CASE NO. CV 08-2100 WHA

1592815.1