HANSON BRIDGETT LLP
LAWRENCE A. CIRELLI - 114710
lcirelli@hansonbridgett.com
GARNER K. WENG - 191462
gweng@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants
KEVIN A. BARRY and
KEVIN BARRY FINE ART ASSOCIATES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BERENICE BRACKETT,<br><br>         Plaintiff,<br><br>    v.<br><br>HILTON HOTELS CORPORATION, et. al.,<br><br>         Defendants. | Case No. CV 08-02100 WHA (EMC)<br><br>**AMENDED/CORRECTED STIPULATED REQUEST TO CONTINUE SETTLEMENT CONFERENCE; [PROPOSED] ORDER** |

## STIPULATION

WHEREAS, the parties in this action have been engaging in settlement discussions;

WHEREAS, the Court referred this case to Magistrate Judge Edward M. Chen for mediation/settlement;

WHEREAS, the parties are interested in scheduling the settlement conference early in the discovery phase of the proceedings;

WHEREAS, on Friday, August 29, 2008, counsel for Defendants Kevin Barry and Kevin Barry Fine Art Associates inquired into the availability of dates for a settlement conference and was advised that September 8, 2008 was the only available date in September 2008;

-1-

1    WHEREAS, the counsel for the parties were available on that date and inquired into the availability of the appropriate client representatives;

3    WHEREAS, confirming whether the appropriate client representatives were available took somewhat longer because of the Labor Day Weekend;

5    WHEREAS, one of the client representatives needed for a settlement conference resides in Memphis, Tennessee—and was unable to clear his schedule to be present at a settlement conference in San Francisco, California on September 8, 2008;

8    WHEREAS, on September 3, 2008, counsel for Defendants Kevin Barry and Kevin Barry Fine Art Associates inquired into the availability of alternative dates for a settlement conference and was advised that there had been a cancellation such that September 22, 2008 had become available;

12    WHEREAS, the parties and their counsel have all confirmed their availability to attend a settlement conference on September 22, 2008;

14    WHEREAS, the parties wish to participate in a settlement conference on September 22, 2008;

16    NOW, THEREFORE, the parties to this action, through their undersigned counsel, stipulate and ask the Court to enter its order as follows:

1. The settlement conference scheduled for September 8, 2008 is vacated.

2. A settlement conference is scheduled for September 22, 2008, at 10:00 a.m., Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

3. Settlement Conference statements shall be lodged by hard copy only with Judge Chen's Chambers by September 15, 2008 (or such other date specified by the Court). Statements shall not be electronically filed.

4. No later than September 15, 2008, the parties shall meet and confer to discuss who will attend and ensure compliance with the Court's Settlement Conference

----

----

1 | Order regarding full authority.

DATED: September 5, 2008        THE BERNSTEIN LAW GROUP, P.C.

By:_____/s/_____
Marc N. Bernstein

Attorneys for Plaintiff
BERENICE BRACKETT

DATED: September 5, 2008        HOWREY LLP

By:_____/s/_____
Robert N. Phillips

Attorneys for Defendants
HILTON HOTELS CORPORATION and
HILTON SUPPLY MANAGEMENT, INC.

DATED: September 5, 2008        HANSON BRIDGETT LLP

By:_____/s/_____
Garner K. Weng

Attorneys for Defendants
KEVIN A. BARRY and
KEVIN BARRY FINE ART ASSOCIATES

<u>SIGNATURES UNDER GENERAL ORDER NO. 45</u>

Pursuant to General Order No. 45 of the United States District Court, Northern District of California, I, Garner K. Weng—the ECF User whose User ID and Password are used in the filing of this document—hereby attest that the concurrence to the filing of this document has been obtained from each of the other signatories to this document.

_____/s/_____
GARNER K. WENG

**ORDER**

1. The settlement conference scheduled for September 8, 2008 is vacated.

2. A settlement conference is scheduled for September 22, 2008, at 10:00 a.m., Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

3. Settlement Conference statements shall be lodged by hard copy only with Judge Chen's Chambers by September 15, 2008. Statements shall not be electronically filed.

4. No later than September 15, 2008, the parties shall meet and confer to discuss who will attend and ensure compliance with the Court's Settlement Conference Order regarding full authority.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2008    By:_____
                                 EDWARD M. CHEN
                                 United States Magistrate Judge