1    HANSON BRIDGETT LLP
       LAWRENCE A. CIRELLI - 114710
2    lcirelli@hansonbridgett.com
       GARNER K. WENG - 191462
3    gweng@hansonbridgett.com
       425 Market Street, 26th Floor
4    San Francisco, CA  94105
       Telephone:   (415) 777-3200
5    Facsimile:    (415) 541-9366

6    Attorneys for Defendants
       KEVIN A. BARRY and
7    KEVIN BARRY FINE ART ASSOCIATES

8

9               **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                **SAN FRANCISCO DIVISION**

12    BERENICE BRACKETT,         Case No. CV 08-02100 WHA (EMC)

13           Plaintiff,        **AMENDED/CORRECTED STIPULATED REQUEST TO CONTINUE SETTLEMENT CONFERENCE; [PROPOSED] AMENDED ORDER**

14        v.

15    HILTON HOTELS CORPORATION, et. al.,

16           Defendants.

17

18                          **STIPULATION**

19        WHEREAS, the parties in this action have been engaging in settlement

20    discussions;

21        WHEREAS, the Court referred this case to Magistrate Judge Edward M. Chen for

22    mediation/settlement;

23        WHEREAS, the parties are interested in scheduling the settlement conference

24    early in the discovery phase of the proceedings;

25        WHEREAS, on Friday, August 29, 2008, counsel for Defendants Kevin Barry and

26    Kevin Barry Fine Art Associates inquired into the availability of dates for a settlement

27    conference and was advised that September 8, 2008 was the only available date in

28    September 2008;

1   WHEREAS, the counsel for the parties were available on that date and inquired

2   into the availability of the appropriate client representatives;

3   WHEREAS, confirming whether the appropriate client representatives were

4   available took somewhat longer because of the Labor Day Weekend;

5   WHEREAS, one of the client representatives needed for a settlement conference

6   resides in Memphis, Tennessee—and was unable to clear his schedule to be present at

7   a settlement conference in San Francisco, California on September 8, 2008;

8   WHEREAS, on September 3, 2008, counsel for Defendants Kevin Barry and

9   Kevin Barry Fine Art Associates inquired into the availability of alternative dates for a

10  settlement conference and was advised that there had been a cancellation such that

11  September 22, 2008 had become available;

12  WHEREAS, the parties and their counsel have all confirmed their availability to

13  attend a settlement conference on September 22, 2008;

14  WHEREAS, the parties wish to participate in a settlement conference on

15  September 22, 2008;

16  NOW, THEREFORE, the parties to this action, through their undersigned counsel,

17  stipulate and ask the Court to enter its order as follows:

18  1.    The settlement conference scheduled for September 8, 2008 is vacated.

19  2.    A settlement conference is scheduled for September 22, 2008, at 10:00

20  a.m., Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San

21  Francisco, California 94102.

22  3.    Settlement Conference statements shall be lodged by hard copy only with

23  Judge Chen's Chambers by September 15, 2008 (or such other date specified by the

24  Court). Statements shall not be electronically filed.

25  4.    No later than September 15, 2008, the parties shall meet and confer to

26  discuss who will attend and ensure compliance with the Court's Settlement Conference

27  ----

28  ----

1   Order regarding full authority.

2

3   DATED: September 5, 2008       THE BERNSTEIN LAW GROUP, P.C.

4

5                                  By:_____/s/_____
                                            Marc N. Bernstein

6

7                                  Attorneys for Plaintiff
                                  BERENICE BRACKETT

8   DATED: September 5, 2008       HOWREY LLP

9

10                                  By:_____/s/_____
                                          Robert N. Phillips

11

12                                  Attorneys for Defendants
                                  HILTON HOTELS CORPORATION and

13                                  HILTON SUPPLY MANAGEMENT, INC.

14   DATED: September 5, 2008       HANSON BRIDGETT LLP

15

16                                  By:_____/s/_____
                                          Garner K. Weng

17

18                                  Attorneys for Defendants
                                  KEVIN A. BARRY and

19                                  KEVIN BARRY FINE ART ASSOCIATES

20               <u>SIGNATURES UNDER GENERAL ORDER NO. 45</u>

21       Pursuant to General Order No. 45 of the United States District Court, Northern

22   District of California, I, Garner K. Weng—the ECF User whose User ID and Password

23   are used in the filing of this document—hereby attest that the concurrence to the filing of

24   this document has been obtained from each of the other signatories to this document.

25

26                              _____/s/_____
                                GARNER K. WENG

27

28

-3-

## <u>ORDER</u>

1.    The settlement conference scheduled for September 8, 2008 is vacated.

2.    A settlement conference is scheduled for September 22, 2008, at 10:00 a.m., Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

3.    Settlement Conference statements shall be lodged by hard copy only with Judge Chen's Chambers by September 15, 2008. Statements shall not be electronically filed.

4.    No later than September 15, 2008, the parties shall meet and confer to discuss who will attend and ensure compliance with the Court's Settlement Conference Order regarding full authority.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  __September 5__ , 2008     By: _____



IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-4-

AMENDED/CORECTED STIPULATED REQUEST TO CONTINUE
SETTLEMENT CONFERENCE (CASE NO. CV 08-2100 WHA (EMC))

1600014.3