**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERENICE BRACKETT,<br><br>    Plaintiff,<br><br>  v.<br><br>HILTON HOTELS CORPORATION, a Delaware corporation, HILTON SUPPLY MANAGEMENT, INC., a Delaware corporation, KEVIN A. BARRY, an individual, KEVIN BARRY FINE ART ASSOCIATES, a California corporation, JOHN or JANE DOES 1–100, individuals of presently unknown identity, and ABC CORPORATIONS 1–300, corporations of presently unknown identity,<br><br>    Defendants. | No. C 08-02100 WHA<br><br>**ORDER DENYING REQUEST TO AMEND CASE MANAGEMENT ORDER** |

Good cause not shown, the stipulated request to amend the case management order is **DENIED**. The deadline to add parties or claims has already been extended once.

**IT IS SO ORDERED.**

Dated: September 10, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE