HANSON BRIDGETT LLP
LAWRENCE A. CIRELLI - 114710
lcirelli@hansonbridgett.com
GARNER K. WENG - 191462
gweng@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants
KEVIN A. BARRY and
KEVIN BARRY FINE ART ASSOCIATES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BERENICE BRACKETT,<br><br>            Plaintiff,<br><br>     v.<br><br>HILTON HOTELS CORPORATION, et. al.,<br><br>            Defendants. | Case No. CV 08-02100 WHA (EMC)<br><br>**SECOND STIPULATED REQUEST TO AMEND CASE MANAGEMENT ORDER TO EXTEND DEADLINE TO ADD PARTIES OR CLAIMS BY THREE WEEKS; [PROPOSED] ORDER** |

## STIPULATION

WHEREAS, the trial date in this action is set for June 15, 2009 (per the Court's Case Management Order dated June 30, 2008);

WHEREAS, the non-expert discovery cut-off date in this action is February 6, 2009 (per the Court's Case Management Order dated June 30, 2008);

WHEREAS, the deadline to seek leave to add new parties or otherwise to amend the pleadings is October 21, 2008 (per the Court's Order dated July 14, 2008);

WHEREAS, the Court referred this case to Magistrate Judge Edward M. Chen for mediation/settlement;

WHEREAS, a settlement conference was held on September 22, 2008, at which the parties reached a binding settlement entered on the record in Judge Chen's

-1-

1  courtroom;

2  WHEREAS, the settlement reached by the parties requires certain acts to be
3  performed within six weeks of September 22, that is, by November 3, 2008, upon the
4  completion of which the plaintiff will dismiss all of her claims with prejudice;

5  WHEREAS, the settlement agreement provides that pending the completion of
6  these acts the parties will freeze all further discovery activity, and will request the Court
7  to extend by three weeks plaintiff's October 21, 2008 deadline for adding claims or
8  parties; and

9  WHEREAS, the settlement agreement further provides that it may be set aside
10 and the case be reinstituted, in the discretion of the plaintiff, if the steps required to be
11 taken within six weeks are not completed in six weeks, i.e. by November 3, 2008;

12 NOW, THEREFORE, the parties to this action, through their undersigned counsel,
13 stipulate and ask the Court to enter its order as follows:

14 The deadline for seeking leave to add new parties or otherwise to amend the
15 pleadings is extended by three weeks, to and including November 11, 2008.

16

17 DATED: September 23, 2008       THE BERNSTEIN LAW GROUP, P.C.

18
                                  By: _____/s/_____
19                                        Marc N. Bernstein

20                                Attorneys for Plaintiff
                                  BERENICE BRACKETT
21

22 DATED: September 23, 2008       HOWREY LLP
23
                                  By: _____/s/_____
24                                        Robert Phillips
25
                                  Attorneys for Defendants
26                                HILTON HOTELS CORPORATION and
                                  HILTON SUPPLY MANAGEMENT, INC.
27

28

-2-

SECOND STIPULATED REQUEST TO AMEND CASE MANAGEMENT
ORDER (CASE NO. CV 08-2100 WHA (EMC))                              1600013.1

DATED: September 23, 2008          HANSON BRIDGETT LLP

                                   By: _____/s/_____
                                        Garner K. Weng

                                   Attorneys for Defendants
                                   KEVIN A. BARRY and
                                   KEVIN BARRY FINE ART ASSOCIATES

<u>SIGNATURES UNDER GENERAL ORDER NO. 45</u>

Pursuant to General Order No. 45 of the United States District Court, Northern District of California, I, Garner K. Weng—the ECF User whose User ID and Password are used in the filing of this document—hereby attest that the concurrence to the filing of this document has been obtained from each of the other signatories to this document.

                                   _____/s/_____
                                   GARNER K. WENG

**ORDER**

The deadline for seeking leave to add new parties or otherwise to amend the pleadings is extended to and including November 11, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __September 23__, 2008    By: _____
                                   The Honorable William Alsup

[SEAL: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]

-3-

SECOND STIPULATED REQUEST TO AMEND CASE MANAGEMENT
ORDER (CASE NO. CV 08-2100 WHA (EMC))                                      1600013.1