IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERENICE BRACKETT,

    Plaintiff,

v.

HILTON HOTELS CORPORATION, a Delaware corporation, HILTON SUPPLY MANAGEMENT, INC., a Delaware corporation, KEVIN A. BARRY, an individual, KEVIN BARRY FINE ART ASSOCIATES, a California corporation, JOHN or JANE DOES 1–100, individuals of presently unknown identity, and ABC CORPORATIONS 1–300, corporations of presently unknown identity,

    Defendants.

No. C 08-02100 WHA

**ORDER RE SETTLEMENT**

The Court notes that this matter was settled on September 23, 2008. Please be advised that all pretrial deadlines remain in effect until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: November 24, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE