1  MARC N. BERNSTEIN (SBN 145837)
   Email: mbernstein@blgrp.com
2  SUSAN S. BORANIAN (SBN 173788)
   Email: sboranian@blgrp.com
3  THE BERNSTEIN LAW GROUP, P.C.
   555 Montgomery Street, Suite 1650
4  San Francisco, CA 94111
   Telephone: (415) 765-6633
5  Facsimile: (415) 283-4804

6  Attorneys for Plaintiff,
   BERENICE BRACKETT
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  BERENICE BRACKETT,                ) Case No. CV 08-02100 WHA
                                      )
13      Plaintiff,                    )
                                      )
14  vs.                               )
                                      )
15  HILTON HOTELS CORPORATION, a      )
    Delaware Corporation, HILTON      ) **PLAINTIFF'S STIPULATED DISMISSAL**
16  SUPPLY MANAGEMENT, INC., a        ) **OF ACTION WITH PREJUDICE**
    Delaware Corporation, KEVIN A.    )  **AND ORDER**
17  BARRY, an individual, KEVIN BARRY )
    FINE ART ASSOCIATES, a California ) Trial:   June 15, 2009
18  Corporation, JOHN or JANE DOES 1- )
    100, individuals of presently unknown ) Judge: Hon. William Alsup
19  identity, and ABC CORPORATIONS 1- )
    300, corporations of presently unknown )
20  identity,                         )
                                      )
21      Defendants.                   )
                                      )
22                                    )
                                      )
23  _____)

24

25

26

27

Stipulated Dismissal With Prejudice                    Case No. CV 08-02100 WHA

1       Plaintiff Berenice Brackett and defendants Hilton Hotels Corporation, Hilton
2 Supply Management, Inc., Kevin A. Barry, and Kevin Barry Fine Art Associates,
3 having resolved this lawsuit, hereby stipulate to its dismissal with prejudice.  Fed. R.
4 Civ. P. 41(a)(1)(A)(ii).
5       Each party will bear his, her, or its own costs and attorneys' fees, subject to
6 any agreements between or among any of the defendants regarding defense or
7 indemnity.

26       [Balance of page intentionally left blank.]

---
1
Stipulated Dismissal With Prejudice        Case No. CV 08-02100 WHA

1  RESPECTFULLY SUBMITTED,

2  December 2, 2008                    THE BERNSTEIN LAW GROUP, P.C.
3

4
                                       By: /s/ Marc N. Bernstein
5                                          Marc N. Bernstein
6
                                       Attorneys for Plaintiff
7                                      BERENICE BRACKET

8

9
10  December 2, 2008                   HOWREY LLP

11
                                       By: /s/ Robert N. Phillips
12                                         Robert N. Phillips
13
                                       Attorneys for Defendants
14                                     HILTON HOTELS CORPORATION and
                                       HILTON SUPPLY MANAGEMENT, INC.
15

16
17  December 2, 2008                   HANSON BRIDGETT LLP

18
19                                     By: /s/ Garner K. Weng
                                           Garner K. Weng
20
                                       Attorneys for Defendants
21                                     KEVIN A. BARRY and
                                       KEVIN BARRY FINE ART ASSOCIATES
22

23
                                       PURSUANT TO STIPULATION, IT IS SO
24                                     ORDERED.

25
    DATED: December 11, 2008           By: /s/ William Alsup
26                                         The Honorable William Alsup
                                           Judge William Alsup
27

                                       2
Stipulated Dismissal With Prejudice                    Case No. CV 08-02100 WHA